| United States Bankruptcy Court | **Voluntary Petition** |
|---|---|
| *NORTHERN* DISTRICT OF *CALIFORNIA* | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| *Hauser, George Frederick* | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *dba Hauser Architects* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): *4859/95-4442834* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): *313 Eureka Street* *San Francisco CA* | ZIPCODE *94114* | Street Address of Joint Debtor (No. & Street, City, and State): | ZIPCODE |
|---|---|---|---|

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): *SAME* | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): *SAME* | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other *Architect*

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>*George F. Hauser* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**     (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br><br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**     (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br><br>*The Baumeister Collective* | Case Number:<br><br>*09-31617* | Date Filed:<br><br>*06/11/2009* |
| District:<br><br>*Northern District of California* | Relationship:<br><br>*President* | Judge:<br><br>*Thomas E. Carlson* |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____   *7/22/2009*<br>Signature of Attorney for Debtor(s)                 Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *George F. Hauser* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ George F. Hauser*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*7/22/2009*
Date

### Signature of Attorney*

**X** */s/ Scott H. McNutt*
Signature of Attorney for Debtor(s)

*Scott H. McNutt 104696*
Printed Name of Attorney for Debtor(s)

*McNutt Law Group LLP*
Firm Name

*188 The Embarcadero, Ste. 800*
Address

*San Francisco CA  94105*

*415-995-8475*
Telephone Number

*7/22/2009*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

*7/22/2009*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

(Signature of Foreign Representative)

(Printed name of Foreign Representative)

7/22/2009
(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *George F. Hauser*

Case No.

Chapter    7

_____
                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ George F. Hauser*

Date:   *7/22/2009*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *George F. Hauser*

Case No.

Chapter **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $    2,875,000.00 | | |
| B-Personal Property | *Yes* | *4* | $      60,449.84 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $   3,155,851.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $       8,995.53 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *0* | | $  39,458,378.76 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *7* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        0.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $   16,303.00 |
| TOTAL | | *20* | $    2,935,449.84 | $  42,623,225.29 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *George F. Hauser*

Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C.  § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _George F. Hauser_ _____     Case No. _____
                                        Debtor                                                                  (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   <u>  21  </u>  sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date:  _7/22/2009_ _____           Signature   _/s/ George F. Hauser_ _____
                                                                                           _George F. Hauser_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re _George F. Hauser_____ ,　　Case No._____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 313 Eureka Street<br>San Francisco, CA 94114<br>(Secured Debt: $1,266,230) | Fee Simple | H | $ 1,150,000.00 | $ 1,150,000.00 |
| 1/7 Interest in Single Family Residence in Flint, MI<br>(These McDonnell, sister, has life estate in property. Debtor holds remainder interest with 6 other siblings.) | Future Interest | H | $ 0.00 | $ 0.00 |
| 990 Guerrero Street<br>San Francisco, CA 94110<br>(Secured Debt: $1,025,000) | Joint Tenancy | C | $ 1,000,000.00 | $ 1,000,000.00 |
| 313A Eureka Street<br>San Francisco, CA 94114<br>(Secured Debt: $864,621) | Fee Simple | H | $ 725,000.00 | $ 725,000.00 |

No continuation sheets attached

**TOTAL $**　　2,875,000.00

**(Report also on Summary of Schedules.)**

In re _George F. Hauser_ , Case No. _____

Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. **Cash on hand.** | X | | | |
| 2. **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | | _Bank of America Acct. No. xxxx-2681 Hauser Architects checking account_ | H | $ 25.82 |
| | | _First Nat'l Bank Acct. No. xxxxx-2133 Hauser Architects checking account_ | H | $ 68.97 |
| | | _Union Bank Acct. No. xxxx-2797 Personal checking account_ | H | $ 18.13 |
| | | _Wells Fargo Acct No. xxxxx-0841 Personal checking account_ | | $ 36.92 |
| | | _Wells Fargo Acct. No. xxxxx-7858 Checking account George F. Hauser, Hauser Architects (- $460.21 negative balance as of July 21, 2009)_ | H | $ 0.00 |
| 3. **Security deposits with public utilities, telephone companies, landlords, and others.** | X | | | |
| 4. **Household goods and furnishings, including audio, video, and computer equipment.** | | _Household goods and funishings_ | C | $ 5,000.00 |
| 5. **Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | X | | | |
| 6. **Wearing apparel.** | | _Wearing apparel_ | H | $ 1,000.00 |
| 7. **Furs and jewelry.** | X | | | |

In re _George F. Hauser_ _____, Case No. _____
              Debtor(s)                                             (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Video camera; camera* | H | $ 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Guardian Insurance & Annuity Company, Inc. Variable whole life insurance policy (cash surrender value is $24,091.20)* | H | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | *1/7 Interest in Family Farm, LLC (Debtor holds interest with 6 siblings)* | H | *Unknown* |
| | | *Interest in 1168 Folsom, LLC* | H | $ 0.00 |
| | | *Interest in 120 11th, LLC* | H | $ 0.00 |
| | | *Interest in 216 11th, LLC* | C | $ 0.00 |
| | | *Interest in 224 11th, LLC* | H | $ 0.00 |
| | | *Interest in 30 Dore, LLC* | H | $ 0.00 |
| | | *Interest in 5132 Telegraph, LLC* | C | $ 0.00 |
| | | *Interest in 52 Rausch, LLC* | H | $ 0.00 |
| | | *Interest in 60 Rausch, LLC* | H | $ 0.00 |
| | | *Interest in 73 Sumner, LLC* | H | $ 0.00 |
| | | *Interest in 766 Harrison, LLC* | H | $ 0.00 |
| | | *Interest in HausBau Corp.* | H | $ 0.00 |

In re _George F. Hauser_ , Case No. _____

Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Interest in Hauser Architects_ | H | $ 0.00 |
| | | _Interest in Stagehouse Lofts Corp._ | H | $ 0.00 |
| | | _Interest in The Baumeister Collective Corp._ | H | $ 0.00 |
| | | _Interest in Zume Life, Inc._ | H | $ 0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _$45,000 note from Thomas W. VanLokeren (Payment was due 10/15/2007; however, Debtor has determined this note to be uncollectible.)_ | H | $ 45,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | _Architects License_ | H | _Unknown_ |
| | | _California Contractors License Classification B_ | H | _Unknown_ |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _2004 Honda CRV_ | C | $ 4,000.00 |

Page ___3___ of ___4___

In re _George F. Hauser_ _____ , Case No. _____
                 Debtor(s)                                                     (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | _Office equipment and supplies_ | | $ 2,500.00 |
| | | _Office furniture_ | | $ 2,500.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➡    $ 60,449.84

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

In re _George F. Hauser_ ,  Case No. _____
 Debtor(s) (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 313 Eureka Street | Calif. C.C.P. §704.730(a)(2) | $ 75,000.00 | $ 1,150,000.00 |
| Household goods and funishings | Calif. C.C.P. §704.020(a) | $ 5,000.00 | $ 5,000.00 |
| Wearing apparel | Calif. C.C.P. §704.020(a) | $ 1,000.00 | $ 1,000.00 |
| Guardian Insurance & Annuity Company, Inc. | Calif. C.C.P. §704.100(b) | $ 0.00 | $ 0.00 |
| 2004 Honda CRV | Calif. C.C.P. §704.010 | $ 2,550.00 | $ 4,000.00 |
| Office equipment and supplies | Calif. C.C.P. §704.060 | $ 2,500.00 | $ 2,500.00 |
| Office furniture | Calif. C.C.P. §704.060 | $ 2,500.00 | $ 2,500.00 |

B6D (Official Form 6D) (12/07)

In re _George F. Hauser_____,     Case No._____
                    **Debtor(s)**                                        **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: <br> Creditor # : 1 <br> Am. Contractors Indemnity Co. <br> U.S. Speciality Insurance Co. <br> 9841 Airport Blvd., 9th Floor <br> Los Angeles CA 90045 | | H <br><br> *Surety Bonds issued for HOAs* <br> *3rd Deed of Trust* <br> *313A Eureka Street* <br><br> Value: $ 725,000.00 | X | X | X | $ 72,405.00 | $ 72,405.00 |
| Account No: <br> Creditor # : 2 <br> Am. Contractors Indemnity Co. <br> US Speciality Insurance Co. <br> 9841 Airport Blvd., 9th Floor <br> Los Angeles CA 90045 | | H <br><br> *Surety Bonds issued for HOAs* <br> *2nd Deed of Trust* <br> *313A Eureka Street* <br><br> Value: $ 725,000.00 | X | X | X | $ 165,222.00 | $ 67,216.00 |
| Account No: <br> Creditor # : 3 <br> National City Bank <br> 6750 Miller Road <br> Brecksville OH 44141 | X | C <br><br> *2nd Deed of Trust* <br> *990 Guerrero Street* <br><br> Value: $ 1,000,000.00 | | | | $ 25,000.00 | $ 25,000.00 |

<u>1</u>     continuation sheets attached

|  | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | $ 262,627.00 | $ 164,621.00 |
| **Total $** <br> (Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07) - Cont.

In re George F. Hauser ,                    Case No. _____
            **Debtor(s)**                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 4 Wachovia Mortgage, FSB P.O. Box 60505 City of Industry CA 91716 | H | 1st Deed of Trust 313 Eureka Street  Value: $ 1,150,000.00 | | | | $ 1,266,230.00 | $ 116,230.00 |
| Account No:  Creditor # : 5 Wachovia Mortgage, FSB P.O. Box 60505 City of Industry CA 91716 | H | 1st Deed of Trust 313A Eureka Street  Value: $ 725,000.00 | | | | $ 626,994.00 | $ 0.00 |
| Account No:  Creditor # : 6 Wells Fargo Bank, N.A. 1401 Willow Pass Road, #300 San Francisco CA 94110 | X  C | 1st Deed of Trust 990 Guerrero Street  Value: $ 1,000,000.00 | | | | $ 1,000,000.00 | $ 0.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | Subtotal $ (Total of this page) | $ 2,893,224.00 | $ 116,230.00 |
|---|---|---|---|
|  | Total $ (Use only on last page) | $ 3,155,851.00 | $ 280,851.00 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re George F. Hauser _____,    Case No._____
                    **Debtor(s)**                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_   **continuation sheets attached**

In re George F. Hauser _____ ,    Case No._____

              **Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Internal Revenue Service<br>Special Procedures Section<br>1301 Clay Street, Stop 1400S<br>Oakland CA 94612 | | Business debt<br>FOR NOTICE ONLY | X | X | X | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No:<br>Creditor # : 2<br>San Francisco Tax Collector<br>P.O. Box 7426<br>San Francisco CA 94120 | C | Unpaid property tax on 990 Guerrero | | | | $ 8,995.53 | $ 8,995.53 | $ 0.00 |
| Account No:<br>Creditor # : 3<br>State of California<br>Franchise Tax Board - BK Dept.<br>P.O. Box 2952<br>Sacramento CA 95812 | | For Notice Only | | | | Unknown | $ 0.00 | |
| Account No:<br>Creditor # : 4<br>US Department of Treasury<br>IRS Insolvency Unit<br>P.O. Box 21126<br>Philadelphia PA 19114 | | For Notice Only | | | | Unknown | $ 0.00 | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 8,995.53 | 8,995.53 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules.) | 8,995.53 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 8,995.53 | 0.00 |

In re _George F. Hauser_ _____ ,  Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*5110 Telegraph, LLC*<br>*Attn: Bill Lambert*<br>*P.O. Box 3677*<br>*Oakland CA 94609* | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>*Creditor # : 2*<br>*5132 Telegraph LLC*<br>*60 Rausch Street*<br>*Suite 201*<br>*San Francisco CA 94103* | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>*Creditor # : 3*<br>*52 Rausch*<br>*60 Rausch Street*<br>*Suite 201*<br>*San Francisco CA 94103* | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>*Creditor # : 4*<br>*60 Rausch LLC*<br>*60 Rausch Street*<br>*Suite 201*<br>*San Francisco CA 94103* | | *Business debt* | X | X | X | $ 0.00 |

*185* continuation sheets attached

Subtotal $    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,   Case No._____
                        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 5 60 Rausch Street HOA 2166 Market St. Suite A San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 6 73 Sumner Street HOA P.O. Box 45465 San Francisco CA 94145 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 7 766 Harrison LLC 60 Rausch St. Suite 201 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 8 A and M Telecommunications 14715 Catalina Street San Leandro CA 94577 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 9 A Clean Well Lighted Place 601 Van Ness Ave. San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 10 A OK Pest  Elimination P.O. Box 1178 Pacifica CA 94044 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _1_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                              Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: Creditor # : 11 A.J. Miller and Associates 5588 Fremont Street Oakland CA 94608 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 12 A1 Protective Services, Inc. 1601 Donner Ave. Suite 2 San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 13 AAA Flag and Banner Mfg. Co. 113 10th St. San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 14 Shawn Abbott 30 Dore St. Apt. 506 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 15 Tom Abel 935 Kearny Suite 19 San Francisco CA 94104 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 16 ACC Environmental Consultants 7977 Capwell Drive Suite 100 Oakland CA 94621 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _2_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,    Case No. _____
               **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 17** **Access to Music** **901 C Street** **San Rafael CA 94901** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 18** **Accurate Door and Hardware** **945 Airport Boulevard** **S. San Francisco CA 94080** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 19** **Accurate Firestop, Inc.** **25613 Dollar Street** **No. 3** **Hayward CA 94544** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 20** **ACE A Creative Environment** **812 Laurel Avenue** **Burlingame CA 94010** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 21** **Ace Automatic Garage Doors** **2250 Jerrold Ave.** **Suite 14** **San Francisco CA 94124** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 22** **Ace Automatic Garage Doors** **3450 Third Street** **Suite 5E** **San Francisco CA 94124** | | | **Business debt** | X | X | X | $ 0.00 |

Sheet No. __3__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                   Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 23 <br> *Ace Drilling and Excavation* <br> *1612 Noriega St.* <br> *San Francisco CA 94122* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 24 <br> *Ace Hauling, Inc.* <br> *1444 Livingston Avenue* <br> *Pacifica CA 94044* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 25 <br> *Acker and Guerrero Roof Co.* <br> *1092 Calcot Place* <br> *Oakland CA 94606* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 26 <br> *Acme and Sons Sanitation, Inc.* <br> *3408 Hillcap Avenue* <br> *San Jose CA 95136* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 27 <br> *ACS Consulting Engineers* <br> *375 15th Street* <br> *Oakland CA 94612* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 28 <br> *Action Rentals* <br> *1530 Folsom St.* <br> *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. __4__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,    Case No._____
            **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 29 <br> Action Rentals <br> 565 S Van Ness Avenue <br> San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 30 <br> Silas Adams <br> 1545 Greenwich St. <br> Apt. B <br> San Francisco CA 94123 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 31 <br> ADI <br> File 57418 <br> Los Angeles CA 90074 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 32 <br> ADP <br> 3300 Olcott Street <br> Santa Clara CA 90074 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 33 <br> ADR Service Inc. <br> 50 Fremont St., Ste. 2110 <br> San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 34 <br> Adrienne Wong Associates, Inc. <br> 400 Second Street <br> Suite 425 <br> San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _5_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
               **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 35 Advanced Computer Repair 580 York Street San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 36 Advanced Reprographics Supply 545 South Murphy Avenue Sunnyvale CA 94086 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 37 AG Drywall 320 Blue Ridge Drive Martinez CA 94553 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 38 Aggreko, Inc. 3601 Thomas Road Santa Clara CA 95054 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 39 Paul S. Aiello P.O. Box 883684 San Francisco CA 94188 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 40 Alameda County Tax Collector 1221 Oak Street, Room 131 Oakland CA 94612 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. __6__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                       Case No. _____
               **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 41 <br> Alhambra and Sierra Springs <br> P.O. Box  660579 <br> Dallas TX 75266 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 42 <br> All California Mortgage <br> 17 E. Sir Francis Drake Blvd. <br> Suite 110 <br> Larkspur CA 94939 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 43 <br> All City Alarm <br> 520 Davey Glen Road <br> Belmont CA 94002 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 44 <br> All City Alarms <br> 856 26th Ave. <br> San Francisco CA 94121 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 45 <br> All Metals Welding <br> 252  Cotter Street <br> San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br><br> Creditor # : 46 <br> Allegiance Telecom of CA <br> P.O. Box 844870 <br> Dallas TX 75284 | | | Business debt | X | X | X | $ 0.00 |

Sheet No.  7  of  185  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,  Case No. _____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 47 Allwood Door Company 6000 3rd Street San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 48 Alpine Construction 1032 Irving St. San Francisco CA 94122 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 49 Altamicro, Inc. 3401 Investment Blvd. Suite 4 Hayward CA 94545 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 50 Alternative Energy 14995 Carnage Avenue Sonora CA 95370 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 51 Amano Cincinnatti, Inc. 1485 N Manassero Street Anaheim CA 92807 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 52 Amber Flooring 1800 Sacramento St. Ste. A Berkeley CA 94102 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _8_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,      Case No. _____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 53 American Arbitration Assoc. 225 Bush Street 18th Floor San Francisco CA 94104 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 54 American Arbitration Assoc. Attn: Norma Cantun 6795 North Palm Ave., 2nd Fl. Fresno CA 93704 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 55 American Contractors Indemnity Company 601 S. Figueroa St., Ste. 1600 Los Angeles CA 90017 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 56 American Honda Finance Corp. P.O. Box 60001 City of Industry CA 91716 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 57 American Metal Products 1320 Underwood Avenue San Francisco CA 94124 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 58 American Printers and Copiers 1050 Brookside Drive Richmond CA 94801 | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _9_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                           **Subtotal $**               $ 0.00

                                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
           **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 59 <br> American Stair Corporation <br> 642 Forestwood Drive <br> Romeoville IL 60446 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 60 <br> America's Locksmith <br> 236 West Portal Avenue <br> Suite 773 <br> San Francisco CA 94127 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 61 <br> Ameritech Computer Service <br> 2688 Third Street <br> San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 62 <br> Ames Locksmith and Security <br> 3977 - 24th St. <br> San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 63 <br> Anthony Amiewalan <br> 30 Dore St. <br> Apt. 106 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 64 <br> Amira <br> 590 Valencia Street <br> San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _10_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                              $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
         **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 65** *ANI Private Security and Patrol* *4122 Broadway Street* *Oakland CA 94611* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 66** *Ann Sacks Tile and Stone* *8120 NE 33 Drive* *Portland OR 97211* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 67** *Anne Bloomfield* *2229 Webster Street* *San Francisco CA 94115* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 68** *Annuzzi's Concrete Service* *85 Elmira Street* *San Francisco CA 94124* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 69** *Apex Painting, Inc* *P.O. Box 5264* *Modesto CA 95352* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 70** *Appliance Sales and Service* *840 Folsom Street* *San Francisco CA 94107* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _11_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    **Subtotal $**     $ 0.00

                                      **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 71 <br> Applied Material <br> and Engineering <br> 980 41st Street <br> Oakland CA 94608 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 72 <br> Applied Remedial Services Inc. <br> 701 Southampton Road <br> Suite 105 <br> Benecia CA 94510 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 73 <br> Applied Technologies <br> P.O. Box 3852 <br> Modesto CA 95352 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 74 <br> Applied Technologies Painting <br> P.O. Box 3852 <br> Modesto CA 95352 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 75 <br> Aqua <br> 252 California St. <br> San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 76 <br> Aquatech Consultancy, Inc <br> One Commercial Blvd. <br> Suite 201 <br> Novato CA 94949 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _12_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                    $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,   Case No. _____
       **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 77 <br> Arboricultural Consulting Srvc <br> 645 Madison Street <br> Albany CA 94706 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 78 <br> Arch <br> 99 Missouri Street <br> San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 79 <br> Architectural General Const. <br> 850 So. Van Ness Ave. <br> Suite 25 <br> San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 80 <br> ARCOM Master Systems <br> 332 East 500 South Street <br> Salt Lake City UT 84111 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 81 <br> Saleh Armian <br> 1563 Arbutus Drive <br> Walnut Creek CA 94595 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 82 <br> ARW Finish Contractors,Inc. <br> 230 E Lake Hazel Road <br> Meridian ID 83642 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _13_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                     Case No. _____
          **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 83** *Asbestos Management Group, Inc 3438 Helen Street Oakland CA 94608* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 84** *Ashberry Lane 235 9th St. San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 85** *Ashby Door and Window Showroom 824 Ashby Avenue Berkeley CA 94704* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 86** *Asset Resources Attn: Steve Peterson 2989 Brookdate Drive Brooklyn Park MN 55444* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 87** *Associated Trucking, Inc. 875 Mahler Road Suite 253 Burlingame CA 94010* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 88** *AT and T Business Bankruptcy P.O. Box 769 Arlington TX 76004* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _14_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,   Case No. _____
    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>Atlas Heating and Ventilating<br>340 Roebling Road<br>S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 90<br>Ritika Aulakh<br>73 Sumner St.<br>Apt. 304<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 91<br>Authentic Restoration<br>and Waterproofing<br>1155 Chess Drive, Ste. 128<br>Foster City CA 94404 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 92<br>B and B Demolition<br>P.O. Box 194<br>Station A<br>Richmond CA 94808 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 93<br>B and J Landfill<br>6426 Hay Road<br>Vacaville CA 95687 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 94<br>James Baca<br>1388 California St.<br>Suite 406A<br>San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _15_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
            **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 95<br>Gagan Badwar<br>73 Sumner St.<br>Apt. 304<br>San Francisco CA 94103 | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 96<br>Paul Baird<br>2635 Sacramento St.<br>Apt. 3<br>San Francisco CA 94115 | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 97<br>Paul Baldwin<br>52 Rausch St.<br>Apt. 302<br>San Francisco CA 94103 | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 98<br>William Scott Balentine<br>52 Rausch St.<br>Apt. 102<br>San Francisco CA 94103 | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 99<br>Bank of Alameda<br>2200 Powell St.<br>Suite 105<br>Emeryville CA 94608 | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 100<br>Bank of Alameda<br>1321 Harbor Bay Parkway<br>Suite 201<br>Alameda CA 94502 | X | Business debt | X | X | X | $ 419,002.00 |

Sheet No. _16_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 419,002.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,    Case No. _____
             **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0757<br>Creditor # : 101<br>Bank of America Visa<br>P.O. Box 851001<br>Dallas TX 75285 | X | | Business debt | X | X | X | $ 26,931.00 |
| Account No:<br>Creditor # : 102<br>Banner Construction<br>1326  20th Ave.<br>Suite 301<br>San Francisco CA 94122 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 103<br>Bannon Construction<br>2178 17th Avenue<br>San Francisco CA 94116 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 104<br>Bannon Construction<br>657 18th Ave.<br>San Francisco CA 94121 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 105<br>David Bao<br>1455 Yosemite Avenue<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 106<br>Barbary Coast Consulting<br>201 California St.<br>Ste. 1250<br>San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. __17__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 26,931.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,   Case No. _____
         **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 107 Les Barnes 170 3rd Ave. Suite 7 Daly City CA 94014 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 108 David Barnett 1301 Quarry Ct. Apt. 212 Point Richmond CA 94801 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 109 Victor Barrios 30 Dore St. Apt. 105 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 110 Larry Basco 414 Mason St. Suite 404 San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 111 Stephanie L. Bauer 8660 S. Wick Dr. Dublin CA 94568 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 112 Joel Bautista 780 Capp St. San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _18_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**         $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,
       **Debtor(s)**

Case No._____
           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 113<br>Bay Area Builder's Hardware<br>33 Elmira St.<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 114<br>Bay Area Concretes, Inc.<br>4179 Business Center Drive<br>Fremont CA 94538 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 115<br>Bay Area Door and<br>Builder's Harware<br>33 Elmira Street<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 116<br>Bay Area Metals<br>3201 Third Street<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 117<br>Bay Lighting and Design<br>1140 Folsom Street<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 118<br>Bay Medical Center<br>2 Connecticut Street<br>San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _19_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                **Subtotal $**     $ 0.00

                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_                                              ,        Case No. _____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 119 Bay Shore Supply 55 Waterloo Street San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 120 Bay Steel, Inc. 1464 Davidson Ave. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 121 Bay-Fineworks Marble and Granite 2098 Merced Street San Leandro CA 94577 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 122 Bayshore Metal Inc. 244 Napoleon St. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 123 Bayview Iron Works, Inc. 1235 Thomas Ave San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 124 Bear Technologies 7774 Calle Mejor Carlsbad CA 92009 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _20_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
          **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 125 Daniel Bello 30 Dore St. Apt. 204 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 126 Mary Ellen McHugh Bello 30 Dore St. Apt. 204 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 127 Belmont Hardware 940 El Camino Real Carlsbad CA 92009 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 128 Benjamin P. Lai and Associates P.O. Box 2169 Danville CA 94526 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 129 Bentley Prince Street 14641 E. Don Julian Road Belmont CA 94002 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 130 Beny's Iron Works 5711 Misson Street San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _21_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,   Case No. _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 131 Berkel and Co. Contractors P.O. Box 876056 Kansas City MO 64187 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 132 Beronio Lumber Dept. 44142 P.O. Box 44000 San Francisco CA 94144 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 133 Lisa Bieringer 1168 Folsom St. Apt. 501 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 134 Big 4 Rents 435 S. Van Ness Ave San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 135 Big Ed's Crane Service, Inc. P.O. Box 1552 El Granada CA 94018 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 136 Bike-Up Bicycle Parking System 6 Antares Drive, Phase II Unit 10B Nepean Ontario K2E 8A9 Canada | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _22_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
            **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 137<br>Jennifer Black<br>888 Fairway Road<br>Lake Oswego OR 97034 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 138<br>Steven Blancaver<br>1168 Folsom St.<br>Apt. 504<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 139<br>Blaze Fireplaces<br>101 Cargo Way<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 140<br>BlindSaver<br>346 Winterthur Way<br>Highland Ranch CO 80129 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 141<br>Blueprint Bonding<br>Insurance Service<br>P.O. Box 667<br>Byron CA 94514 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 142<br>Bode Concrete LLC<br>P.O. Box 880130<br>San Francisco CA 94188 | | | Business debt | X | X | X | $ 0.00 |

Sheet No.  _23_  of  _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**           $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 143 Bolt & Peters, Inc. 60 Rausch St. Apt. 102 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 144 Maarten M. Bon 4071 24th St. Apt. A San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 145 Sylvie Hilgarth Bosustow 11707 Kiowa Ave. Apt. 1 Los Angeles CA 90049 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 146 Bothel and Long 625 Market Street 10th Floor San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 147 George R. Bowden 50 Hallam St. San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 148 Bowdry and Bowdry Janitorial 1201 Fitzgerald Ave. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _24_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                          $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 149** BPS Reprographic Services Dept 33171 P.O. Box 39000 San Francisco CA 94139 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 150** Corey Brady 60 Rausch St. Apt. 104 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 151** Brand Scaffold Services, Inc. P.O. Box 91473 Chicago IL 60693 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 152** John Braun 30 Dore Apt. 511 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 153** John Braun 12 West High Street Apt. 2 Larlisle PA 17013 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 154** John T. Braun 12 West High St. Apt. 2 Carlisle PA 17013 | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _25_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_                                      ,      Case No. _____
              **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 155 Elliott Breeden 30 Dore St. Apt. 411 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 156 Brian Friel Plumbing 894 De Haro Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 157 Brian Morrow 7 Belcrest Laguna Niguel CA 92677 | X | | Business debt | X | X | X | $ 122,606.00 |
| Account No: Creditor # : 158 Bristolite Skylights 401 E. Goetz Ave. Santa Ana CA 95747 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 159 Jonathan Brooks 851 Van Ness Ave. Apt. 202 San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 160 Bryant Services Inc. 516 Mississippi Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _26_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 122,606.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,       Case No. _____
          **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 161<br>BSM-DPW<br>875 Stevenson St.<br>Room 460<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 162<br>Budget Signs<br>55 Brady Street<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 163<br>Bureau of Urban Forestry<br>875 Stevenson Street<br>Room 400<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 164<br>C and M Commercial Doors<br>928 Anza Drive<br>Pacifica CA 94044 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 165<br>C and N Engineers, Inc.<br>22 Battery Street<br>Suite 508<br>San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 166<br>C. Hill Trucking, Inc.<br>43345 Cedarwood Drive<br>Fremont CA 94538 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _27_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                  **Subtotal $**        $ 0.00

                                                      **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,  Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 167<br>Matthew Cain<br>1168 Folsom St.<br>Apt. 203<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 168<br>Cal/OSHA<br>Accounting Office<br>P.O. Box 420603<br>San Francisco CA 94142 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 169<br>Calendar-Robinson Co., Inc.<br>300 Montgomery Street<br>Suite 888<br>San Francisco CA 94104 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 170<br>Calendar-Robinson Co., Inc.<br>785 Marlet St.<br>Suite 750<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 171<br>California Colored Rock<br>367 Bayshore Boulevard<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 172<br>California Overnight<br>Dept. 1664<br>Los Angeles CA 90084 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _28_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
           **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 173<br>Calistoga Mountain<br>Spring Water<br>P.O. Box 52237<br>Phoenix AZ 85072 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 174<br>Call and Haul<br>99 Berkeley Way<br>San Francisco CA 94131 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 175<br>Cal-Neva Supply Co., Inc.<br>1900 Marina Blvd.<br>San Leandro CA 94577 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 176<br>Calply<br>360 3rd Street<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 177<br>Cal-Safety, Inc.<br>P.O. Box 1901<br>Fremont CA 94538 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 178<br>Cam Teter Associates<br>1627 Anza Street<br>San Francisco CA 94118 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _29_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                              $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 179 Cambyse Teter Landscape and Design 223 Broad Street San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 180 Cananwill, Inc. Department 7200 Los Angeles CA 90088 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 181 Canon Business Solutions File 51075 Los Angeles CA 90074 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 182 Capex Engineering, Inc. P.O. Box 14198 Fremont CA 94539 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 183 Capital Insurance Group 2300 Garden Road Monterey CA 93940 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 184 Carey and Co, Inc Old Engine Co #2 460 Bush St San Francisco CA 94108 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _30_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ , Case No._____
        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 185 Carey and Co. Inc. 460 Bush Street Suite 2 Los Angeles CA 90074 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 186 Carpenter Rigging and Supply Attn: Thui Olivero 222 Napoleon St. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 187 Callan Carter 1168 Folsom St. Apt. 505 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 188 Casement Construction 882 Clipper Terrace San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 189 Chad Castillo 5566 15th Ave. South Apt. B Seattle WA 98108 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 190 David Ceasar 1004 Hearst Ave. Berkeley CA 94710 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _31_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_                                              ,        Case No. _____
              **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 191 <br> Cell-Crete Corporation <br> 995 Zephyr Avenue <br> Hayward CA 94544 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 192 <br> Cemex <br> 920 Memorial City Way <br> Ste. 100 <br> Houston TX 77024 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 193 <br> Central Builders Supply, Inc. <br> 1367 Filmore Street <br> San Francisco CA 94115 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 194 <br> Ceramic Tile Design <br> 189 13th Street <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 195 <br> Chase Card Services <br> P.O. Box 94010 <br> Palatine IL 60094 | | | Business debt | X | X | X | $ 0.00 |
| Account No:      1375 <br> Creditor # : 196 <br> Chase Visa <br> P.O. Box 15298 <br> Wilmington DE 19850 | X | | Business debt | X | X | X | $ 6,116.00 |

Sheet No. __32__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 6,116.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,          Case No. _____
         **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0670 | X | | | X | X | X | $ 21,616.00 |
| Creditor # : 197 Chase/United Mileage Plus P.O. Box 94014 Palatine IL 60094 | | | Business debt | | | | |
| Account No: | | | | X | X | X | $ 0.00 |
| Creditor # : 198 King Chuen Chau 30 Dore St. Apt. 209 San Francisco CA 94103 | | | Business debt | | | | |
| Account No: | | | | X | X | X | $ 0.00 |
| Creditor # : 199 Chelsea Court Owners Assoc. P.O. BOX 45465 San Francisco CA 94145 | | | Business debt | | | | |
| Account No: | | | | X | X | X | $ 0.00 |
| Creditor # : 200 Sylvia Chen 30 Dore St. Apt. 201 San Francisco CA 94103 | | | Business debt | | | | |
| Account No: | | | | X | X | X | $ 0.00 |
| Creditor # : 201 Tina Chen 50 Lansing Street Unit 310 San Francisco CA 94105 | | | Business debt | | | | |
| Account No: | | | | X | X | X | $ 0.00 |
| Creditor # : 202 Tina Chen 815 Clay Street Apt. 9 San Francisco CA 94108 | | | Business debt | | | | |

Sheet No. _33_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| **Subtotal $** | | $ 21,616.00 |
| **Total $** | | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                                  **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 203<br>*Michelle Xiao Chen*<br>*1831 46th Ave.*<br>*San Francisco CA 94122* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 204<br>*Cherin's*<br>*727 Valencia Street*<br>*San Francisco CA 94110* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 205<br>*Chinatrust Bank*<br>*258 Barber Court*<br>*Milpitas CA 95035* | X | | *Business debt* | X | X | X | $ 6,463,856.00 |
| Account No:<br>Creditor # : 206<br>*Chinatrust Bank*<br>*258 Barber Court*<br>*Milpitas CA 95035* | X | | *Business debt* | X | X | X | $ 1,700,648.00 |
| Account No:<br>Creditor # : 207<br>*Chinatrust Bank*<br>*258 Barber Court*<br>*Milpitas CA 95035* | X | | *Business debt* | X | X | X | $ 2,173,666.00 |
| Account No:<br>Creditor # : 208<br>*Chinatrust Bank*<br>*258 Barber Court*<br>*Milpitas CA 95035* | X | | *Business debt* | X | X | X | $ 1,672,368.00 |

Sheet No. _34_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 12,010,538.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
              **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 209** Chinatrust Bank 258 Barber Court Milpitas CA 95035 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 210** ChromaLab, Inc 1220 Quarry Lane Pleasanton CA 94566 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 211** CHS Consulting Group 130 Sutter Street Suite 468 San Francisco CA 94104 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 212** Ronaldo J. Cianciarulo 1301 16th Street San Francisco CA 94103 | X | | *5/27/2008* *JV agreement also exists w/ R. Cianciarulo thru Mindful Investments* | | | | $ 300,000.00 |
| Account No: **Creditor # : 213** CIG Insurance P.O. Box 2093 Monterey CA 93942 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 214** David Cincotta Two Embarcadero Center San Francisco CA 94111 | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _35_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 300,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                              Case No. _____
　　　　　　**Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 215 David P. Cincotta 1388 Sutter Street Suite 915 San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 216 City and County of San Francisco 425 Mason Street San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 217 City Cabinetmakers 1351 Underwood Avenue San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 218 City Lights 1585 Folsom Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 219 City of Oakland Comm. and Economic Dev. Agency 250 Frank H. Ogawa Plz., 2 Fl. Oakland CA 94612 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 220 City Scaffold, Inc. 1210 Griffith St. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _36_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _George F. Hauser_____ ,     Case No. _____
        **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 221 Cladding Corp. 1441 Dolley Madison Blvd. McLean VA 22101** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 222 Dan Clark 1312 Hermosa Ave. Pacifica CA 94044** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 223 Jerome Clark 52 Rausch St. Apt. 301 San Francisco CA 94103** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 224 Pamela Clayton 30 Dore St. Apt. 405 San Francisco CA 94103** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 225 Clean Harbors Environmental 2500 West Lokern Road Buttonwillow CA 93206** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 226 Clean Site Co. 63 Bovet Road Suite 348 San Mateo CA 94402** | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _37_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,  Case No. _____
         **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 227 <br> Cleery Clinger <br> 775 Chestnut St. <br> Apt. 2 <br> San Carlos CA 94070 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 228 <br> Clipper International Equip. <br> 2269 Chestnut St. <br> Suite 307 <br> San Francisco CA 94123 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 229 <br> CLP Resources Inc <br> File # 1883 <br> P.O. Box 6000 <br> San Francisco CA 94160 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 230 <br> CM Service, Inc <br> 981 Bing Street <br> San Carlos CA 94070 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 231 <br> Coast Crane <br> Dept. 33655 <br> P.O. Box 39000 <br> San Francisco CA 94139 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 232 <br> Coast Fire Equipment <br> 2127 Research Dr. <br> Suite 13 <br> Livermore CA 94550 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. __38__ of __185__ continuation sheets attached to Schedule of       Subtotal $        $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                  Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                Case No. _____
    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 233* <br> *Coast Fire Equipment* <br> *5930 Las Polistas Road* <br> *Livermore CA 94551* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 234* <br> *Coast Insulation Contractors* <br> *1920 Mark Court* <br> *Suite 100* <br> *Concord CA 94520* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 235* <br> *Coast Insulation Contractors* <br> *P.O. Box 815* <br> *West Sacramento CA 94591* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 236* <br> *Coast Insulation Contractors* <br> *1086 North 11th* <br> *San Jose CA 95112* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 237* <br> *Case Colaw* <br> *1168 Folsom St.* <br> *Apt. 405* <br> *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 238* <br> *Cole Supply Co., Inc.* <br> *531 Getty Ct.* <br> *Suite A* <br> *Benicia CA 94510* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _39_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,     Case No. _____
                      **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 239<br>Michael S. Cole<br>1400 39th Ave.<br>Apt. 7<br>San Francisco CA 94122 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 240<br>Coliseum Sandblasting<br>4356 Coliseum Way<br>Oakland CA 94601 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 241<br>Collier Warehouse Inc.<br>90 Dorman Avenue<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 242<br>Collins Henderson, Inc.<br>631 Howard Street<br>Suite 530<br>San Francisco CA 94550 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 243<br>Complete Tree Care<br>1617 Francisco Street<br>Berkeley CA 94703 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 244<br>Compliance Poster Company<br>438 W. Chestnut Ave.<br>P.O. Box 607<br>Monrovia CA 91016 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _40_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,   Case No. _____

**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 245 Consolidated Engineering Corp. P.O. Box 9131 Pleasanton CA 94566 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 246 Construction Building Specialty P.O. Box 18898 Oaklahoma City OK 73154 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 247 Construction Testing Services 2174 Rheem Drive Suite A Pleasanton CA 94588 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 248 Continental Appliance Co. 1608 Ocean Ave. San Francsico CA 94112 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 249 Contractor's State License Board P.O. Box 26000 Sacramento CA 95826 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 250 Conway Showerpans 3613 Branson Drive San Mateo CA 94403 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _41_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                      $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,     Case No. _____
             **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 251 Cooks Office.com 531 Bryant Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 252 Copy Circle 959 Taravel Street San Francisco CA 94116 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 253 Core Concrete Construction P.O. Box 6205 Vacaville CA 95696 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 254 Cotterman Company 130 Seltzer Road P.O. Box 168 Croswell MI 48422 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 255 Cox Associates LLC 5321 Scotts Valley Drive Suite 103 Scotts Valley CA 95066 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 256 Michael Cresanti 3701 Sacramento St. Apt. 304 San Francisco CA 94418 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _42_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,    Case No. _____
              **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 257 Crown Industrial Supply 213 Michelle Court San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 258 Crown Sheet Metal and Skylights 200 Valley Drive, Unit 18 Brisbane CA 94056 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 259 CSC - Corporation Service Co. P.O. Box 13397 Philadelphia PA 19101 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 260 Cullinane Construction and Plaster 1875 Mission Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 261 Margaret Cullinane 2670 44th Ave. San Francisco CA 94115 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 262 Andrew Cussen 1168 Folsom St. Apt. 405 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No.  _43_  of  _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**            $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____

**Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 263 Custom Spray System, Inc P.O. Box 208 Salida CA 95368 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 264 CVS and Associates, LLC 833 Washington Street Apt. 3F San Francisco CA 94108 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 265 D and D Lift, Inc. 3987 First St. Suite G Livermore CA 94551 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 266 D.M. Figley Co., Inc. 10 Kelly Court Menlo Park CA 94025 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 267 Daniel Danzig 29 El Gavilan Road Orinda CA 94563 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 268 Peter Danzig 1168 Folsom St. Apt. 304 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _44_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 269** *Dave's Concrete Pumping 14 Nave Court Novato CA 94947* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 270** *Dave's Operator Certification 3268 Denice Way Cottonwood CA 96022* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 271** *Rich Davidson 335  East Fourth Ave Suite A San Mateo CA 94401* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 272** *Richard E. Davidson 740 El Camino Real Belmont CA 94002* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 273** *Davis Energy Group 123 C Street Davis CA 95616* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 274** *DBI 1660 Mission Street San Francsico CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _45_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,          Case No. _____
                    **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 275 DBI Board of Appeals 1660 Mission Street 3rd Floor San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 276 Carla De La Cruz 308 Fell Street Suite A San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 277 Emilio M. De Leon 494 Westmoor Ave. Daly City CA 94015 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 278 Adam De Lumen 30 Dore St. Apt. 210 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 279 Jason Dea 30 Dore St. Apt. 203 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 280 Delta Electric Company 300 N. San Mateo Drive San Mateo CA 94401 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _46_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,　　　　Case No. _____

　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 281 Deluxe Business Checks and Solutions P.O. Box 742572 Cincinnati OH 45274 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 282 Demakis Plumbing and Heating Inc. 2370 Oakdale Ave San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 283 Department of Building Inspection 1660 Mission Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 284 Department of City Planning Attn: Donnie Wong 1660 Mission St., Ste. 500 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 285 Department of Public Health Attn: Scott Nakamura 25 Van Ness Ave., Ste. 500 San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 286 Department of Public Works 875 Stevenson Street Room 460 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _47_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**　　　　$ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re George F. Hauser                                                    ,        Case No. _____
                                   **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 287 Department of Toxic Substances P.O. Box 876 Sacramento CA 95812 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 288 Dept. of Industrial Relations P.O. Box  420603 San Francisco CA 94142 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 289 Dept. of Parking and Traffic P.O. Box 7684 San Francisco CA 94120 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 290 Design and Construction Resource P.O. Box 2380 Vista CA 92085 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 291 Design Line Construction 343 San Jose Avenue Apt. A San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 292 Ghislaine Devoy 1168 Folsom St. Apt. 201 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No.   48   of   185  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
             **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 293 <br> Mary DeVries <br> 291 Edgewood Avenue <br> San Francisco CA 94117 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 294 <br> Dave Didier <br> 74 - 6th Street <br> Suite 209 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 295 <br> Dillard Environmental Services <br> 1416 Dodge St. <br> Omaha NE 68179 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 296 <br> Discount Builders Supply <br> 1695 Mission Street <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 297 <br> Divisadero Lock and Hardware <br> 1649 Divisadero <br> San Francisco CA 94115 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 298 <br> DKS Associates <br> 1000 Broadway <br> Suite 450 <br> Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _49_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                                    $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No._____

**Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 299 DM Figley Company Inc. 10 Kelly Court Menlo Park CA 94025 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 300 Doherty Painting and Construction 880 Innes Avenue San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 301 Don's Key and Lock 3277 Mission Street San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 302 DOT Construction 486 Cumberland Road Burlingame CA 94010 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 303 DPT 25 Van Ness Ave Suite 345 San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 304 DSK Associates 1000 Broadway Suite 450 Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _50_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ , Case No. _____

<b>Debtor(s)</b>              <b>(if known)</b>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 305 Kurt Dunlap 588 Sutter St. Suite 405 San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 306 Grace B. Dunn 4615 Manila Ave. Oakland CA 94609 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 307 Christine Duong 1223 Wilshire Blvd. Apt. 725 Santa Monica CA 90403 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 308 During Associates 120 Montgomery St. Suite 2290 San Francisco CA 94104 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 309 Dywidag Systems 320 Marmon Drive Bolingbrook IL 60440 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 310 E and E Electrical Supply 1775 Mission St. San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _51_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ , Case No. _____

**Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 311** *Earth Mechanics Consulting Attn: H. Allen Gruen 360 Grand Ave., Ste. 262 Oakland CA 94612* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 312** *Earthlink.net P.O. Box 6014 Inglewood CA 90312* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 313** *EBMUD P.O. Box 1000 Oakland CA 94649* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 314** *ECDC Environmental 11 West Highway 123 East Carbon UT 84520* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 315** *Echeguren Slate 1620 Innes Avenue San Francisco CA 94124* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 316** *Echeguren Slate, Inc. 1495 Illinois Street San Francisco CA 94107* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _52_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
            **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 317 Economics Research Associates 388 Market Street Suite 1580 San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 318 Edgett Williams Consulting Grp 102 East Blithedale Suite 1 Mill Valley CA 94941 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 319 Edmond R. Pietraczyk 18 Crow Canyon Court Suite 208 San Ramon CA 94583 | | | For Notice Only | X | X | X | $ 0.00 |
| Account No: Creditor # : 320 El Bohemio News 2588 Mission Street Suite 225 San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 321 Elevator, LLC 4792 Hillsboro Circle Santa Rosa CA 95405 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 322 Elite Reprographics 363 6th Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _53_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,          Case No. _____

**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 323 Energy Calc Co. 3255 Kerner Blvd. Suite 5 San Rafael CA 94901* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 324 Jefferson Eppler 1168 Folsom St. Apt. 204 San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 325 ERA 388 Market St. Suite 1580 San Francisco CA 94111* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 326 Erna Press 471 Turk Street San Francisco CA 94102* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 327 Espino and Sons General Building Contractors 367 Wilde Avenue San Francisco CA 94134* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: *Creditor # : 328 Dean Estrada 30 Dore St. Apt. 106 San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _54_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,          Case No. _____
              **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 329 *Rudy Estrada 30 Dore St. Apt. 106 San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 330 *Eugene Burger Management Corp. 505 Beach Street Unit 120 San Francisco CA 94133* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 331 *Euro-Tech Construction 2115 28th Avenue San Francisco CA 94116* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 332 *Fabbro, Moore and Assoc. c/o Charlie Moore 611 Veterans Blvd., Ste. 216 Redwood City CA 94063* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 333 *Peter Fader 465 10th St. Apt. 401 San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 334 *Fan Asylum, Inc. 1250 Folsom St. San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _55_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,          Case No. _____
             **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 335<br>Farella Braun + Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco CA 94104 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 336<br>Maurice E. Farinas<br>2101 Sacramento St.<br>Apt. 303<br>San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 337<br>Farmers Insurance<br>P.O. Box 894731<br>Los Angeles CA 90189 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 338<br>Farmers Insurance<br>P.O. Box 25367<br>Santa Ana CA 92799 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 339<br>Fast Trak Violation Processing<br>P.O. Box 26925<br>San Francisco CA 94126 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 340<br>Ashley Faulkner<br>562 Hayes St.<br>Apt. 8<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _56_ of _185_ continuation sheets attached to Schedule of        **Subtotal $**            $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                              **Total $**
                                                            (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                                            and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                Case No. _____
            **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 341** Christian Feeney 1168 Folsom St. Apt. 401 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 342** Feng K Plumbing 1654 23rd Avenue San Francisco CA 92122 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 343** Ferguson Enterprises, Inc. File 56809 Los Angeles CA 90071 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 344** Ferguson Enterprises, Inc. 4546 Broad Street San Luis Obispo CA 93401 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 345** Fidelity Roof Company 1075 40th Street Oakland CA 94608 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 346** Fire Barrier, Inc. Pier 33 The Embarcadero San Francisco CA 94111 | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _57_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,   Case No. _____
            **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 347 <br> Fireplace Systems Inc. <br> c/o Coast Insulation Inc <br> 45 North Main Street <br> Salinas CA 93901 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 348 <br> First Bank of Beverly Hills <br> 23901 Calabasa Road <br> Ste. 1050 <br> Calabasas CA 91302 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 349 <br> First Bank of Beverly Hills <br> 23901 Calabasas Road <br> Suite 1050 <br> Calabasas CA 91302 | X | | Business debt | X | X | X | $ 11,675,608.00 |
| Account No: <br> Creditor # : 350 <br> First Insurance Funding Corp <br> 8075 Innovation Way <br> Chicago IL 60682 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 351 <br> First National Bank of N. CA <br> 975 El Camino Real <br> South San Franci CA 94080 | X | | Business debt <br> Personal guaranty on loan to The <br> Baumeister Collective for Ford F-150 | X | X | | $ 5,582.58 |
| Account No: <br> Creditor # : 352 <br> First National Bank of N. CA <br> 975 El Camino Real <br> South San Franci CA 94080 | | | | | | | $ 0.00 |

Sheet No. __58__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 11,681,190.58
**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
            **Debtor(s)**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 353 First National Bank of N. CA 975 El Camino Real South San Franci CA 94080 | X | | Business debt Personal guaranty on loan to The Baumeister Collective for crane | X | X | | $ 164,395.34 |
| Account No: Creditor # : 354 First National Bank of N. CA 975 El Camino Real South San Franci CA 94080 | X | | Business debt Personal guaranty on loan to The Baumeister Collective for generator | X | X | | $ 1,021.18 |
| Account No: Creditor # : 355 First National Bank of N. CA 975 El Camino Real South San Franci CA 94080 | X | | Business debt | X | X | X | $ 2,525,141.00 |
| Account No: Creditor # : 356 Quinn Fitzgerald 1168 Folsom St. Apt. 201 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 357 Ford Graphics P.O. Box 192224 San Francisco CA 94119 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 358 Forem Metal Manufacturing, Inc 801 W.Ranger Suite 100 Alameda CA 94501 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _59_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 2,690,557.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,  Case No. _____

**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 359 Forest Co., Inc 525 Railroad Ave San Francisco CA 94080** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 360 Rachel Fossum 30 Dore St. Apt. 206 San Francisco CA 94103** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 361 Franchise Tax Board Bankruptcy Unit P.O. Box 2952 Sacramento CA 95812** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 362 Robert Francis 60 Rausch St. Apt. 104 San Francisco CA 94103** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 363 Frank's All City Plumbing Co. 2560 Turnberry Dr San Bruno CA 94066** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 364 Fred L. Manthei P.O. Box 1565 Pacifica CA 94044** | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. __60__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 365 Frederick T. Seher and Assoc. 841 Lombard Street San Francsico CA 94133 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 366 Friends of the Urban Forest P.O. Box 29456 Building 1007 San Francisco CA 94127 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 367 Katherine Gaidos 1168 Folsom St. Apt. 204 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 368 Crystal Galvan 3432 Edison St. San Mateo CA 94403 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 369 Michael Gammons 30 Dore St. Apt. 107 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 370 Ganco Industries, Inc. 2220 Revere Ave. Building D San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _61_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re George F. Hauser _____ ,     Case No. _____
              **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 371 Daniel Gao 1538 13th Ave. Oakland CA 94606 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 372 Daniel Gao 1431 Sherman St. Suite A Alameda CA 94501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 373 Garmeson Glass and Metal, Inc. Attn: Alan P.O. Box 24-364 San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 374 Samuel Gateau 30 Dore St. Apt. 406 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 375 GEOTECNIA 1624 Armstrong Court Concord CA 94521 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 376 Geza Gergo 1825 Vine Street Apt. 2 Berkeley CA 94703 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. 62 of 185 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re George F. Hauser _____ , Case No. _____
          **Debtor(s)**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 377 Maris Gersh 30 Dore St. Apt. 507 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 378 GL + A Civil Engineers, Inc. 414 Mason Street Suite 404 San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 379 Glendon Company 23677 Foley Street Hayward CA 94545 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 380 Glenfos Inc. 210 Fell Street Suite 105 San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 381 Glodow Nead Communications 1700 Montgomery Street Suite 203 San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 382 Gold River Contractors 95 Belvedere Street Suite 1 San Rafael CA 94901 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _63_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                     Case No. _____

**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 383 Golden City Building Supply 1279 Pacific Avenue San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 384 Golden Eagle Insurance P.O. Box 6486 Carol Stream IL 60197 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 385 Golden Gate Carpet Service 1930 Olivera Road Concord CA 94520 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 386 Golden Gate Debris P.O. Box 7360 San Francisco CA 94120 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 387 Golden Gate Debris Box Service 900 7th Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 388 Golden Gate Disposal 900 7th Street San Francsico CA 94107 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _64_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 389* <br> *Golden Gate Disposal* <br> *and Recycling* <br> *P.O. Box 60846* <br> *Los Angeles CA 90060* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 390* <br> *Golden Gate Disposal* <br> *P.O. Box  60846* <br> *Los Angeles CA 90060* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 391* <br> *Golden Gate Disposal* <br> *250 Executive Park Blvd.* <br> *Suite 2100* <br> *San Francisco CA 94134* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 392* <br> *Golden Gate Equipment* <br> *101 Cargo* <br> *San Francisco CA 94124* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 393* <br> *Golden Gate Glass and Mirror* <br> *2011 Folsom St.* <br> *San Francisco CA 94110* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: <br> *Creditor # : 394* <br> *Golden Gate Tank Removal, Inc.* <br> *3730 Mission St.* <br> *San Francisco CA 94110* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _65_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,     Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 395 Golden State Carpet Service 1930 Olivera Road Concord CA 94520 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 396 Golden State Lumber Inc. 1050 S Napa Jnctn Rd P.O. Box 1709 Vallejo CA 94590 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 397 Golden State Plumbing 414 27th Avenue San Francisco CA 94121 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 398 Christopher Shawn Golden 1168 Folsom St. Apt. 401 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 399 Gordon and Rees LLP 275 Battery Street Suite 2000 San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 400 Grabber Construction Products Dept. 1590 Denver CO 80291 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _66_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____

**Debtor(s)**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 401 Brian Graham 789 Linda Mar Blvd. Pacifica CA 94044 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 402 Grainger Dept. 871016226 Palatine IL 60038 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 403 Grant Mercantile Agency P.O. Box 658 Oakhurst CA 93644 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 404 Graphic Reproduction 1381 Franquette Ave. Building B-1 Concord CA 94520 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 405 Michael Grasso 333 Main St. Unit 4H San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 406 Andrew Gray 1168 Folsom St. Apt. 404 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _67_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____

              **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 407<br>*Green Mechanical & ARS*<br>*895 Hurlingame Ave.*<br>*Redwood City CA 94063* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 408<br>*Green Mechanical and HVAC, Inc*<br>*895 Hurlingame Avenue*<br>*Redwood City CA 94063* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 409<br>*Brian D. Greenberg*<br>*One America Plaza*<br>*600 West Broadway, Ste. 940*<br>*San Diego CA 92101* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 410<br>*Greenwich Insurance Co.*<br>*340 Pine Street*<br>*San Francisco CA 94104* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 411<br>*Greenworks Inc.*<br>*690 Brannan Street*<br>*San Francisco CA 94107* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 412<br>*Griffith Lumber Company*<br>*820 Levee Drive*<br>*Manhattan  KS 66502* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _68_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              **Subtotal $**       $ 0.00

                              **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,        Case No. _____
         **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 413 Robert Groves 1168 Folsom St. Apt. 304 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 414 Guardian Insurance 3900 Burgess Place Suite 3E Bethleham PA 18017 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 415 Christopher Hall 465 10th St. Apt. 202 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 416 Hamilton, Ricci and Associates 930 Montgomery St Suite 300 San Francisco CA 94133 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 417 Hamilton-Schwarzhoff, Inc. 3428 22nd Street San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 418 Hank Modena HC1 Box 17 La Honda CA 94020 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. __69__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal $          $ 0.00
                                    Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 419 Hanson Bridgett LLP 425 Market St. 26th Floor San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 420 Harrison and Bonini 1122 Harrison Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 421 Hartig Rhodes Hoge and Lekisch 717 K Street Anchorage AK 99501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 422 Hartle Media Ventures LLC 59 Grant Avenue 4th Floor San Francisco CA 94108 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 423 Hastie's Capitol Sand and Gravel 9350 Jackson Road Sacramento CA 95826 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 424 Hauser Architects 60 Rausch Street Suite 201 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. ___70___ of ___185___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                                          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                            **Debtor(s)**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 425** *Robert Hauser 320 Eureka Street San Francisco CA 94114* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 426** *HCC Surety Group 9841 Airport Blvd. 9th Floor Los Angeles CA 90045* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 427** *HCC Surety Group Dept. 6642 Los Angeles CA 90084* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 428** *HCC Surety Group 1610 Arden Way Suite 273 Sacramento CA 95815* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 429** *Heather and French Painting, Inc. 1118 Florida St. San Francisco CA 94110* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 430** *Hector Huerta 579 Naples St. San Francisco CA 94112* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _71_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,   Case No. _____
   **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 431<br>Cyrus Hekmaty<br>1168 Folsom St.<br>Apt. 202<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 432<br>Helena Kozler<br>176 Corte Anita<br>Greenbrae CA 94904 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 433<br>Henry P. Winetsky<br>58 Maiden Lane<br>2nd Floor<br>San Francisco CA 94108 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 434<br>Hertz Big Four Rents<br>P.O. Box 2939<br>Rohnert Park CA 94927 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 435<br>Hertz Equipment Rental<br>P.O. Box 26390<br>Oaklahoma City OK 73126 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 436<br>Hertz Equipment Rental<br>P.O. Box 2939<br>Rohnert Park CA 94927 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _72_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          **Subtotal $**        $ 0.00
                                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,   Case No. _____

         **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 437 <br> Hertz Equipment Rental <br> P.O. Box 650280 <br> Dallas TX 75265 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 438 <br> Hertz/ Big 4 Rents <br> 435 South Van Ness <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 439 <br> Herzig and Berlese <br> 414 Gough Street <br> Suite 5 <br> San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 440 <br> Hesselberg, Keesee and Assoc. <br> 221 Main Street <br> Suite 1580 <br> San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 441 <br> Hetherington General <br> and Plumbing <br> 4200 California St., Ste. 101 <br> San Francisco CA 94118 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 442 <br> Hilti, Inc. <br> P.O. Box 382002 <br> Pittsburgh PA 15250 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _73_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,   Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 443** *Suzanne Hoffart* *52 Rausch St.* *Apt. 301* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 444** *Aaron J. Hoffmans* *309 Santa Clara Way* *San Mateo CA 94403* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 445** *Stephen Houghton* *465 10th St.* *Apt. 202* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 446** *Alex W. Huang* *2227 32nd Ave.* *San Francisco CA 94116* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 447** *Weizhong Alex Huang* *2227 32nd Ave.* *San Francisco CA 94116* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 448** *Husch and Eppenberger* *1200 Main Street* *Suite 1700* *Kansas City MO 64105* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _74_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ , Case No._____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 449<br>ICF Enterprises, Inc.<br>P.O. Box 462776<br>Escondido CA 92046 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 450<br>ICF Enterprises, Inc.<br>P.O. Box 762776<br>Escondido CA 92046 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 451<br>ICI Dulux Paint Centers<br>P.O. Box 100145<br>Pasadena CA 91189 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 452<br>ICI Dulux Paint Stores<br>1580 Pacific Avenue<br>San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 453<br>ID8 Media<br>2070 Allston Way<br>Suite 3<br>Berkeley CA 94704 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 454<br>IHI Environmental<br>1260 45th Street<br>Suite L<br>Emeryville CA 94608 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _75_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
           **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 455 Imperial Premium Finance, Inc P.O. Box 504758 The Lakes NV 88905 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 456 Imperial Premium Finance, Inc. Department 7615 Los Angeles CA 90084 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 457 Industrial Caster and Wheel Company 2200 Carden Street San Leandro CA 94577 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 458 Insco/Dico Group 17780 Fitch, Ste. 200 Irvine CA 92614 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 459 Inspection Consultants Industrial LP 2999 Gold Canal Dr., Ste. A Rancho Cordova CA 95670 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 460 Inter-State Security, Inc. 229 Downey Street San Francisco CA 94117 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _76_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____

**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 461** *Intertek Testing Services NA 8431 Murphy Drive Middletown WI 83562* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 462** *Ireland Tile and Stone, Inc. 1408 31st Avenue, Ste. 211 San Francisco CA 94122* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 463** *Dana Iscoff 2485 Clay Street Suite 101 San Francisco CA 94115* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 464** *Italics 1488 67th Street Emeryville CA 94608* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 465** *J and J Sheet Metal 80 Duboce Ave P.O. Box 410363 San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 466** *J C L Company 134 Sears Street San Francisco CA 94112* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. __77__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**              $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
                    **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 467 J. E. Brown Company 78 Shotwell Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 468 J.C. Plumbing Electrical and Heating 435 Valencia Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 469 Josef Jacques 2221 26th St. Apt. 202 San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 470 Jamco Concrete Cutting P.O. Box 46 Redwood City CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 471 JAMS P.O. Box 512850 Los Angeles CA 90051 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 472 JC Carpet and Upholstery 1212-H El Camino Real Suite 252 San Bruno CA 94066 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. __78__ of __185__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,  Case No._____
              **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 473 JC Metal Specialists 2708 Ingalls Street San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 474 JCL Company 134 Sears Street San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 475 Jeffer Mangels Butler Marmaro Two Embarcadero Center 5th Floor San Francisco CA 94111 | X | | 3/27/2009 Services Rendered Fee dispute for services rendered on behalf of Hauser Architects | X | X | X | $ 29,893.66 |
| Account No: Creditor # : 476 Jim Jennings 49 Rodgers St. San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 477 Jaime Jensen 2090 Green St. Suite 36 San Francisco CA 94123 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 478 Robert Jensen 2650 Magnolia Ave. Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _79_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 29,893.66

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,    Case No. _____
                          **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 479 Jiffy Lube 2030 Van Ness Avenue San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 480 JLM Consulting 1530 Jones Street Suite 1 San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 481 JLM Painting and Waterproofing 427 Fairway Drive S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 482 JMBM Two Embarcadero Center 5th Floor San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 483 JMBM P.O. Box 513267 Los Angeles CA 90051 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 484 Tyler Johansson 30 Dore St. Apt. 507 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. __80__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                     Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 485** *John Doyle Tile* *2423 34th Ave.* *San Francisco CA 94116* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 486** *John McLaughlin* *Window and Glass* *220 Quintara Street* *San Francisco CA 94116* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 487** *Gino Jokbengboon* *1168 Folsom St.* *Apt. 403* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 488** *Jones Day* *555 California Street* *26th Floor* *San Francisco CA 94104* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 489** *Becky Jones* *3317 Grand Ave.* *Apt. A* *Oakland CA 94610* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 490** *Harrold Jones* *73 Sumner St.* *Apt. 303* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _81_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____,     Case No. _____
                **Debtor(s)**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 491 JP Corbin Building and Design 2342 Park Blvd Suite 3 Oakland CA 94606 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 492 JY Electrical, Inc P.O. Box 34338 San Francisco CA 94134 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 493 K and J Tile 1701 W. Del Rio Street Chandler AZ 85224 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 494 Peter Kane 30 Dore St. Apt. 411 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 495 Anna C. Kao 18 Lansing St. Apt. 203 San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 496 Kapono's One Aloha Tower Drive Aloha Tower Market Place Honolulu HI 96813 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _82_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                            $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_                                              ,        Case No. _____
           **Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 497 *Katarzyna Kowalska-Ekstrand* *7149 Thornhill Drive* *Oakland CA 94611* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 498 *Kate O Briens Irish Bar* *579 Howard Street* *San Francisco CA 94105* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 499 *Kehoe Trucking* *1459 18th Street* *Suite 179* *San Francisco CA 94107* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 500 *Kells Construction Inc.* *1422 16th Avenue* *San Francisco CA 94122* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 501 *Andrew Sloan Kelly* *1168 Folsom St.* *Apt. 502* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 502 *David Kelly* *747 Ellis St.* *Apt. 10* *San Francisco CA 94109* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _83_ of _185_ continuation sheets attached to Schedule of          **Subtotal $**          $ 0.00
Creditors Holding Unsecured Nonpriority Claims

                                                         **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re George F. Hauser ,          Case No. _____

       **Debtor(s)**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 503<br>Kelly-Moore Paint Company, Inc<br>3414 Cesar Chavez Blvd.<br>San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 504<br>Ken Fisher<br>1355 Post Street<br>San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 505<br>Ken Pence Plumbing Et Al<br>1019 So. Van Ness Ave.<br>San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 506<br>Ken Topping Home Improvements<br>3101 Vicente Street<br>San Francisco CA 94116 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 507<br>Kenneth Cole<br>865 Market Street<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 508<br>Robert Kenny<br>P.O. Box 1899<br>Sausalito CA 94966 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. 84 of 185 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re George F. Hauser                                          ,      Case No. _____
                        **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 509 Kevin Slagle Design and Build 1734 13th Street Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 510 Key Supply 362 7th St. San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 511 KFR Company 1222 Grand Avenue San Rafael CA 94901 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 512 Rana Khalil 1168 Folsom St. Apt. 403 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 513 Jarinya Khantapong 34 Leo Circle S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 514 Linda Kim 1473 14th Street Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. 85 of 185 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,    Case No. _____

**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 515 KJ Tile Co 1701 West Del Rio Street Chandler AZ 85244** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 516 Klaus Parking Systems, Inc. 3652 Chestnut Street Suite A Lafayette CA 94523** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 517 Michael Klein 801 Portola Drive Suite 205 San Francisco CA 94127** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 518 Jessica Koeppel 465 10th St. Apt. 208 San Francisco CA 94103** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 519 Kone, Inc. P.O. Box 429 Moline IL 61266** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 520 Kone, Inc. 15021 Wicks Blvd. San Leandro CA 94577** | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _86_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
　　　　　　　　**Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 521<br>Konrath Bonds and<br>Insurance Services<br>1145-2nd Street, Ste. A<br>Brentwood CA 94513 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 522<br>Kozler Engineering<br>176 Corte Anita<br>Greenbrae CA 94904 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 523<br>KP Construction Group, Inc.<br>2536 McAllister Street<br>San Francisco CA 94118 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 524<br>Timothy K. Kreutzew<br>105 10th Ave.<br>San Francisco CA 94118 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 525<br>Kurt Meiswinkel, Inc.<br>833 Mahler Road<br>Suite 11<br>Burlingame CA 94010 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 526<br>Kustom Waterjet<br>1353 E. Borchard Ave.<br>Santa Ana CA 92705 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _87_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                          Case No. _____
              **Debtor(s)**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 527<br>Robert Labbe<br>73 Sumner St.<br>Apt. 103<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 528<br>Labor Ready<br>P.O. Box 31001-0257<br>Pasadena CA 91110 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 529<br>Marvin Lam<br>1168 Folsom St.<br>Apt. 301<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 530<br>Rebecca Lam<br>1951 46th Ave.<br>San Francisco CA 94116 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 531<br>Lane- Aire Manufacturing<br>7830 Cucamonga Avenue<br>Suite 20<br>Sacramento CA 95826 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 532<br>Lane-Aire Manufacturing Corp.<br>P.O. Box 4485<br>Carson CA 90749 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. __88__ of __185__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _George F. Hauser_ ,                                    Case No. _____
            **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 533<br>Jeffrey L. Lashins<br>80 Hill Street<br>Apt. 2<br>San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 534<br>Michael Duffy Lau<br>30 Dore St.<br>Apt. 207<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 535<br>Law Office Mallison Martinez<br>1042 Brown Avenue<br>Lafayette CA 94549 | | | For Notice Only | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 536<br>Law office Martin Goodman<br>465 California St.<br>Suite 222<br>San Francisco CA 94104 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 537<br>Law Offices of Henry Winetsky<br>58 Maiden Lane<br>2nd Floor<br>San Francisco CA 94108 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 538<br>Law Offices of James Wolf<br>1766 Lacassie Ave.<br>Suite 200<br>Walnut Creek CA 94596 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _89_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 539 Lawson Roofing  Co., Inc. 1495 Tennessee Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 540 LCW Consulting 9330 20th Street San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 541 Yohan Le Nerriec 1150 Folsom St. Apt. 1 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 542 Shannon Leahy 52 Rausch St. Apt. 101 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 543 Lectric Larry 1459 Lincoln Avenue San Rafael CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 544 Bryan Lee 1840 Union Street San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _90_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**        $ 0.00

                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,      Case No. _____
              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 545 <br> James Ryan Lee <br> 30 Dore St. <br> Apt. 208 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 546 <br> Lucia Soo Jung Lee <br> 1168 Folsom St. <br> Apt. 303 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 547 <br> Theresa Lee <br> 1168 Folsom St. <br> Apt. 301 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 548 <br> Lee's Carpet and Floor Care <br> 2531 Montgomery Ave <br> Concord CA 94519 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 549 <br> Alisa Lemberg <br> 1168 Folsom St. <br> Apt. 203 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 550 <br> Leslye Russell, MFT <br> 2718 Telegraph Ave. <br> Suite 102 <br> Berkeley CA 94705 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _91_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re George F. Hauser _____ ,   Case No. _____
              **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 551 <br> Lexis Document Services <br> 920 11th Street <br> Suite B <br> Sacramento CA 95814 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** <br> Creditor # : 552 <br> LexisNexis Matthew Bender <br> P.O. Box 7247-0178 <br> Philadelphia PA 19170 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** <br> Creditor # : 553 <br> Licensed Contractors Insurance <br> P.O. Box 255346 <br> Sacramento CA 95865 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** <br> Creditor # : 554 <br> Samar Lightfoot <br> 30 Dore St. <br> Apt. 402 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** <br> Creditor # : 555 <br> Lincoln General Insurance Co. <br> 701 B Street <br> Suite 2100 <br> San Diego CA 92101 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** <br> Creditor # : 556 <br> David Duncan Livingston <br> 1036 Erica Road <br> Mill Valley CA 94941 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. 92 of 185 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 557 William Long 30 Dore St. Apt. 207 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 558 James Loughran 46 Rausch Street San Francsico CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 559 Lovazzano Mechanical 1725 East Bayshore Road Redwood City CA 94063 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 560 Lumberman Construction 1960 Folsom Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 561 Robert E. Lyon 1648 Grove St. San Francisco CA 94117 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 562 Shana Lypka 1168 Folsom St. Apt. 503 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _93_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                   $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                 Case No. _____
          **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 563 M and M Engineering and Concrete 1600 Clement Street, Ste. 104 San Francisco CA 94121 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 564 M.K. Construction 3030 Rivera Street San Francisco CA 94116 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 565 M.K. Engineering Co. 1485 Bayshore Blvd. Suite 457 San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 566 M.P.M. Concrete P.O. Box 1264 Menlo Park CA 94026 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 567 Maarten M Bon 4071 A 24th St. San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 568 Maccon Masonry Materials 367 Bayshore Blvd. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _94_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> *Creditor # : 569* <br> *MacMurray Pacific* <br> *568 Seventh Street* <br> *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** *8940* <br> *Creditor # : 570* <br> *Macy's Department Store* <br> *P.O. Box 6938* <br> *The Lakes NV 88901* | | | *Credit Card Purchases* | | | | $ 311.00 |
| **Account No:** <br> *Creditor # : 571* <br> *David F. Mainland* <br> *624 Alto Street* <br> *Santa Fe NM 87501* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** <br> *Creditor # : 572* <br> *Mainline Security* <br> *84 Second Street* <br> *San Francisco CA 94105* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** <br> *Creditor # : 573* <br> *Mal Rogers Electric* <br> *438 8th Street* <br> *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** <br> *Creditor # : 574* <br> *Malcolm Drilling Co., Inc.* <br> *3503 Breakwater Court* <br> *Hayward CA 94545* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _95_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                            $ 311.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 575 Manley and Sons Trucking Inc. 8896 Elder Creek Road Sacramento CA 95828 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 576 Manuel Espino 36 Valley Street Suite 4 San Francsico CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 577 Mars Appliance Service 105 South Lake Merced Hill San Francisco CA 94132 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 578 Martin M. Ron Associates, Inc. 859 Harrison St. Suite 200 San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 579 Travis L. Martin 5323 Lawton Ave. Oakland CA 94618 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 580 Luciano Martinez 985 Capp Street San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _96_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                  $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,   Case No. _____

**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 581<br>Mavry Welding Supply<br>2919 Union Street<br>Oakland CA 94608 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 582<br>Maximum Capacity Media LLC<br>P.O. Box 1052<br>Fort Dodge IA 50501 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 583<br>Michael B. Mayock<br>443 The Alameda<br>San Anselmo CA 94960 | | | Business debt | X | X | X | $ 0.00 |
| Account No:    5721<br>Creditor # : 584<br>MBNA America/Bank of America<br>P.O. Box 851001<br>Dallas TX 75285 | X | | Business debt | X | X | X | $ 47,739.00 |
| Account No:<br>Creditor # : 585<br>MC Polin Tile Company<br>142 Middlefield Drive<br>San Francisco CA 94132 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 586<br>McBryde Roofing<br>475 W Channel Islands<br>Suite 111<br>Port Hueneme CA 93041 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _97_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 47,739.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                         Case No. _____

**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 587 McBryde Roofing & Atlas Heatin 475 W. Channel Island Blvd Suite 111 Port Hueneme CA 93041 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 588 McBryde Roofing & Blackwood As 475 W. Channel Island Blvd. Suite 111 Port Hueneme CA 93041 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 589 McBryde Roofing & ICF Enterpri 475 W Channel Islands Blvd. Suite 111 Port Hueneme CA 93041 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 590 N. Philip McFadden 465 10th St. Apt. 402 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 591 McGraw-Hill P.O. Box 74991 Cleveland OH 44194 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 592 McKee Communications, Inc. 6381-A Rose Lane Carpinteria CA 93013 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _98_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,      Case No._____
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 593 MCL Steel 350 Northgate Pky Wheeling IL 60090 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 594 MCL Steel, Inc. 1212H El Camino Real Suite 262 San Bruno CA 94066 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 595 McQuaid, Metzler, Bedford 221 Main Street 16th Floor San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 596 Mega Partnership Company P.O. Box 2129 Suisun City CA 94585 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 597 Megan Stevenson 4017 Lusk St. Oakalnd CA 94608 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 598 Charles Mendoza 1168 Folsom St. Apt. 504 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _99_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____

**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 599 Metal Manufacturing Co., Inc. 2240 Evergreen Street Sacramento CA 95815 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 600 Metro Locksmiths Inc. Attn: Sharon Gen 1456 California Street San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 601 Christopher Meunier 30 Dore St. Apt. 203 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 602 MHC Engineers 150 8th Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 603 Michael Pitler 453 51st Street Oakland CA 94609 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 604 Michigan Chandelier 190 E. Maple Maple Troy  MI 48083 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _100_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 605 Dare Michos 465 10th St. Apt. 301 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 606 Themistocles Michos 465 10th St. Apt. 301 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 607 Mill Valley Refuse Services P.O. Box 3557 San Rafael  CA 94912 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 608 Milton Painting and Decorating 370 Kains Ave., Ste. 4 San Bruno CA 94066 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 609 Ming's Carpet 453 10th Avenue San Francisco CA 94118 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 610 Mobile Mini, Inc. P.O. Box 79149 Phoenix AZ 85062 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _101_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                   Case No. _____
        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 611 Modern Luxury Magazines P.O. Box 512808 Los Angeles CA 90051 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 612 William Mollard 4266 Terrace St. Oakland CA 94611 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 613 William Mollard 5323 Lawton Ave. Oakland CA 94618 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 614 Moran Engineering, Inc. 1930 Shattuck Avenue Suite A Berkeley CA 94704 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 615 Morgan Lewis and Bockius LLP One Market Spear Street Tower San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 616 Dianna Morgan 891 Ruess Rd. Ripon CA 95366 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _102_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 617 Morrison and Foerster LLP P.O. Box 60000 San Francisco CA 94160 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 618 Christopher Mottau 1168 Folsom St. Apt. 405 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 619 Mountain Connection and Beco Hardware 2347 Middle Road Columbia Falls MT 59912 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 620 Mountain Connection and Idaho Pacific Lumber 2347 Middle Road Columbia Falls MT 59912 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 621 Mountain Connection Inc. 2347 Middle Road Columbia Falls MT 59912 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 622 Mountain Connections Inc. 2347 Middle Road Columbia Falls  MT 59912 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _103_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                Case No. _____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 623 MPM Concrete and Bode Gravel Co. P.O. Box 1264 Menlo Park CA 94026 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 624 MPM Concrete Construction P.O. Box 1264 Menlo Park CA 94026 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 625 Mr. Bathtub, Inc. 179 W. San Bruno Avenue San Bruno CA 94066 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 626 Muller Construction Supply 1230 Yard Court San Jose CA 95133 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 627 Carlos Muriel 30 Dore St. Apt. 204 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 628 Murphy and Simi Co. 1001 Folsom Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _104_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,  Case No. _____

**Debtor(s)**  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 629 N.R.I. Powder Coating 436 South Airport Blvd. S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 630 Robert Naefke 1473 14th Street Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 631 Shannon Nantais 30 Dore St. Apt. 511 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 632 Nara Bank Oakland Office 2250 Broadway Oakland CA 94612 | X | | Business debt | X | X | X | $ 202,470.00 |
| Account No: Creditor # : 633 Nardeo Persaud 2330 Waverly Street Oakland CA 94612 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 634 Nardeo Persaud 123 Lenox Avenue Milford NY 7646 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _105_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 202,470.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 635 John Nassiri 3043 22nd St. Apt. B San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 636 John Nassiri 502 Bartlett St. San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 637 National Blinds 778 Brannan St. San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 638 National Construction Rental 15319 Chatsworth Street Mission Hills CA 91345 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 639 National Construction Rentals P.O. Box 4503 Pacoima CA 91333 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 640 National Rent A Fence 26291 Production Ave Suite 7 Hayward CA 94545 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _106_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,          Case No. _____
                        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 641** *Native Sons* *379 W. El Campo Rd.* *Arroyo Grande CA 93420* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 642** *NCARB* *P.O. Box 631398* *Baltimore  MD 21263* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 643** *NCO Financial Systems, Inc.* *P.O. Box 17095* *Wilmington DE 19850* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 644** *NDT Laboratories, Inc.* *240 East Caribbean Drive* *Sunnyvale CA 94089* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 645** *Neff Rental* *4381 Bettencourt Way* *Union City CA 94587* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 646** *Chelsea Nelson* *562 Hayes St.* *Apt. 8* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _107_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          **Subtotal $**          $ 0.00

                                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 647 <br> New Art Hardware Supply <br> 2076 Oakdale Ave. <br> San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 648 <br> New Dream LLC <br> 1168 Folsom St. <br> Apt. 102 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 649 <br> New Mission Hardwood Floor Co. <br> 3476 20th Street <br> San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 650 <br> Kevin New <br> 1168 Folsom St. <br> Apt. 501 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 651 <br> Sergio Newsome <br> 1168 Folsom St. <br> Apt. 403 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 652 <br> Ken H Ng <br> 346 Ashton Ave. <br> San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _108_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
             **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 653 Toan Nguyen 16 Navajo Ave. San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 654 Nichols Diamond Tool Inc. 2625 Fair Oaks Avenue Redwood City CA 94063 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 655 John Nichols 245 Webster St. San Francisco CA 94117 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 656 Chris Niemer 2537 Harrington Ave Oakland CA 94601 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 657 Nolan Brothers Painting 60 Rausch St San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 658 Nor-Cal Metal Fabricators 1121 Third Street Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _109_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
          **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 659** *Norwood Construction 4450 Arapahoe Avenue Suite 100 Boulder  CO 80303* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 660** *Nueva Castilla Co. 1555 Galvez Street San Francisco CA 94124* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 661** *NuStar Heating and Metal Supply 42 Otis San Francisco CA 94108* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 662** *NY Engineering 41083 Joyce Ave. Fremont CA 94539* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 663** *Occasional Glass Company 3400 Balboa Street San Francisco CA 94121* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 664** *Office of the County Clerk City Hall, Room 168 1 Dr. Carlton B. Goodlett Pl. San Francisco CA 94102* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _110_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       **Subtotal $**       $ 0.00

                                         **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,    Case No. _____

**Debtor(s)**                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 665** *Old Republic Title Company* *475 Sansome Street* *Suite 1700* *San Francsico CA 94111* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 666** *Fabian Oliva* *1168 Folsom St.* *Apt. 404* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 667** *Omni Patrol, Inc.* *P.O Box 2914* *Merced CA 95344* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 668** *Jeffrey Oplinger* *1168 Folsom St.* *Apt. 402* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 669** *Orco Construction Supply* *Department 05891* *P.O. Box 39000* *San Francisco CA 94139* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 670** *Ashley Ortiz* *30 Dore St.* *Apt. 505* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _111_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No._____
           **Debtor(s)**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 671 Dante Ortiz 30 Dore St. Apt. 505 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 672 John Otander 6177 S. Peppertree Bosie ID 83716 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 673 P.D.M Steel 3500 Bassett Street P.O. Box 329 Santa Clara CA 95052 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 674 Pacific Access Contractors 2860 Spring Street Suite 7 Redwood City CA 94063 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 675 Pacific Automatic Sprinkler Co 2601 Harrison St. San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 676 Pacific Galvanizing 715 46th Avenue Oakland CA 94601 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _112_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  **Subtotal $**            $ 0.00

                                  **Total $**
           (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
           and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
             **Debtor(s)**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 677 <br> Pacific Gas and Electric Co. <br> P.O. Box 8329 <br> Stockton CA 95208 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 678 <br> Pacific Legacy, Inc. <br> 1525 Seabright Ave. <br> Santa Cruz CA 95062 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 679 <br> Pacific Rolling Door Co. <br> 15900 Worthley Drive <br> San Lorenzo CA 94580 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 680 <br> Pacific States Petroleum, Inc. <br> P.O. Box 2389 <br> Pleasant Hill CA 94523 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 681 <br> Pacific Supply-San Francisco <br> 1675 Mission Road <br> S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 682 <br> Paul Padon <br> 1190 28th Street <br> Oakland CA 94608 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _113_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____,  Case No. _____
        **Debtor(s)**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 683<br>Debraj Panday<br>3341 Massachusetts Ave.<br>Kenner LA 70065 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 684<br>Paramount Aluminum Company<br>1717 Kirkham Street<br>Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 685<br>Daniel Paris<br>168 Tiffany Ave.<br>San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 686<br>Park View Construction<br>490 Carmel Avenue<br>Pacifica CA 94044 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 687<br>Parkview Construction<br>1025 Tennessee St.<br>San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 688<br>Partition Specialties, Inc.<br>7428 Redwood Blvd.<br>Suite 101<br>Novato CA 94945 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _114_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                               **Subtotal $**                  **$ 0.00**

                                                 **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 689<br>Pat Connolly Construction<br>1224 15th Avenue<br>San Francisco CA 94122 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 690<br>Patent Construction Systems<br>2575 Williams Street<br>San Leandro CA 94577 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 691<br>Loren Patterson<br>2650 Magnolia Ave.<br>Oakland CA 94607 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 692<br>Paul Financial LLC (GMAC)<br>1401 Los Gamos Drive<br>San Rafael CA 94903 | | | Business debt | X | X | X | Unknown |
| Account No:<br>Creditor # : 693<br>Pavers  Etc.<br>1914 West Pico Blvd.<br>Los Angeles CA 90006 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 694<br>Thomas H. Peebles<br>88 King St.<br>Apt. 710<br>San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _115_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                   $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
                **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 695 Pelican Delivery 218 Clara St. San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 696 Thomas Pelly 30 Dore St. Apt. 110 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 697 Penhall Company 13750 Catalina Street San Leandro CA 94577 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 698 Peninsula Building Materials 109 Seaport Blvd. Redwood City CA 94063 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 699 Daniel Pera 2038 McAllister St. Suite 11 San Francisco CA 94118 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 700 Performance Abatement Services 999 Canal Blvd. Suite B Richmond CA 94804 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _116_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
_____
**Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 701 James Peros 30 Dore St. Apt. 510 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 702 Personnel Concepts P.O. Box 3353 San Dimas CA 91773 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 703 Petaluma Valley Drywall and Gypsum Drywall 732 Louise Drive Petaluma CA 94954 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 704 Petaluma Valley Drywall Inc 732 Louise Drive Petaluma CA 94954 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 705 Philippine News 1818 Gilberth Rd. Suite 240 Burlingame CA 94010 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 706 Bill Picture 1168 Folsom St. Apt. 302 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _117_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
           **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 707 Pishro Inc. 3070 Kerner Blvd. San Rafael CA 94901 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 708 Michael Pitler 5933 1/2 McCall St. Oakland CA 94606 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 709 Pitney Bowes P.O. Box 856042 Louisville KY 40285 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 710 Scot Plewacki 1168 Folsom St. Apt. 503 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 711 Pozas Bros. Trucking Co. 8130 Enterprise Drive Neward CA 94560 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 712 Praxair Distribution, Inc. Dept. LA 21511 Pasadena CA 91185 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _118_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
                **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 713 Preferred Legal 210 Fell Street Suite 19 San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 714 Prematic Service Corporation P.O. Box 894731 Los Angeles CA 90189 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 715 Premier Security Solutions 870 - A Old County Road Belmont CA 94002 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 716 Premium Assignment Corp. P.O. Box 3100 Tallahassee FL 32315 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 717 Premium Assignment Corporation P.O. Box 5023 Costa Mesa CA 92628 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 718 Premium Financing Specialist P.O. Box 100384 Pasadena CA 91189 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _119_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                     Case No. _____

**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 719 Marc Pretscher 30 Dore St. Apt. 408 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 720 Danielle Primmer 1168 Folsom St. Apt. 401 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 721 Pro-Bel USA, Inc. 29320 Union City Blvd. Union City CA 94589 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 722 Gregory L. Proefrock 239 Dorland St. San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 723 Professional Publishing 365 Bel Marin Keys Blvd. Novato CA 94949 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 724 Progressive Business Solutions 370 Technology Drive P.O. Box 3019 Malvern PA 19355 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _120_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                   $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,    Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 725 Progressive Insurance P.O. Box 94739 Cleveland OH 44101 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 726 Property Owner 60 Rausch Street Apt. 411 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 727 Property Owner 73 Sumner Street Apt. 103 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 728 Property Owner 73 Sumner Street Apt. 102 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 729 Property Owner 60 Rausch Street Apt. 409 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 730 Property Owner 60 Rausch Street Apt. 408 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _121_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,    Case No. _____

    **Debtor(s)**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 731<br>Property Owner<br>60 Rausch Street<br>Apt. 407<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 732<br>Property Owner<br>60 Rausch Street<br>Apt. 406<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 733<br>Property Owner<br>60 Rausch Street<br>Apt. 405<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 734<br>Property Owner<br>73 Sumner Street<br>Apt. 104<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 735<br>Property Owner<br>73 Sumner Street<br>Apt. 402<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 736<br>Property Owner<br>60 Rausch Street<br>Apt. 404<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _122_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                          Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 737 Property Owner 73 Sumner Street Apt. 105 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 738 Property Owner 73 Sumner Street Apt. 201 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 739 Property Owner 73 Sumner Street Apt. 202 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 740 Property Owner 73 Sumner Street Apt. 203 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 741 Property Owner 73 Sumner Street Apt. 204 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 742 Property Owner 73 Sumner Street Apt. 205 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _123_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                     Case No. _____
           **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 743 Property Owner 73 Sumner Street Apt. 301 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 744 Property Owner 73 Sumner Street Apt. 302 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 745 Property Owner 73 Sumner Street Apt. 303 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 746 Property Owner 60 Rausch Street Apt. 410 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 747 Property Owner 73 Sumner Street Apt. 401 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 748 Property Owner 60 Rausch Street Apt. 403 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _124_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          **Subtotal $**          $ 0.00

                                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,        Case No. _____
                    **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 749 Property Owner 73 Sumner Street Apt. 304 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 750 Property Owner 60 Rausch Street Apt. 102 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 751 Property Owner 465 Tenth Street Apt. 206 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 752 Property Owner 465 Tenth Street Apt. 302 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 753 Property Owner 465 Tenth Street Apt. 205 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 754 Property Owner 465 Tenth Street Apt. 207 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _125_ of ___185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          **Subtotal $**            $ 0.00
                                                          **Total $**
                                      (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                      and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  George F. Hauser                                         ,     Case No. _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 755 Property Owner 465 Tenth Street Apt. 208 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 756 Property Owner 465 Tenth Street Apt. 102 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 757 Property Owner 465 Tenth Street Apt. 103 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 758 Property Owner 465 Tenth Street Apt. 101 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 759 Property Owner 465 Tenth Street Apt. 201 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 760 Property Owner 465 Tenth Street Apt. 305 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _126_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    **Subtotal $**              $ 0.00

                                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
                        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 761 Property Owner 465 Tenth Street Apt. 202 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 762 Property Owner 60 Rausch Street Apt. 204 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 763 Property Owner 60 Rausch Street Apt. 101 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 764 Property Owner 465 Tenth Street Apt. 203 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 765 Property Owner 465 Tenth Street Apt. 204 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 766 Property Owner 60 Rausch Street Apt. 201 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _127_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**            $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ , Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 767 Property Owner 465 Tenth Street Apt. 303 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 768 Property Owner 465 Tenth Street Apt. 304 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 769 Property Owner 73 Sumner Street Apt. 101 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 770 Property Owner 465 Tenth Street Apt. 402 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 771 Property Owner 465 Tenth Street Apt. 401 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 772 Property Owner 60 Rausch Street Apt. 402 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _128_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                  **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 773 Property Owner 60 Rausch Street Apt. 103 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 774 Property Owner 60 Rausch Street Apt. 302 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 775 Property Owner 60 Rausch Street Apt. 401 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 776 Property Owner 60 Rausch Street Apt. 312 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 777 Property Owner 60 Rausch Street Apt. 311 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 778 Property Owner 60 Rausch Street Apt. 310 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _129_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No._____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 779** Property Owner 60 Rausch Street Apt. 309 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 780** Property Owner 60 Rausch Street Apt. 308 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 781** Property Owner 60 Rausch Street Apt. 307 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 782** Property Owner 465 Tenth Street Apt. 301 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 783** Property Owner 60 Rausch Street Apt. 306 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 784** Property Owner 60 Rausch Street Apt. 305 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _130_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**            $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,  Case No. _____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 785 Property Owner 60 Rausch Street Apt. 202 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 786 Property Owner 60 Rausch Street Apt. 303 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 787 Property Owner 60 Rausch Street Apt. 203 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 788 Property Owner 60 Rausch Street Apt. 301 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 789 Property Owner 465 Tenth Street Apt. 306 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 790 Property Owner 60 Rausch Street Apt. 211 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _131_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Subtotal $**　　　　$ 0.00

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                  Case No. _____
           **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 791 <br> Property Owner <br> 60 Rausch Street <br> Apt. 210 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 792 <br> Property Owner <br> 60 Rausch Street <br> Apt. 209 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 793 <br> Property Owner <br> 60 Rausch Street <br> Apt. 208 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 794 <br> Property Owner <br> 60 Rausch Street <br> Apt. 207 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 795 <br> Property Owner <br> 60 Rausch Street <br> Apt. 206 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 796 <br> Property Owner <br> 60 Rausch Street <br> Apt. 205 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _132_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**           **$ 0.00**

                                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,            Case No. _____
           **Debtor(s)**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 797 Property Owner 60 Rausch Street Apt. 304 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 798 Property Pleasers P.O. Box 3127 Alameda CA 94501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 799 Property Pleasers HOA Services P.O. Box 3127 Alameda CA 94501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 800 Pro-Tech Waterproofing 753 Center Boulevard Suite B Fairfax CA 94930 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 801 Protection One P.O. Box 79016 Phoenix AZ 85062 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 802 Public Utilities Commission 425 Mason Street San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _133_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____,     Case No. _____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 803 Purchase Power P.O. Box 856042 Louisville KY 40285 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 804 Quantum Link P.O. Box 22108 Tulsa OK 74121 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 805 Quayle and Company 2514 3rd St. San Francisco CA 94107 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 806 Moises Querol 1168 Folsom St. Apt. 205 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 807 Antonio Quiros 73 Sumner St. Apt. 401 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 808 Claudia Keller Quiros 73 Sumner St. Apt. 401 San Francisco CA 94103 | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _134_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**　　　　　$ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
             **Debtor(s)**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 809 R and B Wholesale Distributors, Inc. 5070 Lindsay Ct. Chino CA 91710 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 810 R.E. Borrmann's Steel Co. Inc. 2450 Pulgas Avenue East Palo Alto CA 94303 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 811 R.E. Lyon Plumbing Heating 1648 Grove St. San Francisco CA 94117 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 812 Rain Defense 2400 Monarch St. Alameda CA 94501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 813 Sarah Nell Randolph 30 Dore St. Apt. 101 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 814 RD Installations, Inc. 1339 Ocean Avenue Del Mar CA 92014 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _135_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         **Subtotal $**     $ 0.00

                                         **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ , Case No. _____
         **Debtor(s)**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 815** **Red Cloud, Inc.** **P.O. Box 23772** **Oakland CA 94623** | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 816** **Redwood Mortgage Inv. VII** **900 Veterans Blvd., #500** **Redwood City CA 94063** | X | | *Business debt* | X | X | X | $ 3,142,444.00 |
| Account No: **Creditor # : 817** **Redwood Mortgage Inv. VIII** **900 Veterans Blvd., #500** **Redwood City CA 94063** | X | | *Business debt* | X | X | X | $ 145,292.00 |
| Account No: **Creditor # : 818** **Redwood Mortgage Inv. VIII** **900 Veterans Blvd., #500** **Redwood City CA 94063** | X | | *Business debt* | X | X | X | $ 3,868,275.00 |
| Account No: **Creditor # : 819** **Redwood Mortgage Inv. VIII** **900 Veterans Blvd., Suite 500** **Redwood City CA 94063** | X | | *Business debt* | X | X | X | $ 564,452.00 |
| Account No: **Creditor # : 820** **Redwood Mortgage Inv. VIII** **900 Veterans Blvd., #500** **Redwood City CA 94063** | X | | *Business debt* | X | X | X | $ 127,346.00 |

Sheet No. _136_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   **Subtotal $**      **$ 7,847,809.00**

                                      **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 821<br>Redwood Mortgage Inv. VIII<br>900 Veterans Blvd., #500<br>Redwood City CA 94063 | X | | Business debt | X | X | X | $ 866,253.00 |
| Account No:<br>Creditor # : 822<br>Rei Lopez Perez<br>20 Folsom St.<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 823<br>Reid Heating and Energy, Inc.<br>1925 E. Francisco Blvd.<br>Unit 3<br>San Rafael CA 94901 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 824<br>Kathleen Reilly<br>30 Dore St.<br>Apt. 501<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 825<br>Mark Reilly<br>P.O. Box 3677<br>Oakland CA 94609 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 826<br>Reis Hauling<br>P.O. Box 16550<br>San Francisco CA 94116 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _137_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 866,253.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,   Case No. _____

**Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 827 Reliable Parts 1450 Howard Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 828 Renfroe Designs 828 Innes Avenue Suite 106 San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 829 Reuben and Alter, LLP 235 Pine Street Suite 1600 San Francisco CA 94104 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 830 Rey Service 68 Broadmoor San Anselmo CA 94960 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 831 Richmond and Quinn 360 K Street Suite 200 Anchorage Alaska 99501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 832 George Ridgely 1168 Folsom St. Apt. 302 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _138_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_                                    ,          Case No. _____
              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 833 *Jim Ritchie 2090 Pacific Avenue Apt. 503 San Francisco CA 94109* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 834 *RJ Drywall 8767 Hollowstone Way Sacramento CA 95828* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 835 *RJ Drywall P.O. Box 293347 Sacramento CA 95829* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 836 *RJ Drywall and Gypsum Drywall P.O. Box 293347 Sacramento CA 95829* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 837 *RLA and Company 28306 Industrial Blvd. Suite A Hayward CA 94545* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 838 *Robert and Kwan Burns* | | | *Business debt* | X | X | X | *Unknown* |

Sheet No. _139_ of ___185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                      $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
       **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 839** *Robert Lambertson Construction* *282 Ferndale Way* *Redwood City CA 94062* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 840** *Joseph Robinson* *73 Sumner St.* *Apt. 303* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 841** *Samantha Robman* *30 Dore St.* *Apt. 206* *San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 842** *Rock and Rose + Birkmyer* *1615 Cortland Ave.* *San Francisco CA 94110* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 843** *Rogelio Perez* *985 Capp Street* *San Francisco CA 94110* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 844** *William L. Rohrer* *2726 Dwight Way* *Apt. 411* *Berkeley CA 94704* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _140_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                              **Subtotal $**        $ 0.00
                                                              **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
          **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 845<br>Charles Romero<br>1168 Folsom St.<br>Apt. 305<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 846<br>Rortech Electric<br>Two Mr. Darwin Ct.<br>San Rafael CA 94903 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 847<br>Joseph Rosenbaum<br>52 Rausch St.<br>Apt.101<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 848<br>Kerry Scott Rosenberg<br>333 Main St.<br>Unit 4H<br>San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 849<br>Roto-Rooter Plumbers<br>3840 Bayshore Blvd.<br>Brisbane CA 94005 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 850<br>Royal Investigation and Patrol<br>2950 Merced Street<br>Suite 108<br>San Leandro CA 94577 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _141_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
          **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 851 Royalite Manufacturing, Inc 1055 Terminal Way San Carlos CA 94070 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 852 Royce Corey 63 Highland Ave. Kingston NY 12401 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 853 RSUI Group Inc. 945 E. Paces Ferry Road Suite 1800 Atlanta GA 30326 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 854 Rudy's Complete Janitorial Service 1411 Florida St. San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 855 Russ Will Mechanical Inc. 20684 Corsair Blvd. Hayward CA 94545 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 856 Ryan Engineering, Inc 141 South Maple Avenue S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _142_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,          Case No. _____

          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 857 Gregory J. Ryken 221 Main Street 16th Floor San Francsico CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 858 Ann Sacks 2 Henry Adams Street Apt. 125 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 859 SAF Engineering 58 W. Portal Ave. Suite 223 San Francisco CA 94127 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 860 Safeco Business Insurance P.O. Box 6486 Carol Stream IL 60197 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 861 Safety Service Company P.O. Box 6408 Yuma AZ 85366 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 862 Salsbury Industries 1010 East 62nd Street Los Angeles CA 90001 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _143_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**          $ 0.00

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,        Case No. _____
           **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 863<br>Sampson Steel and<br>Pitt-Des Moine<br>3220 Rio Mirada Drive<br>Bakersfield CA 93308 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 864<br>Sampson Steel and<br>Verco Manufacturing<br>3220 Rio Mirada Drive<br>Bakersfield CA 93308 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 865<br>San Francisco<br>Building Inspections Dept.<br>1660 Mission St<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 866<br>San Francisco<br>Department of Real Estate<br>1660 Mission St.<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 867<br>San Francisco<br>Redevelopment Agency<br>One S. Van Ness Ave., 5th Fl.<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 868<br>San Francisco<br>Dept. of Public Health<br>25 Van Ness Ave, Ste. 500<br>San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _144_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**          $ 0.00
                                                    **Total $**
               (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
               and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
           **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 869 <br> San Francisco Assessors Office <br> 1 Carlton Goodlett Place <br> San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 870 <br> San Francisco Bay View <br> 4917 Third Street <br> San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 871 <br> San Francisco Chronicle <br> P.O. Box 7228 <br> San Francisco CA 94120 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 872 <br> San Francisco Chronicle <br> P.O. Box 80070 <br> Prescott AZ 86304 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 873 <br> San Francisco Chronicle <br> Attn: Carmelita Perez <br> 901 Mission Street <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 874 <br> San Francisco Door Co., Inc <br> S1377 Lowrie Avenue <br> S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _145_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         **Subtotal $**        $ 0.00

                                           **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re  _George F. Hauser_ _____ ,     Case No. _____
          **Debtor(s)**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 875 San Francisco Fire Department 698-2nd Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 876 San Francisco Fire Protection 1355 Fairfax Avenue Suite B San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 877 San Francisco Iron Works, Inc. 1450 Egbert Ave. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 878 San Francisco Plumbing Co. 200 Valley Dr. Suite 3 Brisbane CA 94005 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 879 San Francisco Plumbing Company 2345 Wawona Street San Francisco CA 94116 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 880 San Francisco Police Dept. 850 Bryant Street Room 500 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _146_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
_____
**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 881 <br> San Francisco Public Utilities <br> Attn: Cashier <br> 1155 Market St., 1st Fl. <br> San Franisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 882 <br> San Francisco Tax Collector <br> 1 Carlton B Goodlett Place <br> Ste. 140 <br> San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 883 <br> San Francisco Water Department <br> P.O. Box 7369 <br> San Francisco CA 94120 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 884 <br> San Francisco Window and <br> Door Company <br> 1377 Lowrie Avenue <br> S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 885 <br> Santos and Urrutia <br> Structural Engineers <br> 2451 Harrison Street <br> San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 886 <br> Santos Drywall <br> 15 Altura Way <br> S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _147_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
              **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 887 <br> Santos Drywall and <br> Pacific Coast Supply <br> 15 Altura Way <br> San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 888 <br> Santos Drywall and CalPly <br> 15 Altura Way So. <br> San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 889 <br> Sartor Saw Works <br> 250 Bayshore Blvd. <br> San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 890 <br> SBCL <br> P.O. Box 13568 <br> Philadelphia  PA 19101 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 891 <br> Robert Schaefer <br> 30 Dore St. <br> Apt. 201 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 892 <br> Ashley Schilling <br> 1168 Folsom St. <br> Apt. 205 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _148_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,     Case No. _____
              **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 893 Scott Schneider 1168 Folsom St. Apt. 502 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 894 Jason Schug 30 Dore St. Apt. 502 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 895 Williams Scotsman 8211 Town Center Dr Balitmore MD 21236 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 896 SEAONC 74 New Montgomery St. Suite 230 San Frnacisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 897 Secretary of State State of California 1500 - 11th Street Sacramento CA 95814 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 898 Brian Seever 30 Dore St. Apt. 210 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _149_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

$ 0.00

In re _George F. Hauser_ ,                     Case No. _____
            **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 899 Sanghamitra Sen 1168 Folsom St. Apt. 203 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 900 Services by Medallion 2522 Leghorn Street Mountain View CA 94043 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 901 Menka Sethi 121 Fair Oaks St. Apt. A San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 902 SF Recycling and Disposal, Inc 501 Tunnel Ave San Francisco CA 94134 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 903 SF Weekly 185 Berry Street Suite 3800 San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 904 SFBay-Link Network Services 710 Park Avenue San Carlos CA 94070 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _150_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**        $ 0.00
                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 905 <br> SFGH Medical Group <br> P.O. Box 40769 <br> San Francisco CA 94140 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 906 <br> SFHAC/Greenbelt Alliance <br> 995 Market St. <br> Suite 1525 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 907 <br> SFNA <br> P.O. Box 7747 <br> San Francisco CA 94120 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 908 <br> SFPUC - WATER <br> P.O. Box 7369 <br> San Francisco CA 94120 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 909 <br> Shamrock Concrete Construction <br> 4804 Mission St. <br> Suite 200A <br> San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 910 <br> Kate Shaw <br> 465 10th St. <br> Apt. 102 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _151_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
          **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 911 Sheedy Crane 1215 Michigan San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 912 Sheedy Drayage Co. 1215 Michigan Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 913 Sheedy Drayage Co. P.O. Box 77004 San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 914 Sheehan Chiropractics 915 Irving Street San Francisco CA 94122 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 915 Sheehan Storage P.O. Box 880367 San Francisco CA 94188 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 916 Ross Shepard 30 Dore St. Apt. 207 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _152_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal $**            $ 0.00

                                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,    Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 917 Lori Sherwood 30 Dore St. Apt. 103 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 918 Shiras Sean Corella 1006 Hearst Avenue Berkeley CA 94710 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 919 Sierra Point Lumber, Inc. 601 Tunnel Avenue Brisbane CA 94005 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 920 Sierra Point Lumber, Inc. P.O. Box 565 Brisbane CA 94005 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 921 Antonio Sierra 1168 Folsom St. Apt. 201 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 922 Kent Fung Siew 30 Dore St. Apt. 208 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _153_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                              Case No. _____
           **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 923 <br> Signet Testing Labs <br> File #55609 <br> Los Angeles CA 90074 | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 924 <br> Jonathan Silvaggio <br> 1168 Folsom St. <br> Apt. 305 <br> San Francisco CA 94103 | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 925 <br> Simon Cheffins <br> 1284 West Grand Ave. <br> Oakland CA 94607 | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 926 <br> Skaates Inc. <br> 1461 Rollins Road <br> Burlingame CA 94010 | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 927 <br> Kevin Slagle <br> 2308 Telegraph <br> Apt. 17 <br> Oakland CA 94612 | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 928 <br> Jerry Sluzas <br> 68 Greenbrae Boardwalk <br> Greenbrae CA 94904 | | Business debt | X | X | X | $ 0.00 |

H--Husband
W--Wife
J--Joint
C--Community

Sheet No. _154_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
                **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 929<br>Small Business Exchange<br>P.O. Box 190668<br>San Francisco CA 94119 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 930<br>Smith Signs<br>1500-D Davidson Avenue<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 931<br>Carrie Smith<br>3841 24th St.<br>Suite B<br>San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 932<br>Carrie L. Smith<br>584 Castro St.<br>Apt. 310<br>San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 933<br>Smith-Emery Company<br>P.O. Box 512333<br>Los Angeles CA 90051 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 934<br>Smith-Emery Company<br>P.O. Box 880550<br>Hunter's Pt. Shipyard Bldg. 11<br>San Francisco CA 94188 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _155_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____

**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 935 Audrey L. Snyder 4515 Mission St. San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 936 Sound Reduction LLC 1432 Entrada Verde Alamo CA 94507 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 937 Specialties, Etc. Corp. 1956 Union St. San Francisco CA 94123 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 938 Spectra-Tone 3050 23rd Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 939 Sprint P.O. Box 54977 Los Angeles CA 90054 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 940 St. Lukes Hospital P.O. Box 60000 File 30506 San Francisco CA 94160 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _156_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                     Case No. _____
                 **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 941 Stagehouse Lofts HOA P.O. Box 502513 San Diego CA 92150 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 942 Standard Cabinet and Countertop 11760 Yosemite Ave. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 943 Star Glass 1616 Pacific Avenue San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 944 Star Roofing Co., Inc 474 Roland Way Oakland CA 94621 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 945 Starr-Findlay LLP One California Street Suite 2200 San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 946 Stars and Stripes Telecom, Inc. 20 Great Oaks Blvd., Ste. 240 San Jose CA 95119 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _157_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                         **Subtotal $**            $ 0.00

                                                         **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 947<br>Stars and Stripes Telecom<br>1373 S. Bascom Avenue<br>San Jose CA 95128 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 948<br>State Board of Equalization<br>Account & Analysis & Control<br>P.O. Box 942879<br>Sacramento CA 94279 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 949<br>State Compensation<br>Insurance Fund<br>P.O. Box 807<br>San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 950<br>State Farm Insurance<br>P.O. Box 680001<br>Dallas TX 75368 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 951<br>State of California<br>Attn: Roy Berg<br>1221 Farmers Ln., Suite E<br>Santa Rosa CA 95405 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 952<br>Mike Stees<br>59A Rodgers St.<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _158_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,    Case No. _____

**Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 953 <br> Sterling Trading, Inc. <br> 11651 Vanowen St. <br> Hollywood CA 91605 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 954 <br> Donald Stoeber <br> 3529 21st St. <br> San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 955 <br> Thomas Stolmar <br> 3595 18th Street <br> San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 956 <br> Thomas Stolmar <br> 313 Eureka Street <br> San Francisco CA 94114 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 957 <br> Stone Boss Industries, Inc. <br> 1455 Donner Avenue <br> San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 958 <br> Strategic Economics <br> 2991 Shattuck Avenue <br> Berkeley CA 94705 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _159_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,     Case No. _____
         **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 959 Subtronic Corporation 2430 Sprig Court Suite C Concord  CA 94520 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 960 Mack Sullivan 30 Dore St. Apt. 503 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 961 Sunbelt Rentals P.O. Box 409211 Atlanta GA 30384 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 962 Sunbelt Rentals P.O. Box 1950 Peoria IL 61656 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 963 Dawn Swidorski 3661 Clay Street Suite A San Francisco CA 94118 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 964 Synergy Enterprises, Inc. 28436 Satellite St. Hayward CA 94545 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _160_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 965** **Szeto and Assoc.** **951 Post Street** **San Francisco CA 94109** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 966** **Todd Szymaski** **52 Rausch St.** **Apt. 302** **San Francisco CA 94103** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 967** **Agnes Szymkowiak** **766 Harrison St.** **Suite 707** **San Francisco CA 94103** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 968** **Midori Tachibana** **1168 Folsom St.** **Apt. 301** **San Francisco CA 94103** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 969** **Shanelle Tanaka** **295 Bartlett Street** **Apt. 2** **San Francisco CA 94120** | | | **Business debt** | X | X | X | $ 0.00 |
| Account No: **Creditor # : 970** **Tap Plastics Inc.** **154 S Van Ness Avenue** **San Francisco CA 94110** | | | **Business debt** | X | X | X | $ 0.00 |

Sheet No. _161_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
                    **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 971 Mario Tapia 30 Dore St. Apt. 509 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 972 Tara Engineering 531 18th Avenue San Francisco CA 94121 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 973 Tara Pro Painting, Inc. 43 Cotter Street San Francisco CA 94112 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 974 Tate, Shahbaz and Assoc. 9700 Mill Race Dr. Vienna VA 22182 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 975 Technical Fabrication 18 Carnation Road Gustine CA 95322 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 976 Temecula Valley Bank 781 Lincoln Ave., #320 San Rafael CA 94901 | X | | For Notice Only | X | X | X | $ 0.00 |

Sheet No. _162_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**          $ 0.00

                                                    **Total $**

*(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)*

In re _George F. Hauser_ ,                                Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 977 Luann Tetirick 2035 Clinton Avenue Alameda CA 94501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 978 TGW Company 150 W.Trident Avenue Alameda CA 94501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 979 TGW Company 50 W. Hornet Avenue Alameda CA 94501 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 980 Sarah Thayer 30 Dore St. Apt. 511 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 981 The Baumeister Collective 60 Rausch St. Suite 201 San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Creditor # : 982 The Bilco Company P.O. Box 1203 New Haven CT 6505 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _163_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ , Case No. _____
**Debtor(s)** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 983 *The Cure, Inc. 120 Main Avenue Suite F Sacramento CA 95838* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 984 *The Energy Consulting Co 2410 Scout Road Oakland CA 94611* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 985 *The Energy Consulting Co. 6367 Swainland Road Oakland CA 94611* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 986 *The Executive Council of Homeowners 1602 The Alameda, Ste. 101 San Jose CA 95126* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 987 *The Guardian Insurance Premium 3900 Burgess Place Suite 3 E Bethelem PA 18017* | | | *Business debt* | X | X | X | $ 0.00 |
| **Account No:** Creditor # : 988 *The Hartford P.O. Box 2907 Hartford CT 6104* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _164_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,   Case No. _____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 989 The Paper Trail 425 Bush Street Suite 427 San Francisco CA 94108 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 990 The Pressure Grout Company 1975 National Avenue Hayward CA 94545 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 991 The Sharon Companies P.O. Box 951637 Cleveland OH 44193 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 992 Theisen Glass 301 Potrero Ave. San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 993 Thomas Friel Plumbing 245 Connecticut Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 994 ThyssenKrupp Elevator 30984 Santana Street Hayward CA 94544 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _165_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
                    **Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 995** *ThyssenKrupp Elevator Corp. P.O. Box 933013 Atlanta GA 31193* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 996** *Yuchien Ting 1151 Saratoga Ave. San Jose CA 95129* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 997** *Titan Metal Products, Inc. 1704 Kathleen Ave. Sacramento CA 95815* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 998** *TJ Mechanical Inc. 673 Aaron Way Suite P-1 Branson MO 65616* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 999** *Todd Engineers 2200 Powell Street Suite 225 Emeryville CA 94608* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1000** *Tom Van Lokeren 143 Varennes San Francisco CA 94133* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _166_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1001 Tomaszak and Wade 44854 Grimmer Blvd. Fremont CA 94538 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1002 Toner Cartridge Depot 968 Peralta Avenue San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1003 Tong and Fong 615 Grant Ave. 3rd Floor San Francisco CA 94108 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1004 Kinman Kim Bian Tong 1168 Folsom St. Apt. 303 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1005 Tramutola P.O. Box 3677 Oakland CA 94609 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1006 Transbay Fire Protection, Inc 2182 Rheem Drive Pleasanton CA 94588 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _167_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                              $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,          Case No. _____
          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1007<br>Transbay Fire Protection,Inc.<br>3942 Valley Avenue<br>Suite G<br>Pleasanton CA 94566 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1008<br>Travelers<br>Travelers CL & Specialty Remit<br>Hartford CT 6183 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1009<br>Tri - Star Carpets<br>P.O. Box 135<br>San Carlos CA 94071 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1010<br>Vera K. Tse<br>1609 Franklin St.<br>Apt. 14<br>San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1011<br>U.S.A. Steam Cleaning Services<br>P.O. Box 7074<br>Fremont CA 94537 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1012<br>UCSF Synapse<br>500 Parnassus Ave.<br>Room 123 MU West<br>San Francisco CA 94143 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _168_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                         Case No. _____
         **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1013** Umbra LLC P.O. Box 8000 Dept. No. 554 Buffalo NY 14267 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1014** Uniacke Construction, Inc. 5698 Diamond Heights Blvd. San Francisco CA 94131 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1015** Union Pacific Lines 1416 Dodge St. Omaha NE 68179 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1016** Unistrut Dept CH 10230 Palantine IL 60055 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1017** United Rentals P.O. Box 79337 City of Industry CA 91716 | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1018** United States Aluminum Corp. 767 Monterey Pass Road Monterey Park CA 91754 | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _169_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1019** United States Postal Service P.O. Box 880310 San Francisco CA 94188 | | | Business debt | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1020** United States Treasury Secretary of the Treasury 1500 Pennsylvania Avenue N.W. Washington  DC 20220 | | | Business debt | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1021** Universal Electric Supply Co. 438 8th Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1022** Universal Service Admin. 907 Harrison Street San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1023** Urchin Capital Partners, LLC 655 Montgomery St. Suite 900 San Francisco CA 94111 | | | Business debt | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1024** US Door and Building Components P.O. Box 9330455 Atlanta GA 31193 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _170_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                Case No. _____
                    **Debtor(s)**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1025<br>USA Glass and Aluminum<br>207 Ninth Street<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1026<br>USA Glass and Aluminum<br>65 Langton Street<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1027<br>Mark Uthe<br>30 Dore St.<br>Apt. 404<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1028<br>Utility Consulting and Design<br>190 Hubbell Street<br>Suite 101<br>San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1029<br>Utrecht<br>149 New Montgomery Street<br>San Francisco CA 94105 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1030<br>Utrecht Art Supply<br>491 Post Street<br>San Francisco CA 94102 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _171_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal $**          $ 0.00

                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                           Case No. _____
             **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1031 V and G Garage Door Co. 267 Holly Avenue S. San Francisco CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1032 Valley Oil Co. P.O. Box 1655 Mountain View CA 94042 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1033 Valton R. Smith 128 Bonita Circle Modesto CA 95354 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1034 Peter Van Auken 30 Dore St. Apt. 109 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1035 Nicholas Van Beurden 30 Dore St. Apt. 203 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1036 Eric Van Bezooijen 52 Rausch St. Apt. 202 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _172_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                    Case No. _____
                    **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1037 <br> Varni-Lite Coating Inc. <br> 21595 Curtis Street <br> Hayward CA 94545 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1038 <br> Venner ADR Mediation Services <br> 119 Hazel Avenue <br> Mill Valley CA 94941 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1039 <br> Ventana Aluminum <br> P.O. Box 24001 <br> 1425 Donner Ave. <br> San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1040 <br> Vertrans Elevator <br> P.O. Box 155 <br> Alamo CA 94507 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1041 <br> Viking Drillers, Inc. <br> 801 Northport Drive <br> West Sacramento CA 95691 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1042 <br> Viking Office Products <br> P.O. Box 30488 <br> Los Angeles CA 90030 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _173_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____, Case No._____
           **Debtor(s)**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1043 <br> Viking Sandblasting, Inc. <br> 2095 Center Road <br> Novato CA 94947 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1044 <br> Visual Media Graphix <br> 50 Mendell St. <br> Unit 310 <br> San Francisco CA 94142 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1045 <br> Luk Vongprachanh <br> 330 Appaloosa Rd. <br> Tarpon Springs FL 34688 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1046 <br> Janet Voskuyl <br> 174 Hillside Dr. <br> Fairfax CA 94930 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1047 <br> John Voskuyl <br> 1168 Folsom St. <br> Apt. 304 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1048 <br> Wachovia (now Wells Fargo) <br> 1620 East Roseville Parkway <br> Suite 100 <br> Roseville CA 95661 | X | | Business debt | X | X | X | $ 1,837,818.00 |

Sheet No. _174_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                     **Subtotal $**     $ 1,837,818.00

                                                     **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1049 Wachovia (now Wells Fargo) P.O. Box 60505 City of Industry CA 91716 | | | Business debt | X | X | X | $ 363,043.00 |
| Account No: Creditor # : 1050 Kelly Waldman 30 Dore St. Apt. 206 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1051 Walker Reprographics 942 Mission Street San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1052 WalkUp Clark Associates 2388 35th Ave. Suite 202 San Francisco CA 94116 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1053 Walsh, Norris And Assoc. 225 Bush St. Suite 370 San Francisco CA 94104 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1054 Thomas Wang 30 Dore St. Apt. 407 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _175_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 363,043.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No. _____
        **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1055<br>Warman Security<br>1720 Sacramento St.<br>San Francisco CA 94109 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1056<br>Warren Blazier Associates, Inc<br>3050 Baker Street<br>Suite 1<br>San Francisco CA 94123 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1057<br>Mason Warriner<br>30 Dore St.<br>Apt. 110<br>San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1058<br>Washington Mutual (CitiBank)<br>400 East Main Street<br>Stockton CA 95290 | | | Business debt | X | X | X | $ 470,285.00 |
| Account No:<br>Creditor # : 1059<br>Waste Resource Technologies<br>895 Egbert Avenue<br>San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1060<br>Waste Solutions Group<br>P.O. Box 882853<br>San Francisco CA 94188 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _176_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 470,285.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                          Case No._____
         **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1061 Waste Solutions Group 100 Cargo Way San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1062 Water Components and Building Supplies P.O. Box 10007 San Rafael CA 94912 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1063 Craig Wathen 1168 Folsom St. Apt. 101 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1064 Amanda Watson 30 Dore St. Apt. 504 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1065 WC Plumbing 229 Winwood Ave. Pacifica CA 94044 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1066 Chad Weider 30 Dore St. Apt. 401 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _177_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        **Subtotal $**        $ 0.00

        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,      Case No._____

                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1067 <br> Weiss and Weissman, Inc <br> 601 California St. <br> Suite 1307 <br> San Francisco CA 94108 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1068 <br> Weiss Welding, Inc. <br> 1237 Folsom Street <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1069 <br> Johnny Welch <br> 1168 Folsom St. <br> Apt. 505 <br> San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: <br> Creditor # : 1070 <br> Wells Fargo Bank <br> P.O. Box 54349 <br> Los Angeles CA 90054 | | | Business debt | X | X | X | $ 0.00 |
| Account No:    3180 <br> Creditor # : 1071 <br> Wells Fargo Card Services Visa <br> P.O. Box 30086 <br> Los Angeles CA 90030 | X | | Business debt | X | X | X | $ 14,575.00 |
| Account No: <br> Creditor # : 1072 <br> Wells Fargo Home Mortgage <br> 7495 New Horizon Way <br> Frederick MD 21703 | | | Business debt | X | X | X | $ 410,544.00 |

Sheet No. _178_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 425,119.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                    Case No. _____
         **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   *1629* Creditor # : 1073 Wells Fargo Prime Line P.O. Box 30097 Los Angeles CA 90030 | X | *Business debt* | X | X | X | $ 19,357.00 |
| Account No: Creditor # : 1074 Wes-Co Industries 910 23rd Avenue Oakland CA 94606 | | *Business debt* | X | X | X | $ 0.00 |
| Account No: Creditor # : 1075 West Coast Insulation, Inc. 121 Beech Street Redwood City CA 94063 | | *Business debt* | X | X | X | $ 0.00 |
| Account No: Creditor # : 1076 West Gate Electric Supply 488 8th Street San Francisco CA 94103 | | *Business debt* | X | X | X | $ 0.00 |
| Account No: Creditor # : 1077 West Imports, Inc. 14755 Salt Lake Ave. City of Industry CA 91746 | | *Business debt* | X | X | X | $ 0.00 |
| Account No: Creditor # : 1078 West Marine 101 Townsend San Francisco CA 94107 | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _179_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 19,357.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1079 WestCoast Telecomm 180 Wilshire Rd. South San Franci CA 94080 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1080 Western Plywood, Inc. 2600 Harrison St. P.O. Box 410477 San Francisco CA 94141 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1081 Western Traction 1333 Atlantic Street Union City CA 94587 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1082 Weston Solutions, Inc. 14724 Ventura Blvd. Suite 1000 Sherman Oaks CA 91403 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1083 Where to Start LLC P.O. Box 43 Newark CA 94560 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1084 White Cap Dept. 33020 P.O. Box 39000 San Francisco CA 94139 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _180_ of _185_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,   Case No. _____

**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1085** *White Cap* *1225 6th Street* *San Francisco CA 94107* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1086** *White Cap Contract Supplier/Vi* *Dept 33020* *P.O. Box 39000* *San Francisco CA 94139* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1087** *Tim White* *676 San Jose Avenue* *San Francisco CA 94110* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1088** *Jon Whitney* *194 Withers Street* *Brooklyn NY 11211* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1089** *Wiegel and Fried, LLP* *414 Gough St.* *2nd Floor* *San Francisco CA 94102* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1090** *Williams Scotsman Inc.* *P.O. Box 91975* *Chicago IL 60693* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _181_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ _____ ,   Case No. _____

**Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1091 Windhorse and Associates, Inc. 1363 Quesada Avenue San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1092 Window Solutions, Inc. 1169 Chess Drive Suite K Foster City CA 94404 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1093 Gregory J. Witt 909 East ST. Apt. 23 Lafayette CA 94549 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1094 Michael Wolf 465 10th St. Apt. 102 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1095 Wood Craft, Inc. 1455 Yosemite Ave. San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1096 Lincoln Wood 917 Cole St. San Francisco CA 94117 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _182_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**       $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_____ ,     Case No. _____
                          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1097** *Woodenbridge Construction 1424 Balboa Street San Francisco CA 94118* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1098** *World Environmental Services 828 Mission Street 2nd Floor San Francisco CA 94901* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1099** *Xenium P.O. Box 6699 Chico CA 95927* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1100** *Xerox Corporation P.O. Box 7405 Pasadena CA 91109* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1101** *Shu Kay Yam 30 Dore St. Apt. 209 San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |
| Account No: **Creditor # : 1102** *Tracy Yang 30 Dore St. Apt. 208 San Francisco CA 94103* | | | *Business debt* | X | X | X | $ 0.00 |

Sheet No. _183_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                         $ 0.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                        Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1103 Yoel's Hauling 1231 Rhode Island St. San Francisco CA 94107 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1104 Young's Custom Cabinet, Inc. 1760 Yosemite Ave. San Francisco CA 94124 | X | | Business debt Demand letter sent to The Baumeister Collective on 5/21/09 | X | X | X | $ 69,724.00 |
| Account No: Creditor # : 1105 Yum's Mechanical Co., Inc. 1649 Jerrold Avenue San Francisco CA 94124 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1106 Ethan Yungerman 666 Bay St. Apt. A San Francisco CA 94133 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1107 Gabriel Zaya 30 Dore St. Apt. 204 San Francisco CA 94103 | | | Business debt | X | X | X | $ 0.00 |
| Account No: Creditor # : 1108 Zee Medical Service 2748 Cavanagh Ct. Hayward CA 94545 | | | Business debt | X | X | X | $ 0.00 |

Sheet No. _184_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 69,724.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _George F. Hauser_ ,                                     Case No. _____
            **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1109<br>Zsuzsanna Legradi<br>3595 18th Street<br>San Francisco CA 94110 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1110<br>Zucco Fagent Associates<br>1212 Fourth Street<br>Suite Z<br>Santa Rosa CA 95404 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1111<br>Zumi Life, Inc.<br>460 Guadalupe Drive<br>Los Altos CA 94022 | | | Business debt | X | X | X | $ 0.00 |
| Account No:<br>Creditor # : 1112<br>Enrique Zuniga<br>200 E 39th Ave.<br>San Mateo CA 94403 | | | Business debt | X | X | X | $ 0.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _185_ of _185_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 0.00

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)    $ 39,458,378.76

In re _George F. Hauser_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Mindful Inv./R. Cianciarulo_<br>_1301 16th Street_<br>_San Francisco CA  94103_ | Contract Type:_Service contract_<br>Terms:<br>Beginning date:_9/9/2004_<br>Debtor's Interest:<br>Description: _– Debtor and Hauser Architects agreed to work on entitlement project at 2660 Harrison, owned by Mindful Investments_<br><br>_– Debtor also owes R. Cianciarulo $300,000 on an unsecured note, unrelated to project_<br>Buyout Option:_N/A_ |

Page <u>1</u> of <u>1</u>

In re _George F. Hauser_ _____ / Debtor     Case No. _____

                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| * Arise from commercial guaranties on real estate development projects | Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035 |
| 1168 Folsom, LLC *<br>60 Rausch St., Ste. 201<br>San Francisco CA  94103 | Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035<br><br>Redwood Mortgage Inv. VII<br>900 Veterans Blvd., #500<br>Redwood City CA  94063<br><br>Temecula Valley Bank<br>781 Lincoln Ave., #320<br>San Rafael CA  94901 |
| 120 11th, LLC *<br>60 Rausch St., Ste. 201<br>San Francisco CA  94103 | Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035 |
| 216 11th, LLC *<br>60 Rausch St., Ste. 201<br>San Francisco CA  94103 | Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035 |
| 224 11th, LLC *<br>60 Rausch St., Ste. 201<br>San Francisco CA  94103 | Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035 |
| 30 Dore, LLC *<br>60 Rausch St., Ste. 201<br>San Francisco CA  94103 | First Bank of Beverly Hills<br>23901 Calabasas Road<br>Suite 1050<br>Calabasas CA  91302<br><br>Redwood Mortgage Inv. VIII<br>900 Veterans Blvd., #500<br>Redwood City CA  94063 |

In re *George F. Hauser* _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *52 Rausch, LLC **<br>*60 Rausch St., Ste. 201*<br>*San Francisco CA  94103* | *First National Bank of N. CA*<br>*975 El Camino Real*<br>*South San Franci CA  94080*<br><br>*Redwood Mortgage Inv. VIII*<br>*900 Veterans Blvd., #500*<br>*Redwood City CA  94063*<br><br>*Temecula Valley Bank*<br>*781 Lincoln Ave., #320*<br>*San Rafael CA  94901* |
| *60 Rausch, LLC **<br>*60 Rausch St., Ste. 201*<br>*San Francisco CA  94103* | *Bank of Alameda*<br>*1321 Harbor Bay Parkway*<br>*Suite 201*<br>*Alameda CA  94502*<br><br>*Brian Morrow*<br>*7 Belcrest*<br>*Laguna Niguel CA  92677*<br><br>*Chinatrust Bank*<br>*258 Barber Court*<br>*Milpitas CA  95035*<br><br>*Chinatrust Bank*<br>*258 Barber Court*<br>*Milpitas CA  95035*<br><br>*First Bank of Beverly Hills*<br>*23901 Calabasas Road*<br>*Suite 1050*<br>*Calabasas CA  91302*<br><br>*Nara Bank*<br>*Oakland Office*<br>*2250 Broadway*<br>*Oakland CA  94612*<br><br>*Redwood Mortgage Inv. VIII*<br>*900 Veterans Blvd., Suite 500*<br>*Redwood City CA  94063*<br><br>*Temecula Valley Bank*<br>*781 Lincoln Ave., #320*<br>*San Rafael CA  94901* |

In re _George F. Hauser_ _____ / Debtor    Case No. _____

                                                                              (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _60 Rausch, LLC *...continued_ | _Wachovia (now Wells Fargo)_<br>_1620 East Roseville Parkway_<br>_Suite 100_<br>_Roseville CA 95661_ |
| _73 Sumner, LLC *_<br>_60 Rausch St., Ste. 201_<br>_San Francisco CA 94103_ | _Redwood Mortgage Inv. VIII_<br>_900 Veterans Blvd., #500_<br>_Redwood City CA 94063_<br><br>_Temecula Valley Bank_<br>_781 Lincoln Ave., #320_<br>_San Rafael CA 94901_ |
| _766 Harrison, LLC *_<br>_60 Rausch St., Ste. 201_<br>_San Francisco CA 94103_ | _Temecula Valley Bank_<br>_781 Lincoln Ave., #320_<br>_San Rafael CA 94901_ |
| _Global Entertainment LP_<br>_Daniel S. Jun & Young O. Kim_<br>_5132 Telegraph Ave._<br>_Oakland CA 94609_ | _Brian Morrow_<br>_7 Belcrest_<br>_Laguna Niguel CA 92677_<br><br>_Nara Bank_<br>_Oakland Office_<br>_2250 Broadway_<br>_Oakland CA 94612_<br><br>_Wachovia (now Wells Fargo)_<br>_1620 East Roseville Parkway_<br>_Suite 100_<br>_Roseville CA 95661_ |
| _Hauser Architects *_<br>_60 Rausch Street, Suite 201_<br>_San Francisco CA 94103_ | _Bank of America Visa_<br>_P.O. Box 851001_<br>_Dallas TX 75285_<br><br>_Chase Visa_<br>_P.O. Box 15298_<br>_Wilmington DE 19850_<br><br>_Chase/United Mileage Plus_<br>_P.O. Box 94014_<br>_Palatine IL 60094_<br><br>_Chinatrust Bank_<br>_258 Barber Court_<br>_Milpitas CA 95035_ |

In re _George F. Hauser_ _____ / Debtor          Case No. _____

                                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Hauser Architects *...continued_ | _Chinatrust Bank_<br>_258 Barber Court_<br>_Milpitas CA  95035_<br><br>_Chinatrust Bank_<br>_258 Barber Court_<br>_Milpitas CA  95035_<br><br>_Ronaldo J. Cianciarulo_<br>_1301 16th Street_<br>_San Francisco CA  94103_<br><br>_Jeffer Mangels Butler Marmaro_<br>_Two Embarcadero Center_<br>_5th Floor_<br>_San Francisco CA  94111_<br><br>_MBNA America/Bank of America_<br>_P.O. Box 851001_<br>_Dallas TX  75285_<br><br>_Temecula Valley Bank_<br>_781 Lincoln Ave., #320_<br>_San Rafael CA  94901_<br><br>_Wells Fargo Card Services Visa_<br>_P.O. Box 30086_<br>_Los Angeles CA  90030_<br><br>_Wells Fargo Prime Line_<br>_P.O. Box 30097_<br>_Los Angeles CA  90030_ |
| _Jutta Reichert_<br>_313A Eureka Street_<br>_San Francisco CA  94114_ | _Chinatrust Bank_<br>_258 Barber Court_<br>_Milpitas CA  95035_<br><br>_National City Bank_<br>_6750 Miller Road_<br>_Brecksville OH  44141_<br><br>_Wells Fargo Bank, N.A._<br>_1401 Willow Pass Road, #300_<br>_San Francisco CA  94110_ |

In re _George F. Hauser_ _____ / Debtor    Case No. _____

                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Reichert 11th, LLC *<br>60 Raush St., Ste. 201<br>San Francisco CA  94103<br><br>Stagehouse Lofts Corporation *<br>60 Rausch St., Ste. 201<br>San Francisco CA  94103 | Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035<br><br>Bank of Alameda<br>1321 Harbor Bay Parkway<br>Suite 201<br>Alameda CA  94502<br><br>Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035<br><br>Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035<br><br>Chinatrust Bank<br>258 Barber Court<br>Milpitas CA  95035<br><br>First Bank of Beverly Hills<br>23901 Calabasas Road<br>Suite 1050<br>Calabasas CA  91302<br><br>Redwood Mortgage Inv. VII<br>900 Veterans Blvd., #500<br>Redwood City CA  94063<br><br>Redwood Mortgage Inv. VIII<br>900 Veterans Blvd., #500<br>Redwood City CA  94063<br><br>Redwood Mortgage Inv. VIII<br>900 Veterans Blvd., #500<br>Redwood City CA  94063<br><br>Redwood Mortgage Inv. VIII<br>900 Veterans Blvd., Suite 500<br>Redwood City CA  94063<br><br>Temecula Valley Bank<br>781 Lincoln Ave., #320<br>San Rafael CA  94901 |

In re _George F. Hauser_ _____ / Debtor    Case No. _____

                                                                        (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _The Baumeister Collective *_<br>_60 Rausch Street, Suite 201_<br>_San Francisco CA  94103_ | _Bank of America Visa_<br>_P.O. Box 851001_<br>_Dallas TX  75285_<br><br>_Chase Visa_<br>_P.O. Box 15298_<br>_Wilmington DE  19850_<br><br>_Chase/United Mileage Plus_<br>_P.O. Box 94014_<br>_Palatine IL  60094_<br><br>_Chinatrust Bank_<br>_258 Barber Court_<br>_Milpitas CA  95035_<br><br>_Chinatrust Bank_<br>_258 Barber Court_<br>_Milpitas CA  95035_<br><br>_Chinatrust Bank_<br>_258 Barber Court_<br>_Milpitas CA  95035_<br><br>_Ronaldo J. Cianciarulo_<br>_1301 16th Street_<br>_San Francisco CA  94103_<br><br>_First National Bank of N. CA_<br>_975 El Camino Real_<br>_South San Franci CA  94080_<br><br>_First National Bank of N. CA_<br>_975 El Camino Real_<br>_South San Franci CA  94080_<br><br>_First National Bank of N. CA_<br>_975 El Camino Real_<br>_South San Franci CA  94080_<br><br>_MBNA America/Bank of America_<br>_P.O. Box 851001_<br>_Dallas TX  75285_<br><br>_Temecula Valley Bank_<br>_781 Lincoln Ave., #320_<br>_San Rafael CA  94901_ |

In re _George F. Hauser_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _The Baumeister Collective *...continued_ | _Wells Fargo Card Services Visa_<br>_P.O. Box 30086_<br>_Los Angeles CA  90030_<br><br>_Wells Fargo Prime Line_<br>_P.O. Box 30097_<br>_Los Angeles CA  90030_<br><br>_Young's Custom Cabinet, Inc._<br>_1760 Yosemite Ave._<br>_San Francisco CA  94124_ |

In re *George F. Hauser*                 ,     Case No. _____
                  **Debtor(s)**                                               **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Status:<br>*Married* | RELATIONSHIP(S):<br>*Daughter* | AGE(S):<br>*4* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Architect/Contractor* | *Financial Manager* |
| Name of Employer | *Self-Employed/Hauser Architect* | *Hauser Architects* |
| How Long Employed | *17 years* | *10 years* |
| Address of Employer | *60 Rausch St., Ste. 201*<br>*San Francisco CA  94103* | *60 Rausch St., Ste. 201*<br>*San Francisco CA  94103* |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>    (Specify): | | |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>    (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals | $ 0.00 | |
|     from line 15; if there is only one debtor repeat total reported on line 15) | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**In re** *George F. Hauser* ,                                      **Case No.** _____

                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 8,153.00 |
|     a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|     b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 1,050.00 |
|     b. Water and sewer | $ | 100.00 |
|     c. Telephone | $ | 100.00 |
|     d. Other  *Cell Phone* | $ | 300.00 |
|     Other  *Cable TV* | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 1,000.00 |
| 4. Food | $ | 1,500.00 |
| 5. Clothing | $ | 500.00 |
| 6. Laundry and dry cleaning | $ | 200.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 500.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 200.00 |
|     b. Life | $ | 500.00 |
|     c. Health | $ | 1,200.00 |
|     d. Auto | $ | 150.00 |
|     e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 16,303.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 16 of Schedule I | $ | 0.00 |
|     b. Average monthly expenses from Line 18 above | $ | 16,303.00 |
|     c. Monthly net income (a. minus b.) | $ | (16,303.00) |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:*George F. Hauser*
         *dba Hauser Architects*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

*Year to date:*

*Gross income of George Hauser and Hauser Architects from 1/1/2009 to 6/19/2009 is unknown at this time.*

*2008:*

*Gross income of George Hauser and Hauser Architects for tax year 2008 is unknown at this time and is unknown until a tax return for the 2008 tax year is filed.*

*2007:*

*$60,636 income from salary; however, adjusted gross income is a loss of <$2,458,220>*

*2007:*

*Hauser Architects gross receipts was $1,467,831; however, net profit was $19,349*

## 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| ADP, Inc.<br>820 N. McCarthy Blvd.<br>Milpitas, CA 95035<br>(Employer's payroll responsibility) | 05/04/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 8,805.30<br>9,677.08<br>7,900.51<br>2,386.21 | |
| Emilio M. De Leon<br>139 Crestwood Drive, #24<br>Daly City, CA 94015<br>(Hauser Architects employee) | 05/05/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 4,850.00<br>7,275.00<br>4,850.00<br>4,850.00 | |
| Kaiser Foundation Health Plan, Inc.<br>P.O. Box 60000<br>San Francisco, CA 94161<br>(Health insurance) | 04/23/2009<br>05/18/2009<br>06/02/2009<br>06/16/2009 | 3,576.68<br>3,576.68<br>3,576.68<br>3,576.68 | |
| Rebecca Lam<br>1951 46th Avenue<br>San Francisco, CA 94116<br>(Hauser Architects employee) | 05/05/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 5,000.00<br>7,500.00<br>5,000.00<br>5,000.00 | |
| Stephanie L. Bauer<br>8660 S. Wick Drive<br>Dublin, CA 94568<br>(Hauser Architects employee) | 05/05/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 1,680.00<br>1,292.31<br>2,160.00<br>1,600.00 | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Wachovia Mortgage<br>P.O. Box 60605<br>City of Industry, CA 91716 | 04/24/2009<br>05/25/2009 | 8,269.08<br>8,269.08 | |

None ☐ c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Hauser Architects<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Debtor's sole proprietorship<br>(Paid by George Hauser personally) | 11/5/2008<br>11/12/2008 | $5,000<br>$5,000 | |
| 73 Sumner, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor<br>(Paid by George Hauser personally) | 6/22/2009 | $2,300 | |
| Jutta Reichert<br>313 Eureka St.<br>San Francisco, CA 94114<br>Relationship: Spouse and employee of<br>Hauser Architects<br>(Payroll paid by Hauser Architects) | 07/21/2008<br>08/05/2008<br>08/20/2008<br>09/05/2008<br>09/22/2008<br>10/06/2008<br>10/20/2008<br>11/05/2008<br>11/20/2008<br>12/05/2008<br>12/19/2008<br>01/05/2009<br>01/20/2009<br>03/04/2009<br>04/06/2009<br>04/20/2009<br>05/05/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>5,000.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00<br>3,100.00 | |
| John T. Braun<br>11803 Rosalinda Drive<br>Potomac, MD 20854<br>Relationship: Nephew and employee of<br>Hauser Architects<br>(Payroll paid by Hauser Architects) | 07/21/2008<br>08/05/2008<br>08/20/2008<br>09/05/2008<br>09/22/2008<br>10/06/2008<br>10/20/2008 | 2,166.67<br>2,166.67<br>2,166.67<br>2,166.67<br>2,166.67<br>2,166.67<br>2,527.78 | |

|  |  |  |
|---|---|---|
| 12/05/2008 | 1,733.34 |
| 12/19/2008 | 2,166.67 |
| 01/05/2009 | 2,166.67 |
| 01/20/2009 | 2,166.67 |
| 02/05/2009 | 2,166.67 |
| 03/02/2009 | 4,000.00 |
| 03/20/2009 | 2,000.00 |
| 04/06/2009 | 2,000.00 |
| 04/20/2009 | 2,000.00 |
| 05/05/2009 | 2,000.00 |
| 12/08/2008 | 237.98 |

| | | | |
|---|---|---|---|
| 120 11th, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | 6/5/2009 | Distributions from Hauser Architects:<br>$7,000.00 | |
| 224 11th, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | 6/5/2009 | Distributions from Hauser Architects:<br>$10,000.00 | |
| 5132 Telegraph, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | Distributions from Hauser Architects:<br>$75,800.00 | Contributions to Hauser Architects:<br>$23,590.00 |
| 52 Rausch, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | Distributions from Hauser Architects:<br>$28,000.00 | Contributions to Hauser Architects:<br>$15,661.73 |
| 60 Rausch, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | Distributions from Hauser Architects:<br>$35,900.00 | Contributions to Hauser Architects:<br>$220,675.50 |
| 766 Harrison, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | Distributions from Hauser Architects:<br>$7,200.00 | Contributions to Hauser Architects:<br>$58,400.00 |

| | | | |
|---|---|---|---|
| Stagehouse Lofts Corporation<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | Distributions from Hauser Architects: $23,000.00 | Contributions to Hauser Architects: $216,600.00 |
| The Baumeister Collective Corp.<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | Distributions from Hauser Architects: $26,100.00 | Contributions to Hauser Architects: $193,700.00 |
| 216 11th, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | 12/15/08 | | Contributions to Hauser Architects: $1,000.00 |
| 30 Dore, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | | Contributions to Hauser Architects: $190,400.00 |
| 1168 Folsom, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | | Contributions to Hauser Architects: $128,086.24 |
| HausBau Corp.<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | | Contributions to Hauser Architects: $87,000.00 |
| 73 Sumner, LLC<br>60 Rausch St., Ste. 201<br>San Francisco, CA 94103<br>Relationship: Company of Debtor | Various from 6/27/08 to 6/27/09 | | Contributions to Hauser Architects: $14,658.13 |

*Christine Hauser*     *6/5/09*   *$2,677.65*
*1301 North Courthouse Road # 703*
*Arlington, VA 22201-2502*
*Relationship: Debtor's sister*
*(Paid by George Hauser personally)*

---

*60 Rausch, LLC*      *6/29/09*   *$2,600*
*60 Rausch St., Ste. 201*
*San Francisco, CA 94103*
*Relationship: Company of Debtor*
*(Paid by George Hauser personally)*

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
☐ (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Kiner Family Partners, LP v. 30 Dore LLC, George Hauser, and Does 1-25 Inclusive (Case No. CGC-08-480771)* | *Property damage; Trespass & nuisance* | *CA Superior Court; San Francisco County* | *Active (mandatory settlement conference 10/15/09)* |
| *Ferguson Ents., Inc. v. 766 Harrison, LLC; 60 Rausch, LLC; 73 Sumner, LLC; Temecula Valley Bank (Case No. CGC-08-480124)* | *Foreclose mechanic's lien; Enforce stop notice* | *CA Superior Court; San Francisco County* | *Active (OSC re Dismissal on 4/13/10)* |
| *Applied Materials & Eng'g Inc. v. 766 Harrison LLC (Case No. RS09443396)* | *$4,229.28 unpaid invoice* | *CA Superior Court; Alameda County (Small Claims Court)* | *Active (trial date on 6/26/09* |
| *Jeffer, Mangels, Butler & Marmaro v. Hauser Architects* | *Fee dispute* | *ADR Services, Inc.* | *Active (arbitrator selected 6/9/09)* |
| *Bode Concrete, LLC VS. 766 HARRISON, LLC 60 Rausch, LLC; 73 Sumner, LLC; Park View Constr., Terry Walsh* | *Breach of contract* | *CA Superior Court; San Francisco County* | *Active (judgment on file, 2/27/09)* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *U.S. Door & Building Components, LLC v. The Baumeister Collective; George F. Hauser (Case No. CGC-09-488123)* | *Breach of contract* | *CA Superior Court; San Francisco County* | *Active* |
| *DKS Associates v. Hauser Architects (Case No. RG09447156)* | *Breach of contract; Accounts stated; Quantum meruit; Declaratory relief* | *CA Superior Court; Alameda County* | *Active* |
| *Redwood Mortgage Investors VI, et al. v. 1168 Folsom LLC, et al. (Case No. CGC-09488760)* | *Judicial foreclosure; Specific performance for appointment of receiver and injunctive relief; and Breach of guaranty* | *CA Superior Court; San Francisco County* | *Active (Case Management Conference on 10/30/09)* |
| *Redwood Mortgage Investors VIII v. 30 Dore LLC, et al. (Case No. CGC-09488758)* | *Judicial foreclosure; Specific performance for appointment of receiver; and Breach of guaranty* | *CA Superior Court; San Francisco County* | *Active (Case Management Conference on 10/30/09)* |
| *Pishro, Inc. v. The Baumeister Collective; George Hauser (Case No. 0910149)* | *$2,421 payment due* | *CA Superior Court; Marin County (Small Claims Court)* | *Active* |
| *John Wagner Associates, Inc. v. The Baumeister Collective, George F. Hauser, Developers Surety and Indemnity Co. (Case No. CGC-09-487399)* | *Breach of contract; Breach of continuing personal guaranty; Claim against state contractor's bond; Common counts* | *CA Superior Court; San Francisco County* | *Active* |
| *Park View Construction, et al. v. 766 Harrison LLC, 60 Rausch LLC, 73 Sumner LLC, Temecula Valley Bank (Case No. CGC-09-490139)* | *Foreclosure of mechanics liens* | *CA Superior Court; San Francisco County* | *Active (Case management conference on 12/4/09)* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Kerry S. Rosenberg v. 30 Dore, LLC* | *$6,420 unpaid security deposit* | *CA Superior Court; San Francisco County (Small Claims Court)* | *Active (trial date on 8/13/09)* |

---

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Temecula Valley Bank 27710 Jefferson Avenue, Suite A-100 Temecula, CA 92590* | *5/19/09 Deed in lieu* | *766 Harrison St. San Francisco, CA 94107 Value unknown* |
| *Redwood Mortgage Investors VIII 900 Veterans Blvd., #500 Redwood City, CA 94063-1743* | *7/21/09 Deed in lieu* | *60 Rausch St., #102 and #201 San Francisco, CA 94103* |
| *Redwood Mortgage Investors VIII 900 Veterans Blvd., #500 Redwood City, CA 94063-1743* | *7/21/09 Deed in lieu* | *73 Sumner St., #303 and #304 San Francisco, CA 94103* |

---

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| *James H. Baron 718 University Ave., Ste.213 Los Gatos, CA* | *CA Superior Court (San Francisco County) 400 McAllister Street San Francisco, CA* | *5/29/09* | *1168 Folsom St. San Francisco, CA 94103 Value unknown* |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | *Redwood Mortgage Inv. VI, et al. v. 1168 Folsom, LLC; Stagehouse Lofts; George F. Hauser Case#: CGC-09-488760* | | |
| *James H. Baron 718 University Ave., Ste.213 Los Gatos, CA* | *CA Superior Court (San Francisco County) 400 McAllister Street San Francisco, CA Redwood Mortgage Inv. VIII v. 30 Dore; George F. Hauser Case#: CGC-09-488758* | *5/29/09* | *30 Dore St. San Francisco, CA 94103 Value unknown* |

---

## 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *McNutt Law Group LLP 188 The Embarcadero, Ste. 800 San Francisco, CA 94105* | *3/30/09 4/30/09 5/31/09 6/30/09 6/30/09 7/22/09* | *$10,000.00 $46,733.54 $53,616.07 $43,318.60 $2,335.00 $19,796.79* |
| | *Payors: George F. Hauser and approximately $75,000 coming from Hauser-related entities* | *In an abundance of disclosure, we list all payments made by Hauser-related entities, incurred whether or not for Mr. Hauser. Approximately $30,000 of these funds were incurred specifically for preparing Mr. Hauser's personal bankruptcy. The remainder was incurred for* |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | *filing Mr. Hauser's related entity (The Baumeister Collective), for resolving transactions involving Hauser-related entities (including deeds in lieu), and for handling various lawsuits on behalf of George Hauser personally and multiple Hauser-related entities.* |

---

### 10. Other transfers

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| *George F. Hauser 1988 Revocable Inter Vivos Trust (Revocable Trust established for estate planning purposes)* | *6/18/1988* | *Property of debtor listed in Debtor's Schedules A & B* |

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Wells Fargo Bank* | *Savings account Acct. No. xxxxx-9873 $100.39* | *3/09* |
| *Union Bank of California* | *Acct. No. xxxxx-2771 Hauser Architects Checking account $58.00* | *6/6/09* |
| *Wells Fargo Bank* | *Acct. No. xxxxx-4157 Checking account $16.70* | *6/17/09* |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Wells Fargo Bank* | *Acct. No. xxxxx-5879*<br>*Checking account*<br>*$0.00* | *6/5/09* |

---

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Christine Hauser*<br>*1301 North Courthouse Road # 703*<br>*Arlington, VA 22201-2502* | *Condominium*<br>*(Debtor not on title or mortgage; however, he collects rents to pay mortgage)* | *60 Rausch St., #404*<br>*San Francisco, CA 94103* |
| *Martha Machold*<br>*851 Van Ness Ave., #202*<br>*San Francisco, CA 94109* | *Condominium*<br>*(Debtor not on title or mortgage; however, he collects rents to pay mortgage)* | *851 Van Ness Ave., #202*<br>*San Francisco, CA 94109* |

---

**15. Prior address of debtor**

None ☐ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *988 Guerrero Street*<br>*San Francisco, CA 94110* | *George F. Hauser* | *10/06 – 10/08* |
| *465 10th Street*<br>*San Francisco, CA 94103* | *George F. Hauser* | *10/98 – 10/06* |

## 16. Spouses and Former Spouses

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*Jutta Reichert*

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *The Baumeister Collective Corp.* | ID:94-3373531 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Contractor business* | *9/7/00 - present* |
| *766 Harrison, LLC* | ID:22-3930134 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Condominium development business* | *5/4/06 - present* |
| *1168 Folsom, LLC* | ID:65-1209111 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Condominium development business* | *10/31/03 - present* |
| *30 Dore, LLC* | ID:20-3046522 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Condominium development business* | *6/24/05 - present* |
| *52 Rausch, LLC* | ID:94-3328616 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Condominium development business* | *5/3/99 - present* |
| *60 Rausch, LLC* | ID:94-3328614 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Condominium development business* | *5/3/99 - present* |
| *73 Sumner, LLC* | ID:94-3328619 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Condominium development business* | *5/3/99 - present* |
| *Stagehouse Lofts Corporation* | ID:94-3264354 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Condominium development business* | *3/11/97 - present* |
| *120 11th, LLC* | ID:26-1407464 | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Commercial real estate business* | *10/19/07 - present* |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *216 11th, LLC* | *ID:26-1559442* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Commercial real estate business* | *12/11/07 - present* |
| *224 11th, LLC* | *ID:26-1559469* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Commercial real estate business* | *12/11/07 - present* |
| *5132 Telegraph, LLC* | *ID:26-3242306* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Commercial real estate business* | *5/15/08 - present* |
| *HausBau Corporation* | *ID:30-0483554* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Real estate business* | *5/20/08 - present* |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☐

| NAME | ADDRESS |
|---|---|
| *766 Harrison, LLC (Property deeded to lender by deed in lieu)* | *766 Harrison Street San Francisco, CA 94107* |
| *1168 Folsom, LLC (Property subject to receivership)* | *1168 Folsom Street San Francisco, CA 94103* |
| *30 Dore, LLC (Property subject to receivership)* | *30 Dore Street San Francisco, CA 94103* |
| *52 Rausch, LLC* | *52 Rausch Street San Francisco, CA 94103* |
| *120 11th, LLC* | *120 11th Street San Francisco, CA 94103* |
| *216 11th, LLC* | *216 11th Street San Francisco, CA 94103* |

| NAME | ADDRESS |
|------|---------|
| *224 11th, LLC* | *224 11th Street*<br>*San Francisco, CA 94103* |
| *5132 Telegraph, LLC* | *5132 Telegraph Avenue*<br>*Oakland, CA 94609* |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| *Jutta Reichert*<br>*313 Eureka Street*<br>*San Francisco, CA 94114* | *1999 - present* |

None ☒   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| *George F. Hauser* | *313 Eureka Street, San Francisco, CA 94114* |
| *Hauser Architects* | *60 Rausch Street, Suite 201, San Francisco,*<br>*CA 94103* |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *Temecula Valley Bank* | *781 Lincoln Ave., #320*<br>*San Rafael, CA 94901* | *Various* |

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *First Bank of Beverly Hills* | *23901 Calabasas Road, Suite 1050*<br>*Calabasas, CA 91302* | *Various* |
| *Chinatrust Bank* | *258 Barber Court*<br>*Milpitas, CA 95035* | *Various* |
| *First National Bank of Northern California* | *975 El Camino Real*<br>*South San Francisco, CA 94080* | *Various* |
| *Wachovia Mortgage, FSB* | *P.O. Box 60505*<br>*City of Industry, CA 91716* | *Various* |
| *Wells Fargo Home Mortgage* | *7495 New Horizon Way*<br>*Frederick, MD 21703* | *Various* |
| *Redwood Mortgage* | *900 Veterans Blvd., Suite 500*<br>*Redwood City, CA 94063* | *Various* |
| *Bank of Alameda* | *1321 Harbor Bay Parkway, Suite 201*<br>*Alameda, CA 94502* | *Various* |
| *American Contractors Indemnity Co. & U.S. Speciality Insurance Co.* | *9841 Airport Blvd., 9th Floor*<br>*Los Angeles, CA 90045* | *Various* |
| *Washington Mutual Bank, FA* | *400 East Main Street*<br>*Stockton, CA 95202* | *Various* |
| *Bridgebank* | *55 Almaden Blvd.*<br>*San Jose, CA 95113* | *Various* |
| *EverTrust Bank* | *20510 Stevens Creek Blvd.*<br>*Cupertino, CA 95014* | *Various* |
| *Wells Fargo Bank, NA* | *1401 Willow Pass Rd. #300*<br>*Concord, CA 94110* | *Various* |
| *National City Bank* | *6750 Miller Road*<br>*Brecksville, OH 44141* | *Various* |

## 20. Inventories

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

## 25. Pension Funds.

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *7/22/2009*      Signature   */s/ George F. Hauser*
of Debtor

Date   _____      Signature _____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *George F. Hauser*
        *dba Hauser Architects*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:   **Scott H. McNutt**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix includes the names and addresses of all creditors listed

on the debtor's schedules.

Dated:  *7/22/2009*

*/s/ Scott H. McNutt*
Debtor's Attorney

5110 Telegraph, LLC
Attn: Bill Lambert
P.O. Box 3677
Oakland, CA  94609


5132 Telegraph LLC
60 Rausch Street
Suite 201
San Francisco, CA  94103


52 Rausch
60 Rausch Street
Suite 201
San Francisco, CA  94103


60 Rausch LLC
60 Rausch Street
Suite 201
San Francisco, CA  94103


60 Rausch Street HOA
2166 Market St.
Suite A
San Francisco, CA  94114


73 Sumner Street HOA
P.O. Box 45465
San Francisco, CA  94145

766 Harrison LLC
60 Rausch St.
Suite 201
San Francisco, CA  94103


A and M Telecommunications
14715 Catalina Street
San Leandro, CA  94577


A Clean Well Lighted Place
601 Van Ness Ave.
San Francisco, CA  94102


A OK Pest  Elimination
P.O. Box 1178
Pacifica, CA  94044


A.J. Miller and Associates
5588 Fremont Street
Oakland, CA  94608


A1 Protective Services, Inc.
1601 Donner Ave.
Suite 2
San Francisco, CA  94124


AAA Flag and Banner Mfg. Co.
113 10th St.
San Francisco, CA  94103

Shawn Abbott
30 Dore St.
Apt. 506
San Francisco, CA  94103


Tom Abel
935 Kearny
Suite 19
San Francisco, CA  94104


ACC Environmental Consultants
7977 Capwell Drive
Suite 100
Oakland, CA  94621


Access to Music
901 C Street
San Rafael, CA  94901


Accurate Door and Hardware
945 Airport Boulevard
S. San Francisco, CA  94080


Accurate Firestop, Inc.
25613 Dollar Street
No. 3
Hayward, CA  94544


ACE A Creative Environment
812 Laurel Avenue
Burlingame, CA  94010

Ace Automatic Garage Doors
3450 Third Street
Suite 5E
San Francisco, CA  94124


Ace Automatic Garage Doors
2250 Jerrold Ave.
Suite 14
San Francisco, CA  94124


Ace Drilling and Excavation
1612 Noriega St.
San Francisco, CA  94122


Ace Hauling, Inc.
1444 Livingston Avenue
Pacifica, CA  94044


Acker and Guerrero Roof Co.
1092 Calcot Place
Oakland, CA  94606


Acme and Sons Sanitation, Inc.
3408 Hillcap Avenue
San Jose, CA  95136


ACS Consulting Engineers
375 15th Street
Oakland, CA  94612

```
Action Rentals
1530 Folsom St.
San Francisco, CA  94103


Action Rentals
565 S Van Ness Avenue
San Francisco, CA  94110


Silas Adams
1545 Greenwich St.
Apt. B
San Francisco, CA  94123


ADI
File 57418
Los Angeles, CA  90074


ADP
3300 Olcott Street
Santa Clara, CA  90074


ADR Services, Inc.
50 Fremont Street, Ste. 2110
San Francisco, CA  94105


Adrienne Wong Associates, Inc.
400 Second Street
Suite 425
San Francisco, CA  94107
```

Advanced Computer Repair
580 York Street
San Francisco, CA  94110


Advanced Reprographics Supply
545 South Murphy Avenue
Sunnyvale, CA  94086


AG Drywall
320 Blue Ridge Drive
Martinez, CA  94553


Aggreko, Inc.
3601 Thomas Road
Santa Clara, CA  95054


Paul S. Aiello
P.O. Box 883684
San Francisco, CA  94188


Alameda County Tax Collector
1221 Oak Street, Room 131
Oakland, CA  94612


Alhambra and Sierra Springs
P.O. Box  660579
Dallas, TX  75266

All California Mortgage
17 E. Sir Francis Drake Blvd.
Suite 110
Larkspur, CA  94939


All City Alarm
520 Davey Glen Road
Belmont, CA  94002


All City Alarms
856 26th Ave.
San Francisco, CA  94121


All Metals Welding
252  Cotter Street
San Francisco, CA  94112


Allegiance Telecom of CA
P.O. Box 844870
Dallas, TX  75284


Allwood Door Company
6000 3rd Street
San Francisco, CA  94124


Alpine Construction
1032 Irving St.
San Francisco, CA  94122

Altamicro, Inc.
3401 Investment Blvd.
Suite 4
Hayward, CA  94545


Alternative Energy
14995 Carnage Avenue
Sonora, CA  95370


Am. Contractors Indemnity Co.
US Speciality Insurance Co.
9841 Airport Blvd., 9th Floor
Los Angeles, CA  90045


Am. Contractors Indemnity Co.
U.S. Speciality Insurance Co.
9841 Airport Blvd., 9th Floor
Los Angeles, CA  90045


Amano Cincinnatti, Inc.
1485 N Manassero Street
Anaheim, CA  92807


Amber Flooring
1800 Sacramento St.
Ste. A
Berkeley, CA  94102


American Arbitration Assoc.
Attn: Norma Cantun
6795 North Palm Ave., 2nd Fl.
Fresno, CA  93704

American Arbitration Assoc.
225 Bush Street
18th Floor
San Francisco, CA  94104


American Contractors
Indemnity Company
601 S. Figueroa St., Ste. 1600
Los Angeles, CA  90017


American Honda Finance Corp.
P.O. Box 60001
City of Industry, CA  91716


American Metal Products
1320 Underwood Avenue
San Francisco, CA  94124


American Printers and Copiers
1050 Brookside Drive
Richmond, CA  94801


American Stair Corporation
642 Forestwood Drive
Romeoville, IL  60446


America's Locksmith
236 West Portal Avenue
Suite 773
San Francisco, CA  94127

Ameritech Computer Service
2688 Third Street
San Francisco, CA  94107


Ames Locksmith and Security
3977 - 24th St.
San Francisco, CA  94114


Anthony Amiewalan
30 Dore St.
Apt. 106
San Francisco, CA  94103


Amira
590 Valencia Street
San Francisco, CA  94110


ANI Private Security
and Patrol
4122 Broadway Street
Oakland, CA  94611


Ann Sacks Tile and Stone
8120 NE 33 Drive
Portland, OR  97211


Anne Bloomfield
2229 Webster Street
San Francisco, CA  94115

Annuzzi's Concrete Service
85 Elmira Street
San Francisco, CA  94124


Apex Painting, Inc
P.O. Box 5264
Modesto, CA  95352


Appliance Sales and Service
840 Folsom Street
San Francisco, CA  94107


Applied Material
and Engineering
980 41st Street
Oakland, CA  94608


Applied Remedial Services Inc.
701 Southampton Road
Suite 105
Benecia, CA  94510


Applied Technologies
P.O. Box 3852
Modesto, CA  95352


Applied Technologies Painting
P.O. Box 3852
Modesto, CA  95352

Aqua
252 California St.
San Francisco, CA  94111


Aquatech Consultancy, Inc
One Commercial Blvd.
Suite 201
Novato, CA  94949


Arboricultural Consulting Srvc
645 Madison Street
Albany, CA  94706


Arch
99 Missouri Street
San Francisco, CA  94107


Architectural General Const.
850 So. Van Ness Ave.
Suite 25
San Francisco, CA  94110


ARCOM Master Systems
332 East 500 South Street
Salt Lake City, UT  84111


Saleh Armian
1563 Arbutus Drive
Walnut Creek, CA  94595

ARW Finish Contractors,Inc.
230 E Lake Hazel Road
Meridian, ID  83642


Asbestos Management Group, Inc
3438 Helen Street
Oakland, CA  94608


Ashberry Lane
235 9th St.
San Francisco, CA  94103


Ashby Door and Window Showroom
824 Ashby Avenue
Berkeley, CA  94704


Asset Resources
Attn: Steve Peterson
2989 Brookdate Drive
Brooklyn Park, MN  55444


Associated Trucking, Inc.
875 Mahler Road
Suite 253
Burlingame, CA  94010


AT and T
Business Bankruptcy
P.O. Box 769
Arlington, TX  76004

Atlas Heating and Ventilating
340 Roebling Road
S. San Francisco, CA  94080


Ritika Aulakh
73 Sumner St.
Apt. 304
San Francisco, CA  94103


Authentic Restoration
and Waterproofing
1155 Chess Drive, Ste. 128
Foster City, CA  94404


B and B Demolition
P.O. Box 194
Station A
Richmond, CA  94808


B and J Landfill
6426 Hay Road
Vacaville, CA  95687


James Baca
1388 California St.
Suite 406A
San Francisco, CA  94109


Gagan Badwar
73 Sumner St.
Apt. 304
San Francisco, CA  94103

Paul Baird
2635 Sacramento St.
Apt. 3
San Francisco, CA  94115


Paul Baldwin
52 Rausch St.
Apt. 302
San Francisco, CA  94103


William Scott Balentine
52 Rausch St.
Apt. 102
San Francisco, CA  94103


Bank of Alameda
2200 Powell St.
Suite 105
Emeryville, CA  94608


Bank of Alameda
1321 Harbor Bay Parkway
Suite 201
Alameda, CA  94502


Bank of America Visa
P.O. Box 851001
Dallas, TX  75285

```
Banner Construction
1326  20th Ave.
Suite 301
San Francisco, CA  94122


Bannon Construction
657 18th Ave.
San Francisco, CA  94121


Bannon Construction
2178 17th Avenue
San Francisco, CA  94116


David Bao
1455 Yosemite Avenue
San Francisco, CA  94124


Barbary Coast Consulting
201 California St.
Ste. 1250
San Francisco, CA  94111


Les Barnes
170 3rd Ave.
Suite 7
Daly City, CA  94014


David Barnett
1301 Quarry Ct.
Apt. 212
Point Richmond, CA  94801
```

Victor Barrios
30 Dore St.
Apt. 105
San Francisco, CA  94103


Larry Basco
414 Mason St.
Suite 404
San Francisco, CA  94102


Stephanie L. Bauer
8660 S. Wick Dr.
Dublin, CA  94568


Joel Bautista
780 Capp St.
San Francisco, CA  94110


Bay Area Builder's Hardware
33 Elmira St.
San Francisco, CA  94124


Bay Area Concretes, Inc.
4179 Business Center Drive
Fremont, CA  94538


Bay Area Door and
Builder's Harware
33 Elmira Street
San Francisco, CA  94124

```
Bay Area Metals
3201 Third Street
San Francisco, CA  94124


Bay Lighting and Design
1140 Folsom Street
San Francisco, CA  94103


Bay Medical Center
2 Connecticut Street
San Francisco, CA  94107


Bay Shore Supply
55 Waterloo Street
San Francisco, CA  94124


Bay Steel, Inc.
1464 Davidson Ave.
San Francisco, CA  94124


Bay-Fineworks
Marble and Granite
2098 Merced Street
San Leandro, CA  94577


Bayshore Metal Inc.
244 Napoleon St.
San Francisco, CA  94124
```

Bayview Iron Works, Inc.
1235 Thomas Ave
San Francisco, CA  94124


Bear Technologies
7774 Calle Mejor
Carlsbad, CA  92009


Daniel Bello
30 Dore St.
Apt. 204
San Francisco, CA  94103


Mary Ellen McHugh Bello
30 Dore St.
Apt. 204
San Francisco, CA  94103


Belmont Hardware
940 El Camino Real
Carlsbad, CA  92009


Benjamin P. Lai and Associates
P.O. Box 2169
Danville, CA  94526


Bentley Prince Street
14641 E. Don Julian Road
Belmont, CA  94002

Beny's Iron Works
5711 Misson Street
San Francisco, CA  94112


Berkel and Co. Contractors
P.O. Box 876056
Kansas City, MO  64187


Beronio Lumber
Dept. 44142
P.O. Box 44000
San Francisco, CA  94144


Lisa Bieringer
1168 Folsom St.
Apt. 501
San Francisco, CA  94103


Big 4 Rents
435 S. Van Ness Ave
San Francisco, CA  94103


Big Ed's Crane Service, Inc.
P.O. Box 1552
El Granada, CA  94018


Bike-Up Bicycle Parking System
6 Antares Drive, Phase II
Unit 10B Nepean
Ontario, K2E 8A9  Canada

Jennifer Black
888 Fairway Road
Lake Oswego, OR  97034


Steven Blancaver
1168 Folsom St.
Apt. 504
San Francisco, CA  94103


Blaze Fireplaces
101 Cargo Way
San Francisco, CA  94124


BlindSaver
346 Winterthur Way
Highland Ranch, CO  80129


Blueprint Bonding
Insurance Service
P.O. Box 667
Byron, CA  94514


Bode Concrete LLC
P.O. Box 880130
San Francisco, CA  94188


Bolt & Peters, Inc.
60 Rausch St.
Apt. 102
San Francisco, CA  94103

Maarten M. Bon
4071 24th St.
Apt. A
San Francisco, CA  94114


Sylvie Hilgarth Bosustow
11707 Kiowa Ave.
Apt. 1
Los Angeles, CA  90049


Bothel and Long
625 Market Street
10th Floor
San Francisco, CA  94105


George R. Bowden
50 Hallam St.
San Francisco, CA  94103


Bowdry and Bowdry Janitorial
1201 Fitzgerald Ave.
San Francisco, CA  94124


BPS Reprographic Services
Dept 33171
P.O. Box 39000
San Francisco, CA  94139


Corey Brady
60 Rausch St.
Apt. 104
San Francisco, CA  94103

Brand Scaffold Services, Inc.
P.O. Box 91473
Chicago, IL  60693


John Braun
30 Dore
Apt. 511
San Francisco, CA  94103


John Braun
12 West High Street
Apt. 2
Larlisle, PA  17013


John T. Braun
12 West High St.
Apt. 2
Carlisle, PA  17013


Elliott Breeden
30 Dore St.
Apt. 411
San Francisco, CA  94103


Brian Friel Plumbing
894 De Haro Street
San Francisco, CA  94107


Brian Morrow
7 Belcrest
Laguna Niguel, CA  92677

Bristolite Skylights
401 E. Goetz Ave.
Santa Ana, CA  95747


Jonathan Brooks
851 Van Ness Ave.
Apt. 202
San Francisco, CA  94109


Bryant Services Inc.
516 Mississippi Street
San Francisco, CA  94107


BSM-DPW
875 Stevenson St.
Room 460
San Francisco, CA  94103


Budget Signs
55 Brady Street
San Francisco, CA  94103


Bureau of Urban Forestry
875 Stevenson Street
Room 400
San Francisco, CA  94103


C and M Commercial Doors
928 Anza Drive
Pacifica, CA  94044

C and N Engineers, Inc.
22 Battery Street
Suite 508
San Francisco, CA  94111


C. Hill Trucking, Inc.
43345 Cedarwood Drive
Fremont, CA  94538


Matthew Cain
1168 Folsom St.
Apt. 203
San Francisco, CA  94103


Cal/OSHA
Accounting Office
P.O. Box 420603
San Francisco, CA  94142


Calendar-Robinson Co., Inc.
300 Montgomery Street
Suite 888
San Francisco, CA  94104


Calendar-Robinson Co., Inc.
785 Marlet St.
Suite 750
San Francisco, CA  94103


California Colored Rock
367 Bayshore Boulevard
San Francisco, CA  94124

California Overnight
Dept. 1664
Los Angeles, CA  90084


Calistoga Mountain
Spring Water
P.O. Box 52237
Phoenix, AZ  85072


Call and Haul
99 Berkeley Way
San Francisco, CA  94131


Cal-Neva Supply Co., Inc.
1900 Marina Blvd.
San Leandro, CA  94577


Calply
360 3rd Street
San Francisco, CA  94124


Cal-Safety, Inc.
P.O. Box 1901
Fremont, CA  94538


Cam Teter Associates
1627 Anza Street
San Francisco, CA  94118

Cambyse Teter Landscape
and Design
223 Broad Street
San Francisco, CA  94112


Cananwill, Inc.
Department 7200
Los Angeles, CA  90088


Canon Business Solutions
File 51075
Los Angeles, CA  90074


Capex Engineering, Inc.
P.O. Box 14198
Fremont, CA  94539


Capital Insurance Group
2300 Garden Road
Monterey, CA  93940


Carey and Co, Inc
Old Engine Co #2
460 Bush St
San Francisco, CA  94108


Carey and Co. Inc.
460 Bush Street
Suite 2
Los Angeles, CA  90074

Carpenter Rigging and Supply
Attn: Thui Olivero
222 Napoleon St.
San Francisco, CA  94124


Callan Carter
1168 Folsom St.
Apt. 505
San Francisco, CA  94103


Casement Construction
882 Clipper Terrace
San Francisco, CA  94114


Chad Castillo
5566 15th Ave. South
Apt. B
Seattle, WA  98108


David Ceasar
1004 Hearst Ave.
Berkeley, CA  94710


Cell-Crete Corporation
995 Zephyr Avenue
Hayward, CA  94544


Cemex
920 Memorial City Way
Ste. 100
Houston, TX  77024

Central Builders Supply, Inc.
1367 Filmore Street
San Francisco, CA  94115


Ceramic Tile Design
189 13th Street
San Francisco, CA  94103


Chase Card Services
P.O. Box 94010
Palatine, IL  60094


Chase Visa
P.O. Box 15298
Wilmington, DE  19850


Chase/United Mileage Plus
P.O. Box 94014
Palatine, IL  60094


King Chuen Chau
30 Dore St.
Apt. 209
San Francisco, CA  94103


Chelsea Court Owners Assoc.
P.O. BOX 45465
San Francisco, CA  94145

```
Sylvia Chen
30 Dore St.
Apt. 201
San Francisco, CA  94103


Tina Chen
50 Lansing Street
Unit 310
San Francisco, CA  94105


Tina Chen
815 Clay Street
Apt. 9
San Francisco, CA  94108


Michelle Xiao Chen
1831 46th Ave.
San Francisco, CA  94122


Cherin's
727 Valencia Street
San Francisco, CA  94110


Chinatrust Bank
258 Barber Court
Milpitas, CA  95035


ChromaLab, Inc
1220 Quarry Lane
Pleasanton, CA  94566
```

```
CHS Consulting Group
130 Sutter Street
Suite 468
San Francisco, CA  94104


Ronaldo J. Cianciarulo
1301 16th Street
San Francisco, CA  94103


CIG Insurance
P.O. Box 2093
Monterey, CA  93942


David Cincotta
Two Embarcadero Center
San Francisco, CA  94111


David P. Cincotta
1388 Sutter Street
Suite 915
San Francisco, CA  94109


City and County of
San Francisco
425 Mason Street
San Francisco, CA  94102


City Cabinetmakers
1351 Underwood Avenue
San Francisco, CA  94124
```

City Lights
1585 Folsom Street
San Francisco, CA  94103


City of Oakland
Comm. and Economic Dev. Agency
250 Frank H. Ogawa Plz., 2 Fl.
Oakland, CA  94612


City Scaffold, Inc.
1210 Griffith St.
San Francisco, CA  94124


Cladding Corp.
1441 Dolley Madison Blvd.
McLean , VA  22101


Dan Clark
1312 Hermosa Ave.
Pacifica, CA  94044


Jerome Clark
52 Rausch St.
Apt. 301
San Francisco, CA  94103


Pamela Clayton
30 Dore St.
Apt. 405
San Francisco, CA  94103

Clean Harbors Environmental
2500 West Lokern Road
Buttonwillow, CA  93206


Clean Site Co.
63 Bovet Road
Suite 348
San Mateo, CA  94402


Cleery Clinger
775 Chestnut St.
Apt. 2
San Carlos, CA  94070


Clipper International Equip.
2269 Chestnut St.
Suite 307
San Francisco, CA  94123


CLP Resources Inc
File # 1883
P.O. Box 6000
San Francisco, CA  94160


CM Service, Inc
981 Bing Street
San Carlos, CA  94070


Coast Crane
Dept. 33655
P.O. Box 39000
San Francisco, CA  94139

Coast Fire Equipment
5930 Las Polistas Road
Livermore, CA  94551


Coast Fire Equipment
2127 Research Dr.
Suite 13
Livermore, CA  94550


Coast Insulation Contractors
P.O. Box 815
West Sacramento, CA  94591


Coast Insulation Contractors
1920 Mark Court
Suite 100
Concord, CA  94520


Coast Insulation Contractors
1086 North 11th
San Jose, CA  95112


Case Colaw
1168 Folsom St.
Apt. 405
San Francisco, CA  94103


Cole Supply Co., Inc.
531 Getty Ct.
Suite A
Benicia, CA  94510

Michael S. Cole
1400 39th Ave.
Apt. 7
San Francisco, CA  94122


Coliseum Sandblasting
4356 Coliseum Way
Oakland, CA  94601


Collier Warehouse Inc.
90 Dorman Avenue
San Francisco, CA  94124


Collins Henderson, Inc.
631 Howard Street
Suite 530
San Francisco, CA  94550


Complete Tree Care
1617 Francisco Street
Berkeley, CA  94703


Compliance Poster Company
438 W. Chestnut Ave.
P.O. Box 607
Monrovia, CA  91016


Consolidated Engineering Corp.
P.O. Box 9131
Pleasanton, CA  94566

Construction Building
Specialty
P.O. Box 18898
Oaklahoma City, OK  73154


Construction Testing Services
2174 Rheem Drive
Suite A
Pleasanton, CA  94588


Continental Appliance Co.
1608 Ocean Ave.
San Francsico, CA  94112


Contractor's State
License Board
P.O. Box 26000
Sacramento, CA  95826


Conway Showerpans
3613 Branson Drive
San Mateo, CA  94403


Cooks Office.com
531 Bryant Street
San Francisco, CA  94107


Copy Circle
959 Taravel Street
San Francisco, CA  94116

Core Concrete Construction
P.O. Box 6205
Vacaville, CA  95696


Cotterman Company
130 Seltzer Road
P.O. Box 168
Croswell, MI  48422


Cox Associates LLC
5321 Scotts Valley Drive
Suite 103
Scotts Valley, CA  95066


Michael Cresanti
3701 Sacramento St.
Apt. 304
San Francisco, CA  94418


Crown Industrial Supply
213 Michelle Court
San Francisco, CA  94080


Crown Sheet Metal
and Skylights
200 Valley Drive, Unit 18
Brisbane, CA  94056


CSC - Corporation Service Co.
P.O. Box 13397
Philadelphia, PA  19101

Cullinane Construction
and Plaster
1875 Mission Street
San Francisco, CA  94103


Margaret Cullinane
2670 44th Ave.
San Francisco, CA  94115


Andrew Cussen
1168 Folsom St.
Apt. 405
San Francisco, CA  94103


Custom Spray System, Inc
P.O. Box 208
Salida, CA  95368


CVS and Associates, LLC
833 Washington Street
Apt. 3F
San Francisco, CA  94108


D and D Lift, Inc.
3987 First St.
Suite G
Livermore, CA  94551


D.M. Figley Co., Inc.
10 Kelly Court
Menlo Park, CA  94025

Daniel Danzig
29 El Gavilan Road
Orinda, CA  94563


Peter Danzig
1168 Folsom St.
Apt. 304
San Francisco, CA  94103


Dave's Concrete Pumping
14 Nave Court
Novato, CA  94947


Dave's Operator Certification
3268 Denice Way
Cottonwood, CA  96022


Rich Davidson
335  East Fourth Ave
Suite A
San Mateo, CA  94401


Richard E. Davidson
740 El Camino Real
Belmont, CA  94002


Davis Energy Group
123 C Street
Davis, CA  95616

```
DBI
1660 Mission Street
San Francsico, CA  94103


DBI Board of Appeals
1660 Mission Street
3rd Floor
San Francisco, CA  94103


Carla De La Cruz
308 Fell Street
Suite A
San Francisco, CA  94102


Emilio M. De Leon
494 Westmoor Ave.
Daly City, CA  94015


Adam De Lumen
30 Dore St.
Apt. 210
San Francisco, CA  94103


Jason Dea
30 Dore St.
Apt. 203
San Francisco, CA  94103


Delta Electric Company
300 N. San Mateo Drive
San Mateo, CA  94401
```

Deluxe Business Checks
and Solutions
P.O. Box 742572
Cincinnati, OH  45274


Demakis
Plumbing and Heating Inc.
2370 Oakdale Ave
San Francisco, CA  94124


Department of Building
Inspection
1660 Mission Street
San Francisco, CA  94103


Department of City Planning
Attn:  Donnie Wong
1660 Mission St., Ste. 500
San Francisco, CA  94103


Department of Public Health
Attn: Scott Nakamura
25 Van Ness Ave., Ste. 500
San Francisco, CA  94102


Department of Public Works
875 Stevenson Street
Room 460
San Francisco, CA  94103

```
Department of Toxic Substances
P.O. Box 876
Sacramento, CA  95812


Dept. of Industrial Relations
P.O. Box  420603
San Francisco, CA  94142


Dept. of Parking and Traffic
One South Van Ness Ave
7th Floor
San Francisco, CA  94103


Design and Construction
Resource
P.O. Box 2380
Vista, CA  92085


Design Line Construction
343 San Jose Avenue
Apt. A
San Francisco, CA  94110


Ghislaine Devoy
1168 Folsom St.
Apt. 201
San Francisco, CA  94103


Mary DeVries
291 Edgewood Avenue
San Francisco, CA  94117
```

Dave Didier
74 - 6th Street
Suite 209
San Francisco, CA  94103


Dillard Environmental Services
1416 Dodge St.
Omaha, NE  68179


Discount Builders Supply
1695 Mission Street
San Francisco, CA  94103


Divisadero Lock and Hardware
1649 Divisadero
San Francisco, CA  94115


DKS Associates
1000 Broadway
Suite 450
Oakland, CA  94607


DM Figley Company Inc.
10 Kelly Court
Menlo Park, CA  94025


Doherty Painting
and Construction
880 Innes Avenue
San Francisco, CA  94124

```
Don's Key and Lock
3277 Mission Street
San Francisco, CA  94110


DOT Construction
486 Cumberland Road
Burlingame, CA  94010


DPT
25 Van Ness Ave
Suite 345
San Francisco, CA  94102


DSK Associates
1000 Broadway
Suite 450
Oakland, CA  94607


Kurt Dunlap
588 Sutter St.
Suite 405
San Francisco, CA  94102


Grace B. Dunn
4615 Manila Ave.
Oakland, CA  94609


Christine Duong
1223 Wilshire Blvd.
Apt. 725
Santa Monica, CA  90403
```

During Associates
120 Montgomery St.
Suite 2290
San Francisco, CA  94104


Dywidag Systems
320 Marmon Drive
Bolingbrook, IL  60440


E and E Electrical Supply
1775 Mission St.
San Francisco, CA  94103


Earth Mechanics Consulting
Attn: H. Allen Gruen
360 Grand Ave., Ste. 262
Oakland, CA  94612


Earthlink.net
P.O. Box 6014
Inglewood, CA  90312


EBMUD
P.O. Box 1000
Oakland, CA  94649


ECDC Environmental
11 West Highway 123
East Carbon, UT  84520

Echeguren Slate
1620 Innes Avenue
San Francisco, CA  94124


Echeguren Slate, Inc.
1495 Illinois Street
San Francisco, CA  94107


Economics Research Associates
388 Market Street
Suite 1580
San Francisco, CA  94111


Edgett Williams Consulting Grp
102 East Blithedale
Suite 1
Mill Valley, CA  94941


Edmond R. Pietraczyk
18 Crow Canyon Court
Suite 208
San Ramon, CA  94583


El Bohemio News
2588 Mission Street
Suite 225
San Francisco, CA  94110


Elevator, LLC
4792 Hillsboro Circle
Santa Rosa, CA  95405

Elite Reprographics
363 6th Street
San Francisco, CA  94103


Energy Calc Co.
3255 Kerner Blvd.
Suite 5
San Rafael, CA  94901


Jefferson Eppler
1168 Folsom St.
Apt. 204
San Francisco, CA  94103


ERA
388 Market St.
Suite 1580
San Francisco, CA  94111


Erna Press
471 Turk Street
San Francisco, CA  94102


Espino and Sons
General Building Contractors
367 Wilde Avenue
San Francisco, CA  94134


Dean Estrada
30 Dore St.
Apt. 106
San Francisco, CA  94103

Rudy Estrada
30 Dore St.
Apt. 106
San Francisco, CA  94103


Eugene Burger Management Corp.
505 Beach Street
Unit 120
San Francisco, CA  94133


Euro-Tech Construction
2115 28th Avenue
San Francisco, CA  94116


Fabbro, Moore and Assoc.
c/o Charlie Moore
611 Veterans Blvd., Ste. 216
Redwood City, CA  94063


Peter Fader
465 10th St.
Apt. 401
San Francisco, CA  94103


Fan Asylum, Inc.
1250 Folsom St.
San Francisco, CA  94103


Farella Braun + Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA  94104

Maurice E. Farinas
2101 Sacramento St.
Apt. 303
San Francisco, CA  94109


Farmers Insurance
P.O. Box 25367
Santa Ana, CA  92799


Farmers Insurance
P.O. Box 894731
Los Angeles, CA  90189


Fast Trak Violation Processing
P.O. Box 26925
San Francisco, CA  94126


Ashley Faulkner
562 Hayes St.
Apt. 8
San Francisco, CA  94103


Christian Feeney
1168 Folsom St.
Apt. 401
San Francisco, CA  94103


Feng K Plumbing
1654 23rd Avenue
San Francisco, CA  92122

```
Ferguson Enterprises, Inc.
File 56809
Los Angeles, CA  90071


Ferguson Enterprises, Inc.
4546 Broad Street
San Luis Obispo, CA  93401


Fidelity Roof Company
1075 40th Street
Oakland, CA  94608


Fire Barrier, Inc.
Pier 33 The Embarcadero
San Francisco, CA  94111


Fireplace Systems Inc.
c/o Coast Insulation Inc
45 North Main Street
Salinas, CA  93901


First Bank of Beverly Hills
23901 Calabasa Road
Ste. 1050
Calabasas, CA  91302


First Bank of Beverly Hills
23901 Calabasas Road
Suite 1050
Calabasas, CA  91302
```

```
First Insurance Funding Corp
8075 Innovation Way
Chicago, IL  60682


First National Bank of N. CA
975 El Camino Real
South San Franci, CA  94080


Quinn Fitzgerald
1168 Folsom St.
Apt. 201
San Francisco, CA  94103


Ford Graphics
P.O. Box 192224
San Francisco, CA  94119


Forem Metal Manufacturing, Inc
801 W.Ranger
Suite 100
Alameda, CA  94501


Forest Co., Inc
525 Railroad Ave
San Francisco, CA  94080


Rachel Fossum
30 Dore St.
Apt. 206
San Francisco, CA  94103
```

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA  95812


Robert Francis
60 Rausch St.
Apt. 104
San Francisco, CA  94103


Frank's All City Plumbing Co.
2560 Turnberry Dr
San Bruno, CA  94066


Fred L. Manthei
P.O. Box 1565
Pacifica, CA  94044


Frederick T. Seher and Assoc.
841 Lombard Street
San Francsico, CA  94133


Friends of the Urban Forest
P.O. Box 29456
Building 1007
San Francisco, CA  94127


Katherine Gaidos
1168 Folsom St.
Apt. 204
San Francisco, CA  94103

Crystal Galvan
3432 Edison St.
San Mateo, CA  94403


Michael Gammons
30 Dore St.
Apt. 107
San Francisco, CA  94103


Ganco Industries, Inc.
2220 Revere Ave.
Building D
San Francisco, CA  94124


Daniel Gao
1538 13th Ave.
Oakland, CA  94606


Daniel Gao
1431 Sherman St.
Suite A
Alameda, CA  94501


Garmeson Glass and Metal, Inc.
Attn: Alan
P.O. Box 24-364
San Francisco, CA  94124


Samuel Gateau
30 Dore St.
Apt. 406
San Francisco, CA  94103

GEOTECNIA
1624 Armstrong Court
Concord, CA  94521


Geza Gergo
1825 Vine Street
Apt. 2
Berkeley, CA  94703


Maris Gersh
30 Dore St.
Apt. 507
San Francisco, CA  94103


GL + A Civil Engineers, Inc.
414 Mason Street
Suite 404
San Francisco, CA  94102


Glendon Company
23677 Foley Street
Hayward, CA  94545


Glenfos Inc.
210 Fell Street
Suite 105
San Francisco, CA  94102


Glodow Nead Communications
1700 Montgomery Street
Suite 203
San Francisco, CA  94111

Gold River Contractors
95 Belvedere Street
Suite 1
San Rafael, CA  94901


Golden City Building Supply
1279 Pacific Avenue
San Francisco, CA  94105


Golden Eagle Insurance
P.O. Box 6486
Carol Stream, IL  60197


Golden Gate Carpet Service
1930 Olivera Road
Concord, CA  94520


Golden Gate Debris
P.O. Box 7360
San Francisco, CA  94120


Golden Gate Debris Box Service
900 7th Street
San Francisco, CA  94107


Golden Gate Disposal
250 Executive Park Blvd.
Suite 2100
San Francisco, CA  94134

```
Golden Gate Disposal
P.O. Box  60846
Los Angeles, CA  90060


Golden Gate Disposal
900 7th Street
San Francsico, CA  94107


Golden Gate Disposal
and Recycling
P.O. Box 60846
Los Angeles, CA  90060


Golden Gate Equipment
101 Cargo
San Francisco, CA  94124


Golden Gate Glass and Mirror
2011 Folsom St.
San Francisco, CA  94110


Golden Gate Tank Removal, Inc.
3730 Mission St.
San Francisco, CA  94110


Golden State Carpet Service
1930 Olivera Road
Concord, CA  94520
```

Golden State Lumber Inc.
1050 S Napa Jnctn Rd
P.O. Box 1709
Vallejo, CA  94590


Golden State Plumbing
414 27th Avenue
San Francisco, CA  94121


Christopher Shawn Golden
1168 Folsom St.
Apt. 401
San Francisco, CA  94103


Gordon and Rees LLP
275 Battery Street
Suite 2000
San Francisco, CA  94111


Grabber Construction Products
Dept. 1590
Denver, CO  80291


Brian Graham
789 Linda Mar Blvd.
Pacifica, CA  94044


Grainger
Dept. 871016226
Palatine, IL  60038

Grant Mercantile Agency
P.O. Box 658
Oakhurst, CA  93644


Graphic Reproduction
1381 Franquette Ave.
Building B-1
Concord, CA  94520


Michael Grasso
333 Main St.
Unit 4H
San Francisco, CA  94105


Andrew Gray
1168 Folsom St.
Apt. 404
San Francisco, CA  94103


Green Mechanical & ARS
895 Hurlingame Ave.
Redwood City, CA  94063


Green Mechanical and HVAC, Inc
895 Hurlingame Avenue
Redwood City, CA  94063


Brian D. Greenberg
One America Plaza
600 West Broadway, Ste. 940
San Diego, CA  92101

```
Greenwich Insurance Co.
340 Pine Street
San Francisco, CA  94104


Greenworks Inc.
690 Brannan Street
San Francisco, CA  94107


Griffith Lumber Company
820 Levee Drive
Manhattan , KS  66502


Robert Groves
1168 Folsom St.
Apt. 304
San Francisco, CA  94103


Guardian Insurance
3900 Burgess Place
Suite 3E
Bethleham, PA  18017


Christopher Hall
465 10th St.
Apt. 202
San Francisco, CA  94103


Hamilton, Ricci and Associates
930 Montgomery St
Suite 300
San Francisco, CA  94133
```

Hamilton-Schwarzhoff, Inc.
3428 22nd Street
San Francisco, CA  94110


Hank Modena
HC1 Box 17
La Honda, CA  94020


Hanson Bridgett LLP
425 Market St.
26th Floor
San Francisco, CA  94105


Harrison and Bonini
1122 Harrison Street
San Francisco, CA  94103


Hartig Rhodes Hoge and Lekisch
717 K Street
Anchorage, AK  99501


Hartle Media Ventures LLC
59 Grant Avenue
4th Floor
San Francisco, CA  94108


Hastie's Capitol Sand
and Gravel
9350 Jackson Road
Sacramento, CA  95826

```
Hauser Architects
60 Rausch Street
Suite 201
San Francisco, CA  94103


Robert Hauser
320 Eureka Street
San Francisco, CA  94114


HCC Surety Group
9841 Airport Blvd.
9th Floor
Los Angeles, CA  90045


HCC Surety Group
Dept. 6642
Los Angeles, CA  90084


HCC Surety Group
1610 Arden Way
Suite 273
Sacramento, CA  95815


Heather and French
Painting, Inc.
1118 Florida St.
San Francisco, CA  94110


Hector Huerta
579 Naples St.
San Francisco, CA  94112
```

Cyrus Hekmaty
1168 Folsom St.
Apt. 202
San Francisco, CA  94103


Helena Kozler
176 Corte Anita
Greenbrae, CA  94904


Henry P. Winetsky
58 Maiden Lane
2nd Floor
San Francisco, CA  94108


Hertz Big Four Rents
P.O. Box 2939
Rohnert Park, CA  94927


Hertz Equipment Rental
P.O. Box 650280
Dallas, TX  75265


Hertz Equipment Rental
P.O. Box 2939
Rohnert Park, CA  94927


Hertz Equipment Rental
P.O. Box 26390
Oaklahoma City, OK  73126

Hertz/ Big 4 Rents
435 South Van Ness
San Francisco, CA  94103


Herzig and Berlese
414 Gough Street
Suite 5
San Francisco, CA  94102


Hesselberg, Keesee and Assoc.
221 Main Street
Suite 1580
San Francisco, CA  94105


Hetherington General
and Plumbing
4200 California St., Ste. 101
San Francisco, CA  94118


Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA  15250


Suzanne Hoffart
52 Rausch St.
Apt. 301
San Francisco, CA  94103


Aaron J. Hoffmans
309 Santa Clara Way
San Mateo, CA  94403

```
Stephen Houghton
465 10th St.
Apt. 202
San Francisco, CA  94103


Alex W. Huang
2227 32nd Ave.
San Francisco, CA  94116


Weizhong Alex Huang
2227 32nd Ave.
San Francisco, CA  94116


Husch and Eppenberger
1200 Main Street
Suite 1700
Kansas City, MO  64105


ICF Enterprises, Inc.
P.O. Box 462776
Escondido, CA  92046


ICF Enterprises, Inc.
P.O. Box 762776
Escondido, CA  92046


ICI Dulux Paint Centers
P.O. Box 100145
Pasadena, CA  91189
```

ICI Dulux Paint Stores
1580 Pacific Avenue
San Francisco, CA  94109


ID8 Media
2070 Allston Way
Suite 3
Berkeley, CA  94704


IHI Environmental
1260 45th Street
Suite L
Emeryville, CA  94608


Imperial Premium Finance, Inc
P.O. Box 504758
The Lakes, NV  88905


Imperial Premium Finance, Inc.
Department 7615
Los Angeles, CA  90084


Industrial Caster
and Wheel Company
2200 Carden Street
San Leandro, CA  94577


Insco/Dico Group
17780 Fitch, Ste. 200
Irvine, CA  92614

Inspection Consultants
Industrial LP
2999 Gold Canal Dr., Ste. A
Rancho Cordova, CA  95670


Internal Revenue Service
Special Procedures Section
1301 Clay Street, Stop 1400S
Oakland, CA  94612


Inter-State Security, Inc.
229 Downey Street
San Francisco, CA  94117


Intertek Testing Services NA
8431 Murphy Drive
Middletown, WI  83562


Ireland Tile and Stone, Inc.
1408 31st Avenue, Ste. 211
San Francisco, CA  94122


Dana Iscoff
2485 Clay Street
Suite 101
San Francisco, CA  94115


Italics
1488 67th Street
Emeryville, CA  94608

```
J and J Sheet Metal
80 Duboce Ave
P.O. Box 410363
San Francisco, CA  94103


J C L Company
134 Sears Street
San Francisco, CA  94112


J. E. Brown Company
78 Shotwell Street
San Francisco, CA  94103


J.C. Plumbing Electrical
and Heating
435 Valencia Street
San Francisco, CA  94103


Josef Jacques
2221 26th St.
Apt. 202
San Francisco, CA  94107


Jamco Concrete Cutting
P.O. Box 46
Redwood City, CA  94103


JAMS
P.O. Box 512850
Los Angeles, CA  90051
```

JC Carpet and Upholstery
1212-H El Camino Real
Suite 252
San Bruno, CA  94066


JC Metal Specialists
2708 Ingalls Street
San Francisco, CA  94124


JCL Company
134 Sears Street
San Francisco, CA  94112


Jeffer Mangels Butler Marmaro
Two Embarcadero Center
5th Floor
San Francisco, CA  94111


Jim Jennings
49 Rodgers St.
San Francisco, CA  94103


Jaime Jensen
2090 Green St.
Suite 36
San Francisco, CA  94123


Robert Jensen
2650 Magnolia Ave.
Oakland, CA  94607

Jiffy Lube
2030 Van Ness Avenue
San Francisco, CA  94109


JLM Consulting
1530 Jones Street
Suite 1
San Francisco, CA  94109


JLM Painting and
Waterproofing
427 Fairway Drive
S. San Francisco, CA  94080


JMBM
Two Embarcadero Center
5th Floor
San Francisco, CA  94111


JMBM
P.O. Box 513267
Los Angeles, CA  90051


Tyler Johansson
30 Dore St.
Apt. 507
San Francisco, CA  94103


John Doyle Tile
2423 34th Ave.
San Francisco, CA  94116

John McLaughlin
Window and Glass
220 Quintara Street
San Francisco, CA  94116


Gino Jokbengboon
1168 Folsom St.
Apt. 403
San Francisco, CA  94103


Jones Day
555 California Street
26th Floor
San Francisco, CA  94104


Becky Jones
3317 Grand Ave.
Apt. A
Oakland, CA  94610


Harrold Jones
73 Sumner St.
Apt. 303
San Francisco, CA  94103


JP Corbin Building and Design
2342 Park Blvd
Suite 3
Oakland, CA  94606

JY Electrical, Inc
P.O. Box 34338
San Francisco, CA  94134


K and J Tile
1701 W. Del Rio Street
Chandler, AZ  85224


Peter Kane
30 Dore St.
Apt. 411
San Francisco, CA  94103


Anna C. Kao
18 Lansing St.
Apt. 203
San Francisco, CA  94105


Kapono's
One Aloha Tower Drive
Aloha Tower Market Place
Honolulu, HI  96813


Katarzyna Kowalska-Ekstrand
7149 Thornhill Drive
Oakland, CA  94611


Kate O Briens Irish Bar
579 Howard Street
San Francisco, CA  94105

```
Kehoe Trucking
1459 18th Street
Suite 179
San Francisco, CA  94107


Kells Construction Inc.
1422 16th Avenue
San Francisco, CA  94122


Andrew Sloan Kelly
1168 Folsom St.
Apt. 502
San Francisco, CA  94103


David Kelly
747 Ellis St.
Apt. 10
San Francisco, CA  94109


Kelly-Moore Paint Company, Inc
3414 Cesar Chavez Blvd.
San Francisco, CA  94110


Ken Fisher
1355 Post Street
San Francisco, CA  94107


Ken Pence Plumbing Et Al
1019 So. Van Ness Ave.
San Francisco, CA  94110
```

Ken Topping Home Improvements
3101 Vicente Street
San Francisco, CA  94116


Kenneth Cole
865 Market Street
San Francisco, CA  94103


Robert Kenny
P.O. Box 1899
Sausalito, CA  94966


Kevin Slagle Design and Build
1734 13th Street
Oakland, CA  94607


Key Supply
362 7th St.
San Francisco, CA  94103


KFR Company
1222 Grand Avenue
San Rafael, CA  94901


Rana Khalil
1168 Folsom St.
Apt. 403
San Francisco, CA  94103

Jarinya Khantapong
34 Leo Circle
S. San Francisco, CA  94080


Linda Kim
1473 14th Street
Oakland, CA  94607


KJ Tile Co
1701 West Del Rio Street
Chandler, AZ  85244


Klaus Parking Systems, Inc.
3652 Chestnut Street
Suite A
Lafayette, CA  94523


Michael Klein
801 Portola Drive
Suite 205
San Francisco, CA  94127


Jessica Koeppel
465 10th St.
Apt. 208
San Francisco, CA  94103


Kone, Inc.
15021 Wicks Blvd.
San Leandro, CA  94577

Kone, Inc.
P.O. Box 429
Moline, IL  61266


Konrath Bonds and
Insurance Services
1145-2nd Street, Ste. A
Brentwood, CA  94513


Kozler Engineering
176 Corte Anita
Greenbrae, CA  94904


KP Construction Group, Inc.
2536 McAllister Street
San Francisco, CA  94118


Timothy K. Kreutzew
105 10th Ave.
San Francisco, CA  94118


Kurt Meiswinkel, Inc.
833 Mahler Road
Suite 11
Burlingame, CA  94010


Kustom Waterjet
1353 E. Borchard Ave.
Santa Ana, CA  92705

```
Robert Labbe
73 Sumner St.
Apt. 103
San Francisco, CA  94103


Labor Ready
P.O. Box 31001-0257
Pasadena, CA  91110


Marvin Lam
1168 Folsom St.
Apt. 301
San Francisco, CA  94103


Rebecca Lam
1951 46th Ave.
San Francisco, CA  94116


Lane- Aire Manufacturing
7830 Cucamonga Avenue
Suite 20
Sacramento, CA  95826


Lane-Aire Manufacturing Corp.
P.O. Box 4485
Carson, CA  90749


Jeffrey L. Lashins
80 Hill Street
Apt. 2
San Francisco, CA  94110
```

Michael Duffy Lau
30 Dore St.
Apt. 207
San Francisco, CA  94103


Law Office Mallison Martinez
1042 Brown Avenue
Lafayette, CA  94549


Law office Martin Goodman
465 California St.
Suite 222
San Francisco, CA  94104


Law Offices of Henry Winetsky
58 Maiden Lane
2nd Floor
San Francisco, CA  94108


Law Offices of James Wolf
1766 Lacassie Ave.
Suite 200
Walnut Creek, CA  94596


Lawson Roofing  Co., Inc.
1495 Tennessee Street
San Francisco, CA  94107


LCW Consulting
9330 20th Street
San Francisco, CA  94114

Yohan Le Nerriec
1150 Folsom St.
Apt. 1
San Francisco, CA  94103


Shannon Leahy
52 Rausch St.
Apt. 101
San Francisco, CA  94103


Lectric Larry
1459 Lincoln Avenue
San Rafael, CA  94114


Bryan Lee
1840 Union Street
San Francisco, CA  94109


James Ryan Lee
30 Dore St.
Apt. 208
San Francisco, CA  94103


Lucia Soo Jung Lee
1168 Folsom St.
Apt. 303
San Francisco, CA  94103


Theresa Lee
1168 Folsom St.
Apt. 301
San Francisco, CA  94103

Lee's Carpet and Floor Care
2531 Montgomery Ave
Concord, CA  94519


Alisa Lemberg
1168 Folsom St.
Apt. 203
San Francisco, CA  94103


Leslye Russell, MFT
2718 Telegraph Ave.
Suite 102
Berkeley, CA  94705


Lexis Document Services
920 11th Street
Suite B
Sacramento, CA  95814


LexisNexis Matthew Bender
P.O. Box 7247-0178
Philadelphia, PA  19170


Licensed Contractors Insurance
P.O. Box 255346
Sacramento, CA  95865


Samar Lightfoot
30 Dore St.
Apt. 402
San Francisco, CA  94103

Lincoln General Insurance Co.
701 B Street
Suite 2100
San Diego, CA  92101


David Duncan Livingston
1036 Erica Road
Mill Valley, CA  94941


William Long
30 Dore St.
Apt. 207
San Francisco, CA  94103


James Loughran
46 Rausch Street
San Francsico, CA  94103


Lovazzano Mechanical
1725 East Bayshore Road
Redwood City, CA  94063


Lumberman Construction
1960 Folsom Street
San Francisco, CA  94103


Robert E. Lyon
1648 Grove St.
San Francisco, CA  94117

Shana Lypka
1168 Folsom St.
Apt. 503
San Francisco, CA  94103


M and M Engineering
and Concrete
1600 Clement Street, Ste. 104
San Francisco, CA  94121


M.K. Construction
3030 Rivera Street
San Francisco, CA  94116


M.K. Engineering Co.
1485 Bayshore Blvd.
Suite 457
San Francisco, CA  94124


M.P.M. Concrete
P.O. Box 1264
Menlo Park, CA  94026


Maarten M Bon
4071 A 24th St.
San Francisco, CA  94114


Maccon Masonry Materials
367 Bayshore Blvd.
San Francisco, CA  94124

MacMurray Pacific
568 Seventh Street
San Francisco, CA  94103


Macy's Department Store
P.O. Box 6938
The Lakes, NV  88901


David F. Mainland
624 Alto Street
Santa Fe, NM  87501


Mainline Security
84 Second Street
San Francisco, CA  94105


Mal Rogers Electric
438 8th Street
San Francisco, CA  94103


Malcolm Drilling Co., Inc.
3503 Breakwater Court
Hayward, CA  94545


Manley and Sons Trucking Inc.
8896 Elder Creek Road
Sacramento, CA  95828

Manuel Espino
36 Valley Street
Suite 4
San Francsico, CA  94110


Mars Appliance Service
105 South Lake Merced Hill
San Francisco, CA  94132


Martin M. Ron Associates, Inc.
859 Harrison St.
Suite 200
San Francisco, CA  94107


Travis L. Martin
5323 Lawton Ave.
Oakland, CA  94618


Luciano Martinez
985 Capp Street
San Francisco, CA  94110


Mavry Welding Supply
2919 Union Street
Oakland, CA  94608


Maximum Capacity Media LLC
P.O. Box 1052
Fort Dodge, IA  50501

Michael B. Mayock
443 The Alameda
San Anselmo, CA  94960


MBNA America/Bank of America
P.O. Box 851001
Dallas, TX  75285


MC Polin Tile Company
142 Middlefield Drive
San Francisco, CA  94132


McBryde Roofing
475 W Channel Islands
Suite 111
Port Hueneme, CA  93041


McBryde Roofing & Atlas Heatin
475 W. Channel Island Blvd
Suite 111
Port Hueneme, CA  93041


McBryde Roofing & Blackwood As
475 W. Channel Island Blvd.
Suite 111
Port Hueneme, CA  93041


McBryde Roofing & ICF Enterpri
475 W Channel Islands Blvd.
Suite 111
Port Hueneme, CA  93041

N. Philip McFadden
465 10th St.
Apt. 402
San Francisco, CA  94103


McGraw-Hill
P.O. Box 74991
Cleveland, OH  44194


McKee Communications, Inc.
6381-A Rose Lane
Carpinteria, CA  93013


MCL Steel
350 Northgate Pky
Wheeling, IL  60090


MCL Steel, Inc.
1212H El Camino Real
Suite 262
San Bruno, CA  94066


McQuaid, Metzler, Bedford
221 Main Street
16th Floor
San Francisco, CA  94105


Mega Partnership Company
P.O. Box 2129
Suisun City, CA  94585

Megan Stevenson
4017 Lusk St.
Oakalnd, CA  94608


Charles Mendoza
1168 Folsom St.
Apt. 504
San Francisco, CA  94103


Metal Manufacturing Co., Inc.
2240 Evergreen Street
Sacramento, CA  95815


Metro Locksmiths Inc.
Attn: Sharon Gen
1456 California Street
San Francisco, CA  94109


Christopher Meunier
30 Dore St.
Apt. 203
San Francisco, CA  94103


MHC Engineers
150 8th Street
San Francisco, CA  94103


Michael Pitler
453 51st Street
Oakland, CA  94609

Michigan Chandelier
190 E. Maple
Maple Troy , MI  48083


Dare Michos
465 10th St.
Apt. 301
San Francisco, CA  94103


Themistocles Michos
465 10th St.
Apt. 301
San Francisco, CA  94103


Mill Valley Refuse Services
P.O. Box 3557
San Rafael , CA  94912


Milton Painting
and Decorating
370 Kains Ave., Ste. 4
San Bruno, CA  94066


Mindful Inv./R. Cianciarulo
1301 16th Street
San Francisco, CA  94103


Ming's Carpet
453 10th Avenue
San Francisco, CA  94118

Mobile Mini, Inc.
P.O. Box 79149
Phoenix, AZ  85062


Modern Luxury Magazines
P.O. Box 512808
Los Angeles, CA  90051


William Mollard
5323 Lawton Ave.
Oakland, CA  94618


William Mollard
4266 Terrace St.
Oakland, CA  94611


Moran Engineering, Inc.
1930 Shattuck Avenue
Suite A
Berkeley, CA  94704


Morgan Lewis and Bockius LLP
One Market
Spear Street Tower
San Francisco, CA  94105


Dianna Morgan
891 Ruess Rd.
Ripon, CA  95366

```
Morrison and Foerster LLP
P.O. Box 60000
San Francisco, CA  94160


Christopher Mottau
1168 Folsom St.
Apt. 405
San Francisco, CA  94103


Mountain Connection and
Beco Hardware
2347 Middle Road
Columbia Falls, MT  59912


Mountain Connection and
Idaho Pacific Lumber
2347 Middle Road
Columbia Falls, MT  59912


Mountain Connection Inc.
2347 Middle Road
Columbia Falls, MT  59912


Mountain Connections Inc.
2347 Middle Road
Columbia Falls , MT  59912


MPM Concrete and
Bode Gravel Co.
P.O. Box 1264
Menlo Park, CA  94026
```

MPM Concrete Construction
P.O. Box 1264
Menlo Park, CA  94026


Mr. Bathtub, Inc.
179 W. San Bruno Avenue
San Bruno, CA  94066


Muller Construction Supply
1230 Yard Court
San Jose, CA  95133


Carlos Muriel
30 Dore St.
Apt. 204
San Francisco, CA  94103


Murphy and Simi Co.
1001 Folsom Street
San Francisco, CA  94103


N.R.I. Powder Coating
436 South Airport Blvd.
S. San Francisco, CA  94080


Robert Naefke
1473 14th Street
Oakland, CA  94607

Shannon Nantais
30 Dore St.
Apt. 511
San Francisco, CA  94103


Nara Bank
Oakland Office
2250 Broadway
Oakland, CA  94612


Nardeo Persaud
2330 Waverly Street
Oakland, CA  94612


Nardeo Persaud
123 Lenox Avenue
Milford, NY  7646


John Nassiri
502 Bartlett St.
San Francisco, CA  94110


John Nassiri
3043 22nd St.
Apt. B
San Francisco, CA  94103


National Blinds
778 Brannan St.
San Francisco, CA  94103

National City Bank
6750 Miller Road
Brecksville, OH  44141


National Construction Rental
15319 Chatsworth Street
Mission Hills, CA  91345


National Construction Rentals
P.O. Box 4503
Pacoima, CA  91333


National Rent A Fence
26291 Production Ave
Suite 7
Hayward, CA  94545


Native Sons
379 W. El Campo Rd.
Arroyo Grande, CA  93420


NCARB
P.O. Box 631398
Baltimore , MD  21263


NCO Financial Systems, Inc.
P.O. Box 17095
Wilmington, DE  19850

NDT Laboratories, Inc.
240 East Caribbean Drive
Sunnyvale, CA  94089


Neff Rental
4381 Bettencourt Way
Union City, CA  94587


Chelsea Nelson
562 Hayes St.
Apt. 8
San Francisco, CA  94103


New Art Hardware Supply
2076 Oakdale Ave.
San Francisco, CA  94124


New Dream LLC
1168 Folsom St.
Apt. 102
San Francisco, CA  94103


New Mission Hardwood Floor Co.
3476 20th Street
San Francisco, CA  94110


Kevin New
1168 Folsom St.
Apt. 501
San Francisco, CA  94103

Sergio Newsome
1168 Folsom St.
Apt. 403
San Francisco, CA  94103


Ken H Ng
346 Ashton Ave.
San Francisco, CA  94112


Toan Nguyen
16 Navajo Ave.
San Francisco, CA  94112


Nichols Diamond Tool Inc.
2625 Fair Oaks Avenue
Redwood City, CA  94063


John Nichols
245 Webster St.
San Francisco, CA  94117


Chris Niemer
2537 Harrington Ave
Oakland, CA  94601


Nolan Brothers Painting
60 Rausch St
San Francisco, CA  94103

Nor-Cal Metal Fabricators
1121 Third Street
Oakland, CA  94607


Norwood Construction
4450 Arapahoe Avenue
Suite 100
Boulder , CO  80303


Nueva Castilla Co.
1555 Galvez Street
San Francisco, CA  94124


NuStar Heating and
Metal Supply
42 Otis
San Francisco, CA  94108


NY Engineering
41083 Joyce Ave.
Fremont, CA  94539


Occasional Glass Company
3400 Balboa Street
San Francisco, CA  94121


Office of the County Clerk
City Hall, Room 168
1 Dr. Carlton B. Goodlett Pl.
San Francisco, CA  94102

Old Republic Title Company
475 Sansome Street
Suite 1700
San Francsico, CA  94111


Fabian Oliva
1168 Folsom St.
Apt. 404
San Francisco, CA  94103


Omni Patrol, Inc.
P.O Box 2914
Merced, CA  95344


Jeffrey Oplinger
1168 Folsom St.
Apt. 402
San Francisco, CA  94103


Orco Construction Supply
Department 05891
P.O. Box 39000
San Francisco, CA  94139


Ashley Ortiz
30 Dore St.
Apt. 505
San Francisco, CA  94103

```
Dante Ortiz
30 Dore St.
Apt. 505
San Francisco, CA  94103


John Otander
6177 S. Peppertree
Bosie, ID  83716


P.D.M Steel
3500 Bassett Street
P.O. Box 329
Santa Clara, CA  95052


Pacific Access Contractors
2860 Spring Street
Suite 7
Redwood City, CA  94063


Pacific Automatic Sprinkler Co
2601 Harrison St.
San Francisco, CA  94110


Pacific Galvanizing
715 46th Avenue
Oakland, CA  94601


Pacific Gas and Electric Co.
P.O. Box 8329
Stockton, CA  95208
```

Pacific Legacy, Inc.
1525 Seabright Ave.
Santa Cruz, CA  95062


Pacific Rolling Door Co.
15900 Worthley Drive
San Lorenzo, CA  94580


Pacific States Petroleum, Inc.
P.O. Box 2389
Pleasant Hill, CA  94523


Pacific Supply-San Francisco
1675 Mission Road
S. San Francisco, CA  94080


Paul Padon
1190 28th Street
Oakland, CA  94608


Debraj Panday
3341 Massachusetts Ave.
Kenner, LA  70065


Paramount Aluminum Company
1717 Kirkham Street
Oakland, CA  94607

```
Daniel Paris
168 Tiffany Ave.
San Francisco, CA  94110


Park View Construction
490 Carmel Avenue
Pacifica, CA  94044


Parkview Construction
1025 Tennessee St.
San Francisco, CA  94107


Partition Specialties, Inc.
7428 Redwood Blvd.
Suite 101
Novato, CA  94945


Pat Connolly Construction
1224 15th Avenue
San Francisco, CA  94122


Patent Construction Systems
2575 Williams Street
San Leandro, CA  94577


Loren Patterson
2650 Magnolia Ave.
Oakland, CA  94607
```

Paul Financial LLC (GMAC)
1401 Los Gamos Drive
San Rafael, CA  94903


Pavers  Etc.
1914 West Pico Blvd.
Los Angeles, CA  90006


Thomas H. Peebles
88 King St.
Apt. 710
San Francisco, CA  94107


Pelican Delivery
218 Clara St.
San Francisco, CA  94107


Thomas Pelly
30 Dore St.
Apt. 110
San Francisco, CA  94103


Penhall Company
13750 Catalina Street
San Leandro, CA  94577


Peninsula Building Materials
109 Seaport Blvd.
Redwood City, CA  94063

Daniel Pera
2038 McAllister St.
Suite 11
San Francisco, CA  94118


Performance Abatement Services
999 Canal Blvd.
Suite B
Richmond, CA  94804


James Peros
30 Dore St.
Apt. 510
San Francisco, CA  94103


Personnel Concepts
P.O. Box 3353
San Dimas, CA  91773


Petaluma Valley Drywall and
Gypsum Drywall
732 Louise Drive
Petaluma, CA  94954


Petaluma Valley Drywall Inc
732 Louise Drive
Petaluma, CA  94954


Philippine News
1818 Gilberth Rd.
Suite 240
Burlingame, CA  94010

Bill Picture
1168 Folsom St.
Apt. 302
San Francisco, CA  94103


Pishro Inc.
3070 Kerner Blvd.
San Rafael, CA  94901


Michael Pitler
5933 1/2 McCall St.
Oakland, CA  94606


Pitney Bowes
P.O. Box 856042
Louisville, KY  40285


Scot Plewacki
1168 Folsom St.
Apt. 503
San Francisco, CA  94103


Pozas Bros. Trucking Co.
8130 Enterprise Drive
Neward, CA  94560


Praxair Distribution, Inc.
Dept. LA 21511
Pasadena, CA  91185

Preferred Legal
210 Fell Street
Suite 19
San Francisco, CA  94102


Prematic Service Corporation
P.O. Box 894731
Los Angeles, CA  90189


Premier Security Solutions
870 - A Old County Road
Belmont, CA  94002


Premium Assignment Corp.
P.O. Box 3100
Tallahassee, FL  32315


Premium Assignment Corporation
P.O. Box 5023
Costa Mesa, CA  92628


Premium Financing Specialist
P.O. Box 100384
Pasadena, CA  91189


Marc Pretscher
30 Dore St.
Apt. 408
San Francisco, CA  94103

Danielle Primmer
1168 Folsom St.
Apt. 401
San Francisco, CA  94103


Pro-Bel USA, Inc.
29320 Union City Blvd.
Union City, CA  94589


Gregory L. Proefrock
239 Dorland St.
San Francisco, CA  94114


Professional Publishing
365 Bel Marin Keys Blvd.
Novato, CA  94949


Progressive Business Solutions
370 Technology Drive
P.O. Box 3019
Malvern, PA  19355


Progressive Insurance
P.O. Box 94739
Cleveland, OH  44101


Property Owner
60 Rausch Street
Apt. 311
San Francisco, CA  94103

```
Property Owner
73 Sumner Street
Apt. 103
San Francisco, CA  94103



Property Owner
73 Sumner Street
Apt. 201
San Francisco, CA  94103



Property Owner
73 Sumner Street
Apt. 204
San Francisco, CA  94103



Property Owner
73 Sumner Street
Apt. 203
San Francisco, CA  94103



Property Owner
73 Sumner Street
Apt. 205
San Francisco, CA  94103



Property Owner
73 Sumner Street
Apt. 104
San Francisco, CA  94103
```

```
Property Owner
73 Sumner Street
Apt. 105
San Francisco, CA  94103


Property Owner
73 Sumner Street
Apt. 302
San Francisco, CA  94103


Property Owner
73 Sumner Street
Apt. 303
San Francisco, CA  94103


Property Owner
73 Sumner Street
Apt. 202
San Francisco, CA  94103


Property Owner
73 Sumner Street
Apt. 304
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 304
San Francisco, CA  94103
```

```
Property Owner
60 Rausch Street
Apt. 305
San Francisco, CA  94103




Property Owner
73 Sumner Street
Apt. 301
San Francisco, CA  94103




Property Owner
73 Sumner Street
Apt. 401
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 408
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 402
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 403
San Francisco, CA  94103
```

```
Property Owner
60 Rausch Street
Apt. 404
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 405
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 309
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 407
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 306
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 401
San Francisco, CA  94103
```

```
Property Owner
60 Rausch Street
Apt. 312
San Francisco, CA  94103


Property Owner
73 Sumner Street
Apt. 102
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 310
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 308
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 307
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 406
San Francisco, CA  94103
```

```
Property Owner
465 Tenth Street
Apt. 101
San Francisco, CA  94103



Property Owner
73 Sumner Street
Apt. 402
San Francisco, CA  94103



Property Owner
465 Tenth Street
Apt. 301
San Francisco, CA  94103



Property Owner
60 Rausch Street
Apt. 101
San Francisco, CA  94103



Property Owner
465 Tenth Street
Apt. 302
San Francisco, CA  94103



Property Owner
465 Tenth Street
Apt. 303
San Francisco, CA  94103
```

```
Property Owner
465 Tenth Street
Apt. 304
San Francisco, CA  94103



Property Owner
465 Tenth Street
Apt. 305
San Francisco, CA  94103



Property Owner
465 Tenth Street
Apt. 306
San Francisco, CA  94103



Property Owner
465 Tenth Street
Apt. 103
San Francisco, CA  94103



Property Owner
465 Tenth Street
Apt. 402
San Francisco, CA  94103



Property Owner
73 Sumner Street
Apt. 101
San Francisco, CA  94103
```

```
Property Owner
465 Tenth Street
Apt. 102
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 205
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 204
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 203
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 202
San Francisco, CA  94103


Property Owner
60 Rausch Street
Apt. 201
San Francisco, CA  94103
```

```
Property Owner
60 Rausch Street
Apt. 103
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 102
San Francisco, CA  94103




Property Owner
465 Tenth Street
Apt. 401
San Francisco, CA  94103




Property Owner
465 Tenth Street
Apt. 208
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 411
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 410
San Francisco, CA  94103
```

```
Property Owner
60 Rausch Street
Apt. 409
San Francisco, CA  94103



Property Owner
60 Rausch Street
Apt. 303
San Francisco, CA  94103



Property Owner
60 Rausch Street
Apt. 302
San Francisco, CA  94103



Property Owner
60 Rausch Street
Apt. 301
San Francisco, CA  94103



Property Owner
60 Rausch Street
Apt. 211
San Francisco, CA  94103



Property Owner
60 Rausch Street
Apt. 210
San Francisco, CA  94103
```

```
Property Owner
60 Rausch Street
Apt. 209
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 208
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 207
San Francisco, CA  94103




Property Owner
465 Tenth Street
Apt. 207
San Francisco, CA  94103




Property Owner
465 Tenth Street
Apt. 201
San Francisco, CA  94103




Property Owner
465 Tenth Street
Apt. 206
San Francisco, CA  94103
```

```
Property Owner
465 Tenth Street
Apt. 205
San Francisco, CA  94103




Property Owner
465 Tenth Street
Apt. 204
San Francisco, CA  94103




Property Owner
465 Tenth Street
Apt. 203
San Francisco, CA  94103




Property Owner
465 Tenth Street
Apt. 202
San Francisco, CA  94103




Property Owner
60 Rausch Street
Apt. 206
San Francisco, CA  94103




Property Pleasers
P.O. Box 3127
Alameda, CA  94501




Property Pleasers HOA Services
P.O. Box 3127
Alameda, CA  94501
```

Pro-Tech Waterproofing
753 Center Boulevard
Suite B
Fairfax, CA  94930


Protection One
P.O. Box 79016
Phoenix, AZ  85062


Public Utilities Commission
425 Mason Street
San Francisco, CA  94102


Purchase Power
P.O. Box 856042
Louisville, KY  40285


Quantum Link
P.O. Box 22108
Tulsa, OK  74121


Quayle and Company
2514 3rd St.
San Francisco, CA  94107


Moises Querol
1168 Folsom St.
Apt. 205
San Francisco, CA  94103

```
Antonio Quiros
73 Sumner St.
Apt. 401
San Francisco, CA  94103


Claudia Keller Quiros
73 Sumner St.
Apt. 401
San Francisco, CA  94103


R and B Wholesale
Distributors, Inc.
5070 Lindsay Ct.
Chino, CA  91710


R.E. Borrmann's Steel Co. Inc.
2450 Pulgas Avenue
East Palo Alto, CA  94303


R.E. Lyon Plumbing Heating
1648 Grove St.
San Francisco, CA  94117


Rain Defense
2400 Monarch St.
Alameda, CA  94501


Sarah Nell Randolph
30 Dore St.
Apt. 101
San Francisco, CA  94103
```

RD Installations, Inc.
1339 Ocean Avenue
Del Mar, CA  92014


Red Cloud, Inc.
P.O. Box 23772
Oakland, CA  94623


Redwood Mortgage Inv. VII
900 Veterans Blvd., #500
Redwood City, CA  94063


Redwood Mortgage Inv. VIII
900 Veterans Blvd., #500
Redwood City, CA  94063


Redwood Mortgage Inv. VIII
900 Veterans Blvd., Suite 500
Redwood City, CA  94063


Rei Lopez Perez
20 Folsom St.
San Francisco, CA  94103


Reid Heating and Energy, Inc.
1925 E. Francisco Blvd.
Unit 3
San Rafael, CA  94901

```
Kathleen Reilly
30 Dore St.
Apt. 501
San Francisco, CA  94103


Mark Reilly
P.O. Box 3677
Oakland, CA  94609


Reis Hauling
P.O. Box 16550
San Francisco, CA  94116


Reliable Parts
1450 Howard Street
San Francisco, CA  94103


Renfroe Designs
828 Innes Avenue
Suite 106
San Francisco, CA  94124


Reuben and Alter, LLP
235 Pine Street
Suite 1600
San Francisco, CA  94104


Rey Service
68 Broadmoor
San Anselmo, CA  94960
```

```
Richmond and Quinn
360 K Street
Suite 200
Anchorage, Alaska  99501


George Ridgely
1168 Folsom St.
Apt. 302
San Francisco, CA  94103


James Ritchie
2090 Pacific Ave.
Apt. 503
San Francisco, CA  94109


RJ Drywall
8767 Hollowstone Way
Sacramento, CA  95828


RJ Drywall
P.O. Box 293347
Sacramento, CA  95829


RJ Drywall and
Gypsum Drywall
P.O. Box 293347
Sacramento, CA  95829


RLA and Company
28306 Industrial Blvd.
Suite A
Hayward, CA  94545
```

Robert and Kwan Burns


Robert Lambertson Construction
282 Ferndale Way
Redwood City, CA  94062


Joseph Robinson
73 Sumner St.
Apt. 303
San Francisco, CA  94103


Samantha Robman
30 Dore St.
Apt. 206
San Francisco, CA  94103


Rock and Rose + Birkmyer
1615 Cortland Ave.
San Francisco, CA  94110


Rogelio Perez
985 Capp Street
San Francisco, CA  94110


William L. Rohrer
2726 Dwight Way
Apt. 411
Berkeley, CA  94704

Charles Romero
1168 Folsom St.
Apt. 305
San Francisco, CA  94103


Rortech Electric
Two Mr. Darwin Ct.
San Rafael, CA  94903


Joseph Rosenbaum
52 Rausch St.
Apt.101
San Francisco, CA  94103


Kerry Scott Rosenberg
333 Main St.
Unit 4H
San Francisco, CA  94105


Roto-Rooter Plumbers
3840 Bayshore Blvd.
Brisbane, CA  94005


Royal Investigation and Patrol
2950 Merced Street
Suite 108
San Leandro, CA  94577


Royalite Manufacturing, Inc
1055 Terminal Way
San Carlos, CA  94070

Royce Corey
63 Highland Ave.
Kingston, NY  12401


RSUI Group Inc.
945 E. Paces Ferry Road
Suite 1800
Atlanta, GA  30326


Rudy's Complete
Janitorial Service
1411 Florida St.
San Francisco, CA  94110


Russ Will Mechanical Inc.
20684 Corsair Blvd.
Hayward, CA  94545


Ryan Engineering, Inc
141 South Maple Avenue
S. San Francisco, CA  94080


Gregory J. Ryken
221 Main Street
16th Floor
San Francsico, CA  94105


Ann Sacks
2 Henry Adams Street
Apt. 125
San Francisco, CA  94103

SAF Engineering
58 W. Portal Ave.
Suite 223
San Francisco, CA  94127


Safeco Business Insurance
P.O. Box 6486
Carol Stream, IL  60197


Safety Service Company
P.O. Box 6408
Yuma, AZ  85366


Salsbury Industries
1010 East 62nd Street
Los Angeles, CA  90001


Sampson Steel and
Verco Manufacturing
3220 Rio Mirada Drive
Bakersfield, CA  93308


Sampson Steel and
Pitt-Des Moine
3220 Rio Mirada Drive
Bakersfield, CA  93308


San Francisco
Department of Real Estate
1660 Mission St.
San Francisco, CA  94103

San Francisco
Redevelopment Agency
One S. Van Ness Ave., 5th Fl.
San Francisco, CA  94103


San Francisco
Dept. of Public Health
25 Van Ness Ave, Ste. 500
San Francisco, CA  94102


San Francisco
Building Inspections Dept.
1660 Mission St
San Francisco, CA  94103


San Francisco Assessors Office
1 Carlton Goodlett Place
San Francisco, CA  94102


San Francisco Bay View
4917 Third Street
San Francisco, CA  94124


San Francisco Chronicle
Attn: Carmelita Perez
901 Mission Street
San Francisco, CA  94103


San Francisco Chronicle
P.O. Box 7228
San Francisco, CA  94120

San Francisco Chronicle
P.O. Box 80070
Prescott, AZ  86304


San Francisco Door Co., Inc
S1377 Lowrie Avenue
S. San Francisco, CA  94080


San Francisco Fire Department
698-2nd Street
San Francisco, CA  94107


San Francisco Fire Protection
1355 Fairfax Avenue
Suite B
San Francisco, CA  94124


San Francisco Iron Works, Inc.
1450 Egbert Ave.
San Francisco, CA  94124


San Francisco Plumbing Co.
200 Valley Dr.
Suite 3
Brisbane, CA  94005


San Francisco Plumbing Company
2345 Wawona Street
San Francisco, CA  94116

```
San Francisco Police Dept.
850 Bryant Street
Room 500
San Francisco, CA  94103


San Francisco Public Utilities
Attn: Cashier
1155 Market St., 1st Fl.
San Franisco, CA  94103


San Francisco Tax Collector
1 Carlton B Goodlett Place
Ste. 140
San Francisco, CA  94102


San Francisco Water Department
P.O. Box 7369
San Francisco, CA  94120


San Francisco Window and
Door Company
1377 Lowrie Avenue
S. San Francisco, CA  94080


Santos and Urrutia
Structural Engineers
2451 Harrison Street
San Francisco, CA  94110


Santos Drywall
15 Altura Way
S. San Francisco, CA  94080
```

```
Santos Drywall and
Pacific Coast Supply
15 Altura Way
San Francisco, CA  94080


Santos Drywall and CalPly
15 Altura Way So.
San Francisco, CA  94080


Sartor Saw Works
250 Bayshore Blvd.
San Francisco, CA  94124


SBCL
P.O. Box 13568
Philadelphia , PA  19101


Robert Schaefer
30 Dore St.
Apt. 201
San Francisco, CA  94103


Ashley Schilling
1168 Folsom St.
Apt. 205
San Francisco, CA  94103


Scott Schneider
1168 Folsom St.
Apt. 502
San Francisco, CA  94103
```

Jason Schug
30 Dore St.
Apt. 502
San Francisco, CA  94103


Williams Scotsman
8211 Town Center Dr
Balitmore, MD  21236


SEAONC
74 New Montgomery St.
Suite 230
San Frnacisco, CA  94105


Secretary of State
State of California
1500 - 11th Street
Sacramento, CA  95814


Brian Seever
30 Dore St.
Apt. 210
San Francisco, CA  94103


Sanghamitra Sen
1168 Folsom St.
Apt. 203
San Francisco, CA  94103


Services by Medallion
2522 Leghorn Street
Mountain View, CA  94043

Menka Sethi
121 Fair Oaks St.
Apt. A
San Francisco, CA  94110


SF Recycling and Disposal, Inc
501 Tunnel Ave
San Francisco, CA  94134


SF Weekly
185 Berry Street
Suite 3800
San Francisco, CA  94107


SFBay-Link Network Services
710 Park Avenue
San Carlos, CA  94070


SFGH Medical Group
P.O. Box 40769
San Francisco, CA  94140


SFHAC/Greenbelt Alliance
995 Market St.
Suite 1525
San Francisco, CA  94103


SFNA
P.O. Box 7747
San Francisco, CA  94120

```
SFPUC - WATER
P.O. Box 7369
San Francisco, CA  94120


Shamrock Concrete Construction
4804 Mission St.
Suite 200A
San Francisco, CA  94112


Kate Shaw
465 10th St.
Apt. 102
San Francisco, CA  94103


Sheedy Crane
1215 Michigan
San Francisco, CA  94107


Sheedy Drayage Co.
P.O. Box 77004
San Francisco, CA  94107


Sheedy Drayage Co.
1215 Michigan Street
San Francisco, CA  94107


Sheehan Chiropractics
915 Irving Street
San Francisco, CA  94122
```

```
Sheehan Storage
P.O. Box 880367
San Francisco, CA  94188


Ross Shepard
30 Dore St.
Apt. 207
San Francisco, CA  94103


Lori Sherwood
30 Dore St.
Apt. 103
San Francisco, CA  94103


Shiras Sean Corella
1006 Hearst Avenue
Berkeley, CA  94710


Sierra Point Lumber, Inc.
601 Tunnel Avenue
Brisbane, CA  94005


Sierra Point Lumber, Inc.
P.O. Box 565
Brisbane, CA  94005


Antonio Sierra
1168 Folsom St.
Apt. 201
San Francisco, CA  94103
```

```
Kent Fung Siew
30 Dore St.
Apt. 208
San Francisco, CA  94103


Signet Testing Labs
File #55609
Los Angeles, CA  90074


Jonathan Silvaggio
1168 Folsom St.
Apt. 305
San Francisco, CA  94103


Simon Cheffins
1284 West Grand Ave.
Oakland, CA  94607


Skaates Inc.
1461 Rollins Road
Burlingame, CA  94010


Kevin Slagle
2308 Telegraph
Apt. 17
Oakland, CA  94612


Jerry Sluzas
68 Greenbrae Boardwalk
Greenbrae, CA  94904
```

Small Business Exchange
P.O. Box 190668
San Francisco, CA  94119


Smith Signs
1500-D Davidson Avenue
San Francisco, CA  94124


Carrie Smith
3841 24th St.
Suite B
San Francisco, CA  94114


Carrie L. Smith
584 Castro St.
Apt. 310
San Francisco, CA  94114


Smith-Emery Company
P.O. Box 512333
Los Angeles, CA  90051


Smith-Emery Company
P.O. Box 880550
Hunter's Pt. Shipyard Bldg. 11
San Francisco, CA  94188


Audrey L. Snyder
4515 Mission St.
San Francisco, CA  94112

```
Sound Reduction LLC
1432 Entrada Verde
Alamo, CA  94507


Specialties, Etc. Corp.
1956 Union St.
San Francisco, CA  94123


Spectra-Tone
3050 23rd Street
San Francisco, CA  94103


Sprint
P.O. Box 54977
Los Angeles, CA  90054


St. Lukes Hospital
P.O. Box 60000
File 30506
San Francisco, CA  94160


Stagehouse Lofts HOA
P.O. Box 502513
San Diego, CA  92150


Standard Cabinet and
Countertop
11760 Yosemite Ave.
San Francisco, CA  94124
```

Star Glass
1616 Pacific Avenue
San Francisco, CA  94109


Star Roofing Co., Inc
474 Roland Way
Oakland, CA  94621


Starr-Findlay LLP
One California Street
Suite 2200
San Francisco, CA  94111


Stars and Stripes
Telecom, Inc.
20 Great Oaks Blvd., Ste. 240
San Jose, CA  95119


Stars and Stripes Telecom
1373 S. Bascom Avenue
San Jose, CA  95128


State Board of Equalization
Account & Analysis & Control
P.O. Box 942879
Sacramento, CA  94279


State Compensation
Insurance Fund
P.O. Box 807
San Francisco, CA  94107

```
State Farm Insurance
P.O. Box 680001
Dallas, TX  75368


State of California
Attn: Roy Berg
1221 Farmers Ln., Suite E
Santa Rosa, CA  95405


State of California
Franchise Tax Board - BK Dept.
P.O. Box 2952
Sacramento, CA  95812


Mike Stees
59A Rodgers St.
San Francisco, CA  94103


Sterling Trading, Inc.
11651 Vanowen St.
Hollywood, CA  91605


Donald Stoeber
3529 21st St.
San Francisco, CA  94114


Thomas Stolmar
3595 18th Street
San Francisco, CA  94110
```

Thomas Stolmar
313 Eureka Street
San Francisco, CA  94114


Stone Boss Industries, Inc.
1455 Donner Avenue
San Francisco, CA  94124


Strategic Economics
2991 Shattuck Avenue
Berkeley, CA  94705


Subtronic Corporation
2430 Sprig Court
Suite C
Concord , CA  94520


Mack Sullivan
30 Dore St.
Apt. 503
San Francisco, CA  94103


Sunbelt Rentals
P.O. Box 1950
Peoria, IL  61656


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA  30384

Dawn Swidorski
3661 Clay Street
Suite A
San Francisco, CA  94118


Synergy Enterprises, Inc.
28436 Satellite St.
Hayward, CA  94545


Szeto and Assoc.
951 Post Street
San Francisco, CA  94109


Todd Szymaski
52 Rausch St.
Apt. 302
San Francisco, CA  94103


Agnes Szymkowiak
766 Harrison St.
Suite 707
San Francisco, CA  94103


Midori Tachibana
1168 Folsom St.
Apt. 301
San Francisco, CA  94103


Shanelle Tanaka
295 Bartlett Street
Apt. 2
San Francisco, CA  94120

Tap Plastics Inc.
154 S Van Ness Avenue
San Francisco, CA  94110


Mario Tapia
30 Dore St.
Apt. 509
San Francisco, CA  94103


Tara Engineering
531 18th Avenue
San Francisco, CA  94121


Tara Pro Painting, Inc.
43 Cotter Street
San Francisco, CA  94112


Tate, Shahbaz and Assoc.
9700 Mill Race Dr.
Vienna, VA  22182


Technical Fabrication
18 Carnation Road
Gustine, CA  95322


Temecula Valley Bank
781 Lincoln Ave., Ste. 320
San Rafael, CA  94901

Luann Tetirick
2035 Clinton Avenue
Alameda, CA  94501


TGW Company
50 W. Hornet Avenue
Alameda, CA  94501


TGW Company
150 W.Trident Avenue
Alameda, CA  94501


Sarah Thayer
30 Dore St.
Apt. 511
San Francisco, CA  94103


The Baumeister Collective
60 Rausch St.
Suite 201
San Francisco, CA  94105


The Bilco Company
P.O. Box 1203
New Haven, CT  6505


The Cure, Inc.
120 Main Avenue
Suite F
Sacramento, CA  95838

The Energy Consulting Co
2410 Scout Road
Oakland, CA  94611


The Energy Consulting Co.
6367 Swainland Road
Oakland, CA  94611


The Executive Council of
Homeowners
1602 The Alameda, Ste. 101
San Jose, CA  95126


The Guardian Insurance Premium
3900 Burgess Place
Suite 3 E
Bethelem, PA  18017


The Hartford
P.O. Box 2907
Hartford, CT  6104


The Paper Trail
425 Bush Street
Suite 427
San Francisco, CA  94108


The Pressure Grout Company
1975 National Avenue
Hayward, CA  94545

The Sharon Companies
P.O. Box 951637
Cleveland, OH  44193


Theisen Glass
301 Potrero Ave.
San Francisco, CA  94103


Thomas Friel Plumbing
245 Connecticut Street
San Francisco, CA  94107


ThyssenKrupp Elevator
30984 Santana Street
Hayward, CA  94544


ThyssenKrupp Elevator Corp.
P.O. Box 933013
Atlanta, GA  31193


Yuchien Ting
1151 Saratoga Ave.
San Jose, CA  95129


Titan Metal Products, Inc.
1704 Kathleen Ave.
Sacramento, CA  95815

TJ Mechanical Inc.
673 Aaron Way
Suite P-1
Branson, MO  65616


Todd Engineers
2200 Powell Street
Suite 225
Emeryville, CA  94608


Tom Van Lokeren
143 Varennes
San Francisco, CA  94133


Tomaszak and Wade
44854 Grimmer Blvd.
Fremont, CA  94538


Toner Cartridge Depot
968 Peralta Avenue
San Francisco, CA  94110


Tong and Fong
615 Grant Ave.
3rd Floor
San Francisco, CA  94108


Kinman Kim Bian Tong
1168 Folsom St.
Apt. 303
San Francisco, CA  94103

Tramutola
P.O. Box 3677
Oakland, CA  94609


Transbay Fire Protection, Inc
2182 Rheem Drive
Pleasanton, CA  94588


Transbay Fire Protection,Inc.
3942 Valley Avenue
Suite G
Pleasanton, CA  94566


Travelers
Travelers CL & Specialty Remit
Hartford, CT  6183


Tri - Star Carpets
P.O. Box 135
San Carlos, CA  94071


Vera K. Tse
1609 Franklin St.
Apt. 14
San Francisco, CA  94109


U.S.A. Steam Cleaning Services
P.O. Box 7074
Fremont, CA  94537

UCSF Synapse
500 Parnassus Ave.
Room 123 MU West
San Francisco, CA  94143


Umbra LLC
P.O. Box 8000
Dept. No. 554
Buffalo, NY  14267


Uniacke Construction, Inc.
5698 Diamond Heights Blvd.
San Francisco, CA  94131


Union Pacific Lines
1416 Dodge St.
Omaha, NE  68179


Unistrut
Dept CH 10230
Palantine, IL  60055


United Rentals
P.O. Box 79337
City of Industry, CA  91716


United States Aluminum Corp.
767 Monterey Pass Road
Monterey Park, CA  91754

United States Postal Service
P.O. Box 880310
San Francisco, CA  94188


United States Treasury
Secretary of the Treasury
1500 Pennsylvania Avenue N.W.
Washington , DC  20220


Universal Electric Supply Co.
438 8th Street
San Francisco, CA  94103


Universal Service Admin.
907 Harrison Street
San Francisco, CA  94107


Urchin Capital Partners, LLC
655 Montgomery St.
Suite 900
San Francisco, CA  94111


US Department of Treasury
IRS Insolvency Unit
P.O. Box 21126
Philadelphia, PA  19114


US Door and
Building Components
P.O. Box 9330455
Atlanta, GA  31193

USA Glass and Aluminum
65 Langton Street
San Francisco, CA  94103


USA Glass and Aluminum
207 Ninth Street
San Francisco, CA  94103


Mark Uthe
30 Dore St.
Apt. 404
San Francisco, CA  94103


Utility Consulting and Design
190 Hubbell Street
Suite 101
San Francisco, CA  94107


Utrecht
149 New Montgomery Street
San Francisco, CA  94105


Utrecht Art Supply
491 Post Street
San Francisco, CA  94102


V and G Garage Door Co.
267 Holly Avenue
S. San Francisco, CA  94080

```
Valley Oil Co.
P.O. Box 1655
Mountain View, CA  94042


Valton R. Smith
128 Bonita Circle
Modesto, CA  95354


Peter Van Auken
30 Dore St.
Apt. 109
San Francisco, CA  94103


Nicholas Van Beurden
30 Dore St.
Apt. 203
San Francisco, CA  94103


Eric Van Bezooijen
52 Rausch St.
Apt. 202
San Francisco, CA  94103


Varni-Lite Coating Inc.
21595 Curtis Street
Hayward, CA  94545


Venner ADR Mediation Services
119 Hazel Avenue
Mill Valley, CA  94941
```

Ventana Aluminum
P.O. Box 24001
1425 Donner Ave.
San Francisco, CA  94124


Vertrans Elevator
P.O. Box 155
Alamo, CA  94507


Viking Drillers, Inc.
801 Northport Drive
West Sacramento, CA  95691


Viking Office Products
P.O. Box 30488
Los Angeles, CA  90030


Viking Sandblasting, Inc.
2095 Center Road
Novato, CA  94947


Visual Media Graphix
50 Mendell St.
Unit 310
San Francisco, CA  94142


Luk Vongprachanh
330 Appaloosa Rd.
Tarpon Springs, FL  34688

Janet Voskuyl
174 Hillside Dr.
Fairfax, CA  94930


John Voskuyl
1168 Folsom St.
Apt. 304
San Francisco, CA  94103


Wachovia (now Wells Fargo)
P.O. Box 60505
City of Industry, CA  91716


Wachovia (now Wells Fargo)
1620 East Roseville Parkway
Suite 100
Roseville, CA  95661


Wachovia Mortgage, FSB
P.O. Box 60505
City of Industry, CA  91716


Kelly Waldman
30 Dore St.
Apt. 206
San Francisco, CA  94103


Walker Reprographics
942 Mission Street
San Francisco, CA  94103

WalkUp Clark Associates
2388 35th Ave.
Suite 202
San Francisco, CA  94116


Walsh, Norris And Assoc.
225 Bush St.
Suite 370
San Francisco, CA  94104


Thomas Wang
30 Dore St.
Apt. 407
San Francisco, CA  94103


Warman Security
1720 Sacramento St.
San Francisco, CA  94109


Warren Blazier Associates, Inc
3050 Baker Street
Suite 1
San Francisco, CA  94123


Mason Warriner
30 Dore St.
Apt. 110
San Francisco, CA  94103


Washington Mutual (CitiBank)
400 East Main Street
Stockton, CA  95290

Waste Resource Technologies
895 Egbert Avenue
San Francisco, CA  94124


Waste Solutions Group
P.O. Box 882853
San Francisco, CA  94188


Waste Solutions Group
100 Cargo Way
San Francisco, CA  94124


Water Components and
Building Supplies
P.O. Box 10007
San Rafael, CA  94912


Craig Wathen
1168 Folsom St.
Apt. 101
San Francisco, CA  94103


Amanda Watson
30 Dore St.
Apt. 504
San Francisco, CA  94103


WC Plumbing
229 Winwood Ave.
Pacifica, CA  94044

Chad Weider
30 Dore St.
Apt. 401
San Francisco, CA  94103


Weiss and Weissman, Inc
601 California St.
Suite 1307
San Francisco, CA  94108


Weiss Welding, Inc.
1237 Folsom Street
San Francisco, CA  94103


Johnny Welch
1168 Folsom St.
Apt. 505
San Francisco, CA  94103


Wells Fargo Bank
P.O. Box 54349
Los Angeles, CA  90054


Wells Fargo Bank, N.A.
1401 Willow Pass Road, #300
San Francisco, CA  94110


Wells Fargo Card Services Visa
P.O. Box 30086
Los Angeles, CA  90030

Wells Fargo Home Mortgage
7495 New Horizon Way
Frederick, MD  21703


Wells Fargo Prime Line
P.O. Box 30097
Los Angeles, CA  90030


Wes-Co Industries
910 23rd Avenue
Oakland, CA  94606


West Coast Insulation, Inc.
121 Beech Street
Redwood City, CA  94063


West Gate Electric Supply
488 8th Street
San Francisco, CA  94103


West Imports, Inc.
14755 Salt Lake Ave.
City of Industry, CA  91746


West Marine
101 Townsend
San Francisco, CA  94107

```
WestCoast Telecomm
180 Wilshire Rd.
South San Franci, CA  94080


Western Plywood, Inc.
2600 Harrison St.
P.O. Box 410477
San Francisco, CA  94141


Western Traction
1333 Atlantic Street
Union City, CA  94587


Weston Solutions, Inc.
14724 Ventura Blvd.
Suite 1000
Sherman Oaks, CA  91403


Where to Start LLC
P.O. Box 43
Newark, CA  94560


White Cap
Dept. 33020
P.O. Box 39000
San Francisco, CA  94139


White Cap
1225 6th Street
San Francisco, CA  94107
```

```
White Cap Contract Supplier/Vi
Dept 33020
P.O. Box 39000
San Francisco, CA  94139


Tim White
676 San Jose Avenue
San Francisco, CA  94110


Jon Whitney
194 Withers Street
Brooklyn, NY  11211


Wiegel and Fried, LLP
414 Gough St.
2nd Floor
San Francisco, CA  94102


Williams Scotsman Inc.
P.O. Box 91975
Chicago, IL  60693


Windhorse and Associates, Inc.
1363 Quesada Avenue
San Francisco, CA  94124


Window Solutions, Inc.
1169 Chess Drive
Suite K
Foster City, CA  94404
```

Gregory J. Witt
909 East ST.
Apt. 23
Lafayette, CA  94549


Michael Wolf
465 10th St.
Apt. 102
San Francisco, CA  94103


Wood Craft, Inc.
1455 Yosemite Ave.
San Francisco, CA  94124


Lincoln Wood
917 Cole St.
San Francisco, CA  94117


Woodenbridge Construction
1424 Balboa Street
San Francisco, CA  94118


World Environmental Services
828 Mission Street
2nd Floor
San Francisco, CA  94901


Xenium
P.O. Box 6699
Chico, CA  95927

Xerox Corporation
P.O. Box 7405
Pasadena, CA  91109


Shu Kay Yam
30 Dore St.
Apt. 209
San Francisco, CA  94103


Tracy Yang
30 Dore St.
Apt. 208
San Francisco, CA  94103


Yoel's Hauling
1231 Rhode Island St.
San Francisco, CA  94107


Young's Custom Cabinet, Inc.
1760 Yosemite Ave.
San Francisco, CA  94124


Yum's Mechanical Co., Inc.
1649 Jerrold Avenue
San Francisco, CA  94124


Ethan Yungerman
666 Bay St.
Apt. A
San Francisco, CA  94133

Gabriel Zaya
30 Dore St.
Apt. 204
San Francisco, CA  94103


Zee Medical Service
2748 Cavanagh Ct.
Hayward, CA  94545


Zsuzsanna Legradi
3595 18th Street
San Francisco, CA  94110


Zucco Fagent Associates
1212 Fourth Street
Suite Z
Santa Rosa, CA  95404


Zumi Life, Inc.
460 Guadalupe Drive
Los Altos, CA  94022


Enrique Zuniga
200 E 39th Ave.
San Mateo, CA  94403