SCOTT H. MCNUTT (CSBN 104696)
MELISSA S. LOR (CSBN 245515)
MCNUTT LAW GROUP, LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105
(415) 995-8475 Telephone
(415) 995-8487 Facsimile
smcnutt@ml-sf.com
mlor@ml-sf.com

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GEORGE F. HAUSER<br>dba HAUSER ARCHITECTS<br><br>Debtor. | Case No. 09-32053<br><br>Chapter 7<br><br>**NOTICE OF RELATED CASES PURSUANT TO B.L.R. 1015-1** |

**TO THE HONORABLE THOMAS CARLSON, UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that this case is related to the voluntary chapter 7 petition previously filed on behalf of Debtor's wholly owned corporation, The Baumeister Collective. Debtor is the president of The Baumeister Collective.

Debtor filed his voluntary chapter 7 petition on July 22, 2009. The Baumeister Collective filed its voluntary chapter 7 petition on June 11, 2009 and its case is currently pending in this Court as Case No. 09-31617.

Dated: July 22, 2009        MCNUTT LAW GROUP LLP


By: */s/ Melissa S. Lor*
     Melissa S. Lor
Attorneys for Debtor