SCOTT H. MCNUTT (CSBN 104696)
MELISSA S. LOR (CSBN 245515)
MCNUTT LAW GROUP, LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105
(415) 995-8475 Telephone
(415) 995-8487 Facsimile
smcnutt@ml-sf.com
mlor@ml-sf.com

Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE BAUMEISTER COLLECTIVE<br><br>Debtor. | Case No. 09-31617<br><br>Chapter 7<br><br>**NOTICE OF RELATED CASES PURSUANT TO B.L.R. 1015-1** |

TO THE HONORABLE THOMAS CARLSON, UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that this case is related to the voluntary chapter 7 petition filed on behalf of Debtor's president, George F. Hauser ("Hauser"). Debtor is a wholly owned corporation of Hauser.

Debtor filed its voluntary chapter 7 petition on June 11, 2009. Hauser filed his voluntary chapter 7 petition on July 22, 2009 and his case is currently pending in this Court as Case No. 09-32053.

Dated: July 22, 2009                MCNUTT LAW GROUP LLP


                                    By: */s/ Melissa S. Lor*
                                        Melissa S. Lor
                                        Attorneys for Debtor