Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: The Baumeister Collective<br>Debtor(s) | Case No.: 09−31617 TEC 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Janina M. Elder is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 8/3/09

By the Court:

Thomas E. Carlson
United States Bankruptcy Judge