Form SFOFF2

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: George Frederick Hauser<br>　dba　Hauser Architects<br>　　　　Debtor(s) | Case No.: 09–32053 TEC 7<br>Chapter: 7 |

**SECOND AND FINAL ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS**
**AND NOTICE RE AUTOMATIC DISMISSAL**

The debtor(s) named above failed to file the documents listed below:

\* Statement Re Payment Advices (local form available at www.canb.uscourts.gov)
\*

IT IS HEREBY ORDERED that unless **WITHIN 45 DAYS AFTER THE PETITION DATE**, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §521(a)(1); (b) files a written request under 11 U.S.C. §521(i)(3) for additional time to do so; or (c) **OBTAINS AN ORDER** excusing the filing of the documents, **THIS CASE WILL BE AUTOMATICALLY DISMISSED,** pursuant to 11 U.S.C. §521(i).


Dated: 8/13/09　　　　　　　　　　　　By the Court:


　　　　　　　　　　　　　　　　　　　Thomas E. Carlson
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge