Form 7 (12/07)

AMENDED

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: *George F. Hauser*
*dba Hauser Architects*

Case No. *09-32053*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Year to date:* | *Gross income of George Hauser and Hauser Architects from 1/1/2009 to 6/19/2009 is unknown at this time.* |
| *2008:* | *Gross income of George Hauser and Hauser Architects for tax year 2008 is unknown at this time and is unknown until a tax return for the 2008 tax year is filed.* |
| *2007:* | *$60,636 income from salary; however, adjusted gross income is a loss of <$2,458,220>* |
| *2007:* | *Hauser Architects gross receipts was $1,467,831; however, net profit was $19,349* |

Statement of Affairs - Page 1

Form 7 (12/07)                                                                                                                    AMENDED

**2. Income other than from employment or operation of business**

None ☒ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☒ Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| ADP, Inc.<br>820 N. McCarthy Blvd.<br>Milpitas, CA 95035<br>(Employer's payroll responsibility) | 05/04/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 8,805.30<br>9,677.08<br>7,900.51<br>2,386.21 | |
| Emilio M. De Leon<br>139 Crestwood Drive, #24<br>Daly City, CA 94015<br>(Hauser Architects employee) | 05/05/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 4,850.00<br>7,275.00<br>4,850.00<br>4,850.00 | |
| Kaiser Foundation Health Plan, Inc.<br>P.O. Box 60000<br>San Francisco, CA 94161<br>(Health insurance) | 04/23/2009<br>05/18/2009<br>06/02/2009<br>06/16/2009 | 3,576.68<br>3,576.68<br>3,576.68<br>3,576.68 | |
| Rebecca Lam<br>1951 46th Avenue<br>San Francisco, CA 94116<br>(Hauser Architects employee) | 05/05/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 5,000.00<br>7,500.00<br>5,000.00<br>5,000.00 | |
| Stephanie L. Bauer<br>8660 S. Wick Drive<br>Dublin, CA 94568<br>(Hauser Architects employee) | 05/05/2009<br>05/20/2009<br>06/03/2009<br>06/19/2009 | 1,680.00<br>1,292.31<br>2,160.00<br>1,600.00 | |

Form 7 (12/07)

**AMENDED**

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Wachovia Mortgage*<br>*P.O. Box 60605*<br>*City of Industry, CA 91716* | *04/24/2009*<br>*05/25/2009* | *8,269.08*<br>*8,269.08* | |

☐ None    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Hauser Architects*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Debtor's sole proprietorship*<br>*(Paid by George Hauser personally)* | *11/5/2008*<br>*11/12/2008* | *$5,000*<br>*$5,000* | |
| *73 Sumner, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor*<br>*(Paid by George Hauser personally)* | *6/22/2009* | *$2,300* | |
| *Jutta Reichert*<br>*313 Eureka St.*<br>*San Francisco, CA 94114*<br>*Relationship: Spouse and employee of Hauser Architects*<br>*(Payroll paid by Hauser Architects)* | *07/21/2008*<br>*08/05/2008*<br>*08/20/2008*<br>*09/05/2008*<br>*09/22/2008*<br>*10/06/2008*<br>*10/20/2008*<br>*11/05/2008*<br>*11/20/2008*<br>*12/05/2008*<br>*12/19/2008*<br>*01/05/2009*<br>*01/20/2009*<br>*03/04/2009*<br>*04/06/2009*<br>*04/20/2009*<br>*05/05/2009*<br>*05/20/2009*<br>*06/03/2009*<br>*06/19/2009* | *3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*5,000.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00*<br>*3,100.00* | |
| *John T. Braun*<br>*11803 Rosalinda Drive*<br>*Potomac, MD 20854*<br>*Relationship: Nephew and employee of Hauser Architects*<br>*(Payroll paid by Hauser Architects)* | *07/21/2008*<br>*08/05/2008*<br>*08/20/2008*<br>*09/05/2008*<br>*09/22/2008*<br>*10/06/2008*<br>*10/20/2008* | *2,166.67*<br>*2,166.67*<br>*2,166.67*<br>*2,166.67*<br>*2,166.67*<br>*2,166.67*<br>*2,527.78* | |

|  |  |  |  |
|---|---|---|---|
|  | *12/05/2008* | *1,733.34* |  |
|  | *12/19/2008* | *2,166.67* |  |
|  | *01/05/2009* | *2,166.67* |  |
|  | *01/20/2009* | *2,166.67* |  |
|  | *02/05/2009* | *2,166.67* |  |
|  | *03/02/2009* | *4,000.00* |  |
|  | *03/20/2009* | *2,000.00* |  |
|  | *04/06/2009* | *2,000.00* |  |
|  | *04/20/2009* | *2,000.00* |  |
|  | *05/05/2009* | *2,000.00* |  |
|  | *12/08/2008* | *237.98* |  |
| *120 11th, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *6/5/2009* | *Distributions from Hauser Architects:*<br>*$7,000.00* |  |
| *224 11th, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *6/5/2009* | *Distributions from Hauser Architects:*<br>*$10,000.00* |  |
| *5132 Telegraph, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | *Distributions from Hauser Architects:*<br>*$75,800.00* | *Contributions to Hauser Architects:*<br>*$23,590.00* |
| *52 Rausch, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | *Distributions from Hauser Architects:*<br>*$28,000.00* | *Contributions to Hauser Architects:*<br>*$15,661.73* |
| *60 Rausch, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | *Distributions from Hauser Architects:*<br>*$35,900.00* | *Contributions to Hauser Architects:*<br>*$220,675.50* |
| *766 Harrison, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | *Distributions from Hauser Architects:*<br>*$7,200.00* | *Contributions to Hauser Architects:*<br>*$58,400.00* |

| | | | |
|---|---|---|---|
| *Stagehouse Lofts Corporation*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | *Distributions from Hauser Architects:*<br>*$23,000.00* | *Contributions to Hauser Architects:*<br>*$216,600.00* |
| *The Baumeister Collective Corp.*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | *Distributions from Hauser Architects:*<br>*$26,100.00* | *Contributions to Hauser Architects:*<br>*$193,700.00* |
| *216 11th, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *12/15/08* | | *Contributions to Hauser Architects:*<br>*$1,000.00* |
| *30 Dore, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | | *Contributions to Hauser Architects:*<br>*$190,400.00* |
| *1168 Folsom, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | | *Contributions to Hauser Architects:*<br>*$128,086.24* |
| *HausBau Corp.*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | | *Contributions to Hauser Architects:*<br>*$87,000.00* |
| *73 Sumner, LLC*<br>*60 Rausch St., Ste. 201*<br>*San Francisco, CA 94103*<br>*Relationship: Company of Debtor* | *Various from 6/27/08 to 6/27/09* | | *Contributions to Hauser Architects:*<br>*$14,658.13* |

*Christine Hauser*  6/5/09  $2,677.65
*1301 North Courthouse Road # 703*
*Arlington, VA 22201-2502*
*Relationship: Debtor's sister*
*(Paid by George Hauser personally)*

*60 Rausch, LLC*  6/29/09  $2,600
*60 Rausch St., Ste. 201*
*San Francisco, CA 94103*
*Relationship: Company of Debtor*
*(Paid by George Hauser personally)*

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.
☐   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Kiner Family Partners, LP v. 30 Dore LLC, George Hauser, and Does 1-25 Inclusive (Case No. CGC-08-480771)* | *Property damage; Trespass & nuisance* | *CA Superior Court; San Francisco County* | *Active (mandatory settlement conference 10/15/09)* |
| *Ferguson Ents., Inc. v. 766 Harrison, LLC; 60 Rausch, LLC; 73 Sumner, LLC; Temecula Valley Bank (Case No. CGC-08-480124)* | *Foreclose mechanic's lien; Enforce stop notice* | *CA Superior Court; San Francisco County* | *Active (OSC re Dismissal on 4/13/10)* |
| *Applied Materials & Eng'g Inc. v. 766 Harrison LLC (Case No. RS09443396)* | *$4,229.28 unpaid invoice* | *CA Superior Court; Alameda County (Small Claims Court)* | *Active (trial date on 6/26/09)* |
| *Jeffer, Mangels, Butler & Marmaro v. Hauser Architects* | *Fee dispute* | *ADR Services, Inc.* | *Active (arbitrator selected 6/9/09)* |
| *Bode Concrete, LLC VS. 766 HARRISON, LLC 60 Rausch, LLC; 73 Sumner, LLC; Park View Constr., Terry Walsh* | *Breach of contract* | *CA Superior Court; San Francisco County* | *Active (judgment on file, 2/27/09)* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *U.S. Door & Building Components, LLC v. The Baumeister Collective; George F. Hauser (Case No. CGC-09-488123)* | *Breach of contract* | *CA Superior Court; San Francisco County* | *Active* |
| *DKS Associates v. Hauser Architects (Case No. RG09447156)* | *Breach of contract; Accounts stated; Quantum meruit; Declaratory relief* | *CA Superior Court; Alameda County* | *Active* |
| *Redwood Mortgage Investors VI, et al. v. 1168 Folsom LLC, et al. (Case No. CGC-09488760)* | *Judicial foreclosure; Specific performance for appointment of receiver and injunctive relief; and Breach of guaranty* | *CA Superior Court; San Francisco County* | *Active (Case Management Conference on 10/30/09)* |
| *Redwood Mortgage Investors VIII v. 30 Dore LLC, et al. (Case No. CGC-09488758)* | *Judicial foreclosure; Specific performance for appointment of receiver; and Breach of guaranty* | *CA Superior Court; San Francisco County* | *Active (Case Management Conference on 10/30/09)* |
| *Pishro, Inc. v. The Baumeister Collective; George Hauser (Case No. 0910149)* | *$2,421 payment due* | *CA Superior Court; Marin County (Small Claims Court)* | *Active* |
| *John Wagner Associates, Inc. v. The Baumeister Collective, George F. Hauser, Developers Surety and Indemnity Co. (Case No. CGC-09-487399)* | *Breach of contract; Breach of continuing personal guaranty; Claim against state contractor's bond; Common counts* | *CA Superior Court; San Francisco County* | *Active* |
| *Park View Construction, et al. v. 766 Harrison LLC, 60 Rausch LLC, 73 Sumner LLC, Temecula Valley Bank (Case No. CGC-09-490139)* | *Foreclosure of mechanics liens* | *CA Superior Court; San Francisco County* | *Active (Case management conference on 12/4/09)* |

Form 7 (12/07)

**AMENDED**

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Kerry S. Rosenberg v. 30 Dore, LLC* | *$6,420 unpaid security deposit* | *CA Superior Court; San Francisco County (Small Claims Court)* | *Active (trial date on 8/13/09)* |

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Temecula Valley Bank*<br>*27710 Jefferson Avenue, Suite A-100*<br>*Temecula, CA 92590* | *5/19/09*<br>*Deed in lieu* | *766 Harrison St.*<br>*San Francisco, CA 94107*<br>*Value unknown* |
| *Redwood Mortgage Investors VIII*<br>*900 Veterans Blvd., #500*<br>*Redwood City, CA 94063-1743* | *7/21/09*<br>*Deed in lieu* | *60 Rausch St., #102 and #201*<br>*San Francisco, CA 94103* |
| *Redwood Mortgage Investors VIII*<br>*900 Veterans Blvd., #500*<br>*Redwood City, CA 94063-1743* | *7/21/09*<br>*Deed in lieu* | *73 Sumner St., #303 and #304*<br>*San Francisco, CA 94103* |

---

**6. Assignments and receiverships**

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| *James H. Baron*<br>*718 University Ave., Ste.213*<br>*Los Gatos, CA* | *CA Superior Court (San Francisco County)*<br>*400 McAllister Street*<br>*San Francisco, CA* | *5/29/09* | *1168 Folsom St.*<br>*San Francisco, CA 94103*<br>*Value unknown* |

Form 7 (12/07)

**AMENDED**

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | *Redwood Mortgage Inv. VI, et al. v. 1168 Folsom, LLC; Stagehouse Lofts; George F. Hauser Case#: CGC-09-488760* | | |
| *James H. Baron 718 University Ave., Ste.213 Los Gatos, CA* | *CA Superior Court (San Francisco County) 400 McAllister Street San Francisco, CA Redwood Mortgage Inv. VIII v. 30 Dore; George F. Hauser Case#: CGC-09-488758* | *5/29/09* | *30 Dore St. San Francisco, CA 94103 Value unknown* |

**7. Gifts**

☒ None

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

☒ None

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

☐ None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *McNutt Law Group LLP 188 The Embarcadero, Ste. 800 San Francisco, CA 94105* | *3/30/09 4/30/09 5/31/09 6/30/09 6/30/09 7/22/09* | *$10,000.00 $46,733.54 $53,616.07 $43,318.60 $2,335.00 $19,796.79* |
| | *Payors: George F. Hauser and approximately $75,000 coming from Hauser-related entities* | *In an abundance of disclosure, we list all payments made by Hauser-related entities, incurred whether or not for Mr. Hauser. Approximately $30,000 of these funds were incurred specifically for preparing Mr. Hauser's personal bankruptcy. The remainder was incurred for* |

| Form 7 (12/07) | | AMENDED |
|---|---|---|
| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| | | *filing Mr. Hauser's related entity (The Baumeister Collective), for resolving transactions involving Hauser-related entities (including deeds in lieu), and for handling various lawsuits on behalf of George Hauser personally and multiple Hauser-related entities.* |

**10. Other transfers**

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| *George F. Hauser 1988 Revocable Inter Vivos Trust (Revocable Trust established for estate planning purposes)* | *6/18/1988* | *Property of debtor listed in Debtor's Schedules A & B* |

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Wells Fargo Bank* | *Acct. No. xxxxx-9873 Savings account $100.39* | *3/09* |
| *Union Bank of California* | *Acct. No. xxxxx-2771 Hauser Architects Checking account $58.00* | *6/6/09* |
| *Wells Fargo Bank* | *Acct. No. xxxxx-4157 Checking account $16.70* | *6/17/09* |

Form 7 (12/07)

AMENDED

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Wells Fargo Bank* | *Acct. No. xxxxx-5879*<br>*Checking account*<br>*$0.00* | *6/5/09* |
| *Wells Fargo Bank* | *Acct No. xxxxx-4705*<br>*Checking account* | *2/4/09* |
| *Wells Fargo Bank* | *Acct. No. xxxxx-4948*<br>*Savings account* | *2/18/09* |
| *Wells Fargo Bank* | *Acct. No. xxxxx-4843*<br>*Daughter's Certificate of Deposit* | *3/27/09* |
| *Wells Fargo Bank* | *Acct. No. xxxxx-8600*<br>*Hauser Architects*<br>*Checking account* | *3/12/09* |

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Christine Hauser*<br>*1301 North Courthouse Road # 703*<br>*Arlington, VA 22201-2502* | *Condominium*<br>*(Debtor not on title or mortgage; however, he collects rents to pay mortgage)* | *60 Rausch St., #404*<br>*San Francisco, CA 94103* |
| *Martha Machold*<br>*851 Van Ness Ave., #202*<br>*San Francisco, CA 94109* | *Condominium*<br>*(Debtor not on title or mortgage; however, he collects rents to pay mortgage)* | *851 Van Ness Ave., #202*<br>*San Francisco, CA 94109* |

### 15. Prior address of debtor

☐ None

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *988 Guerrero Street*<br>*San Francisco, CA 94110* | *George F. Hauser* | *10/06 - 10/08* |
| *465 10th Street*<br>*San Francisco, CA 94103* | *George F. Hauser* | *10/98 - 10/06* |

### 16. Spouses and Former Spouses

☐ None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

*Jutta Reichert*

### 17. Environmental Information

☒ None

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

☐ None

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all

businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| The Baumeister Collective Corp. | ID:94-3373531 | 60 Rausch St., Ste. 201 San Francisco, CA 94103 | Contractor business | 9/7/00 - present |
| 766 Harrison, LLC | ID:22-3930134 | 60 Rausch St., Ste. 201 San Francisco, CA 94103 | Condominium development business | 5/4/06 - present |
| 1168 Folsom, LLC | ID:65-1209111 | 60 Rausch St., Ste. 201 San Francisco, CA 94103 | Condominium development business | 10/31/03 - present |
| 30 Dore, LLC | ID:20-3046522 | 60 Rausch St., Ste. 201 San Francisco, CA 94103 | Condominium development business | 6/24/05 - present |
| 52 Rausch, LLC | ID:94-3328616 | 60 Rausch St., Ste. 201 San Francisco, CA 94103 | Condominium development business | 5/3/99 - present |
| 60 Rausch, LLC | ID:94-3328614 | 60 Rausch St., Ste. 201 San Francisco, CA 94103 | Condominium development business | 5/3/99 - present |
| 73 Sumner, LLC | ID:94-3328619 | 60 Rausch St., Ste. 201 San Francisco, CA 94103 | Condominium development business | 5/3/99 - present |
| Stagehouse Lofts Corporation | ID:94-3264354 | 60 Rausch St., Ste. 201 San Francisco, CA 94103 | Condominium development business | 3/11/97 - present |

**AMENDED**

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *120 11th, LLC* | *ID:26-1407464* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Commercial real estate business* | *10/19/07 - present* |
| *216 11th, LLC* | *ID:26-1559442* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Commercial real estate business* | *12/11/07 - present* |
| *224 11th, LLC* | *ID:26-1559469* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Commercial real estate business* | *12/11/07 - present* |
| *5132 Telegraph, LLC* | *ID:26-3242306* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Commercial real estate business* | *5/15/08 - present* |
| *HausBau Corporation* | *ID:30-0483554* | *60 Rausch St., Ste. 201 San Francisco, CA 94103* | *Real estate business* | *5/20/08 - present* |

None ☐   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| *766 Harrison, LLC (Property deeded to lender by deed in lieu)* | *766 Harrison Street San Francisco, CA 94107* |
| *1168 Folsom, LLC (Property subject to receivership)* | *1168 Folsom Street San Francisco, CA 94103* |
| *30 Dore, LLC (Property subject to receivership)* | *30 Dore Street San Francisco, CA 94103* |
| *52 Rausch, LLC* | *52 Rausch Street San Francisco, CA 94103* |
| *120 11th, LLC* | *120 11th Street* |

| Form 7 (12/07) | | AMENDED |
|---|---|---|

| NAME | ADDRESS | |
|---|---|---|
| | San Francisco, CA 94103 | |
| 216 11th, LLC | 216 11th Street<br>San Francisco, CA 94103 | |
| 224 11th, LLC | 224 11th Street<br>San Francisco, CA 94103 | |
| 5132 Telegraph, LLC | 5132 Telegraph Avenue<br>Oakland, CA 94609 | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jutta Reichert<br>313 Eureka Street<br>San Francisco, CA 94114 | 1999 - present |

None ☒ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| George F. Hauser | 313 Eureka Street, San Francisco, CA 94114 |
| Hauser Architects | 60 Rausch Street, Suite 201, San Francisco, CA 94103 |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**AMENDED**

| NAME | ADDRESS | DATES ISSUED |
|---|---|---|
| *Temecula Valley Bank* | *781 Lincoln Ave., #320*<br>*San Rafael, CA 94901* | *Various* |
| *First Bank of Beverly Hills* | *23901 Calabasas Road, Suite 1050*<br>*Calabasas, CA 91302* | *Various* |
| *Chinatrust Bank* | *258 Barber Court*<br>*Milpitas, CA 95035* | *Various* |
| *First National Bank of Northern California* | *975 El Camino Real*<br>*South San Francisco, CA 94080* | *Various* |
| *Wachovia Mortgage, FSB* | *P.O. Box 60505*<br>*City of Industry, CA 91716* | *Various* |
| *Wells Fargo Home Mortgage* | *7495 New Horizon Way*<br>*Frederick, MD 21703* | *Various* |
| *Redwood Mortgage* | *900 Veterans Blvd., Suite 500*<br>*Redwood City, CA 94063* | *Various* |
| *Bank of Alameda* | *1321 Harbor Bay Parkway, Suite 201*<br>*Alameda, CA 94502* | *Various* |
| *American Contractors Indemnity Co. & U.S. Speciality Insurance Co.* | *9841 Airport Blvd., 9th Floor*<br>*Los Angeles, CA 90045* | *Various* |
| *Washington Mutual Bank, FA* | *400 East Main Street*<br>*Stockton, CA 95202* | *Various* |
| *Bridgebank* | *55 Almaden Blvd.*<br>*San Jose, CA 95113* | *Various* |
| *EverTrust Bank* | *20510 Stevens Creek Blvd.*<br>*Cupertino, CA 95014* | *Various* |
| *Wells Fargo Bank, NA* | *1401 Willow Pass Rd. #300*<br>*Concord, CA 94110* | *Various* |
| *National City Bank* | *6750 Miller Road*<br>*Brecksville, OH 44141* | *Various* |

**20. Inventories**

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

Form 7 (12/07)                                                                                           AMENDED

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *08/17/2009*          Signature      */s/ George F. Hauser*
                            of Debtor

Date  _____        Signature      _____
                            of Joint Debtor
                            (if any)