| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SEYFARTH SHAW LLP<br>David M. Wiseblood (SBN 115312)<br>Email: dwiseblood@seyfarth.com<br>Claire E. Shin (SBN 249492)<br>Email: cshin@seyfarth.com<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 6<br>7 | Attorneys for Movant<br>WACHOVIA SBA LENDING, INC. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>GEORGE F. HAUSER dba HAUSER ARCHITECTS,<br><br>Debtor. | Case No. 09-32053<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON WACHOVIA'S MOTION (1) FOR DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY; OR IN THE ALTERNATIVE, (2) FOR RELIEF FROM STAY**<br><br>Date: October 5, 2009<br>Time: 1:00 p.m.<br>Place: Courtroom 23<br>      235 Pine Street, 19th Floor<br>      San Francisco, CA 94104<br><br>*[The Honorable Thomas E. Carlson]* |

**TO THIS HONORABLE COURT, THE DEBTOR, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on October 5, 2009 at 1:00 p.m., or as soon thereafter as the matter can be heard by this Court, in Courtroom 23 of the United States Bankruptcy Court at the above-referenced location, the Honorable Thomas E. Carlson, United States Bankruptcy

NOTICE OF HEARING      1
SF1 28368914.1 / 99999-000170

Case: 09-32053   Doc# 28   Filed: 09/18/09   Entered: 09/18/09 14:47:42   Page 1 of 2

Judge, will hear Wachovia SBA Lending, Inc.'s Motion (1) for Determination that the Automatic Stay Does Not Apply; or in the Alternative, (2) for Relief from Stay (the "Motion") filed by movant Wachovia SBA Lending, Inc. (the "Bank").

The Bank's Motion is based on this Notice of Hearing on the Motion, the accompanying Motion, Memorandum of Points and Authorities in support thereof, Declaration of James Costello in support thereof, Request for Judicial Notice, and Relief from Stay Cover Sheet completed pursuant to Local Bankruptcy Rule 4001-1(b), together with any other evidence received in the matter.

DATED: September 17, 2009

SEYFARTH SHAW LLP

By_____/s/ Claire E. Shin_____

Attorneys for Movant
WACHOVIA SBA LENDING, INC.