Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re GEORGE FREDERICK HAUSER dba HAUSER ARCHITECTS,

Debtor.

Case No. 09-32053 TEC
Chapter 7

## MOTION FOR ORDER CONFIRMING ABANDONMENT OF INTERESTS IN REAL PROPERTY

Andrea A. Wirum, Trustee in Bankruptcy of the estate of the above Debtor, hereby moves the Court for an order confirming abandonment of the estate's interests in the following real property:

(a) 313 Eureka Street, San Francisco, California

(b) 313A Eureka Street, San Francisco, California

(c) 990 Guerrero Street, San Francisco, California

WHEREFORE the Trustee moves the Court for an order authorizing abandonment of the estate's interests in the real property described in her November 24, 2009, notice to creditors.

DATED: November 24, 2009       LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: *Charles P. Maher* (signature)
Charles P. Maher
Counsel for Andrea A. Wirum, Trustee