Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
   & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for Andrea A. Wirum
Trustee in Bankruptcy

Signed and Filed: December 22, 2009

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re  GEORGE FREDERICK HAUSER dba HAUSER ARCHITECTS,<br><br>Debtor. | Case No. 09-32053  TEC<br>Chapter 7 |

### ORDER CONFIRMING ABANDONMENT OF INTERESTS IN REAL PROPERTY

    Based on the Trustee's request and the supporting declaration of counsel, and it appearing from those documents that notice has been adequate, that no objections have been filed or served on the Trustee, and that good cause exists, it is

    ORDERED that abandonment of the estate's interests in the real property commonly known 313 Eureka Street, San Francisco, California, 313A Eureka Street, San Francisco, California, and 990 Guerrero Street, San Francisco, California, is confirmed.

*END OF ORDER*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | |
| 4 | Charles P. Maher, State Bar No. 124748<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>Rincon Center II, 121 Spear Street, Suite 200 |
| 5 | San Francisco, California 94105-1582 |
| 6 | |
| 7 | |
| 8 | United States Trustee<br>235 Pine Street, Suite 700 |
| 9 | San Francisco, CA 94104 |
| 10–28 | |