Entered on Docket
January 22, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 21, 2010

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge
_____

1 KATHERINE JOHNSON (CA SBN 259854)
CASPER J. RANKIN (CA SBN 249196)
2 JOSEPH C. DELMOTTE (CA SBN 259460)
PITE DUNCAN, LLP
3 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 Facsimile: (619) 590-1385

7 Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| In re<br><br>GEORGE FREDERICK HAUSER,<br><br><br><br><br><br><br><br><br>  Debtor(s). | Case No. 09-32053-TEC<br><br>Chapter 7<br><br>R.S. No. KLJ-829<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: January 11, 2010<br>TIME: 1:00 p.m.<br>CTRM: 23<br><br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

The above-captioned matter came on for hearing on January 11, 2010, at 1:00 p.m., in courtroom 23, upon the Motion of JPMorgan Chase Bank, National Association ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of George Frederick Hauser ("Debtor") commonly known as 465 10th Street, San Francisco, California 94118 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 44.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

** END OF ORDER **

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Pite Duncan, LLP |
| | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 4 | |
| | George Frederick Hauser |
| 5 | 313 Eureka Street |
| | San Francisco, CA 94114 |
| 6 | |
| | Marianne Dickson |
| 7 | McNutt Law Group |
| | 188 The Embarcadero #800 |
| 8 | San Francisco, CA 94105 |
| 9 | Melissa Lor |
| | McNutt Law Group |
| 10 | 188 The Embarcadero #800 |
| | San Francisco, CA 94105 |
| 11 | |
| | Scott H. McNutt |
| 12 | McNutt Law Group |
| | 188 The Embarcadero #800 |
| 13 | San Francisco, CA 94105 |
| | Debtor Attorney |
| 14 | |
| | Andrea A. Wirum |
| 15 | P.O. Box 1108 |
| | Lafayette, CA 94549 |
| 16 | Chapter 7 Trustee |
| 17 | U.S. Trustee |
| | 235 Pine Street, Suite 700 |
| 18 | San Francisco, CA 94104 |
| 19 | Charles P. Maher |
| | Luce, Forward, Hamilton and Scripps |
| 20 | 121 Spear Street, #200 |
| | San Francisco, CA 94105 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |